Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



EXHIBIT
A

PA _____ PAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Lizza Connor - Song Stable 1 - A Collection

PREVIOUS OR ALTERNATIVE TITLES ▼

includes "Remind Me", "Athens to Nashville", "Man of the House", "Take it Back", "Santa, you're a Yankee", "Divide", "String me Along", "Leaving Alabama", "I'm A Wreck" "Angel of Confusion"
"Now that You're Gone" "In these Days" "Hey, Lucy" "Unlikely"

NATURE OF THIS WORK ▼ See instructions

music + lyrics

**2**

**a** NAME OF AUTHOR ▼

Amy Elizabeth Connor

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

DATES OF BIRTH AND DEATH
Year Born ▼ 1978   Year Died ▼ N/A

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
words + music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases.
2008 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
_____ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lizza Connor
5109 Meta Court
Nashville TN 37211

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Case 3:13-cv-00414   Document 1-1   Filed 05/01/13   Page 1 of 3 PageID #: 14

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do **not** check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Amy Elizabeth "Lizza" Connor
5109 Meta Court
Nashville TN  37211

**b**

Area code and daytime telephone number  (615) 498-7390          Fax number  (          )
Email  lizza @ lizza connor . com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  ☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Amy Elizabeth Connor          Date  10.15.08

Handwritten signature (X) ▼

☞  x  Amy Elizabeth Connor

**Certificate will be mailed in window envelope to this address:**

Name ▼
Amy Elizabeth Connor
Number/Street/Apt ▼
5109 Meta Court
City/State/Zip ▼
Nashville  TN  37211

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper

## REMIND ME

I found a picture in a shoebox under my bed
It's a little worn around the edges
All these years I've kept it

It's you and me on the back porch
Drinking cheap wine
Stomach full of butterflies
Both of us with big smiles
That's when I knew I loved you for the first time

CHORUS
All it takes is one kiss to remind me
All I need is your touch to remind me
Yesterday's gone /v2- I don't think we're too far gone/ v3- I'm still holding on
Take me to the place we started from
When love was young
Baby, Remind me

Verse 2:
"You've always been my happy ending"
That's what the card says
On the roses you sent

So it's just me on the front porch
Drinking champagne
Maybe next year we'll celebrate
When you don't have to work late
What I'd give for cheap wine and you by my side

CHORUS

Bridge:
Nobody said love would be easy
And there's only one way back to what we used to be

CHORUS

*C2008*      *words & music by Lizza Connor*