UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY ELIZABETH CONNOR BOWEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-0414 |
| ) | |
| vs. ) | |
| ) | |
| BRAD DOUGLAS PAISLEY, CARRIE ) | Judge Trauger |
| MARIE UNDERWOOD, JOHN KELLEY ) | Magistrate Judge Bryant |
| LOVELACE, CHARLES CHRISTOPHER ) | |
| DUBOIS, FRANK MANDEVILLE ROGERS ) | |
| V, SEA GAYLE MUSIC, LLC, EMI APRIL ) | |
| MUSIC, INC., EMI MUSIC PUBLISHING, ) | |
| INC., SONY MUSIC HOLDING, INC. d/b/a ) | |
| SONY MUSIC ENTERTAINMENT and d/b/a ) | |
| ARISTA NASHVILLE, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.02, Defendant EMI April Music Inc., a corporation, makes the following disclosure: EMI April Music Inc. is a partially-owned, indirect subsidiary of Sony Corporation, a publicly-traded company organized under the laws of Japan. No publicly-traded company other than Sony Corporation owns more than 10% of the stock of EMI April Music Inc.

/s/ Timothy L. Warnock
Timothy L. Warnock (BPR #12844)
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
twarnock@rwjplc.com

*Attorneys for Defendants EMI April Music Inc. and John Kelley Lovelace*

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following counsel via the Court's electronic filing service:

C. Caleb Connor
Connor & Connor, LLC
507 Courthouse Lane
Augusta, GA 30901
caleb@theconnorfirm.com

Kenneth L. Connor
Connor & Connor, LLC
224 Park Avenue SE
Aiken, SC 29801
ken@theconnorfirm.com

Richard G. Sanders
Aaron & Sanders, PLLC
11 Lea Ave., Suite 606
Nashville, TN 37210
rick@aaronsanderslaw.com

and via electronic mail to:

Robb S. Harvey
Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN 37219-8966
robb.harvey@wallerlaw.com

this 24th day of May, 2013.

s/ Timothy L. Warnock