UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY ELIZABETH CONNOR BOWEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-0414 |
| ) | |
| vs. ) | |
| ) | |
| BRAD DOUGLAS PAISLEY, CARRIE ) | Judge Trauger |
| MARIE UNDERWOOD, JOHN KELLEY ) | Magistrate Judge Bryant |
| LOVELACE, CHARLES CHRISTOPHER ) | |
| DUBOIS, FRANK MANDEVILLE ROGERS ) | |
| V, SEA GAYLE MUSIC, LLC, EMI APRIL ) | |
| MUSIC, INC., EMI MUSIC PUBLISHING, ) | |
| INC., SONY MUSIC HOLDING, INC. d/b/a ) | |
| SONY MUSIC ENTERTAINMENT and d/b/a ) | |
| ARISTA NASHVILLE, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL AS TO EMI MUSIC PUBLISHING, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Amy Elizabeth Connor Bowen and Defendants EMI April Music Inc. and John Kelley Lovelace (the "Moving Parties") hereby STIPULATE AND AGREE that all causes of action and/or claims asserted by Plaintiff against "EMI Music Publishing, Inc." are hereby dismissed without prejudice, as counsel for EMI April Music Inc. has represented that EMI Music Publishing, Inc. is, and at all times material to Plaintiff's Complaint was, not a legal entity, and upon that representation and accepting it as true and accurate, Plaintiff agrees to the dismissal.

Robb S. Harvey, Esq., counsel for Defendants Brad Paisley, Charles Christopher DuBois, Frank Mandeville Rogers V, and Sea Gayle Music, LLC, has stated that he does not oppose the requested relief.

The Moving Parties also submit a proposed Order of Dismissal.

1

Respectfully submitted:


 /s/ C. Caleb Connor *w/permission TLW*
C. Caleb Connor
Connor & Connor, LLC
507 Courthouse Lane
Augusta, GA 30901
Telephone: (706) 993-4004

Kenneth L. Connor
Connor & Connor, LLC
224 Park Avenue SE
Aiken, SC 29801
Telephone: (803) 226-0543

Richard G. Sanders
Aaron & Sanders, PLLC
11 Lea Ave., Suite 606
Nashville, TN 37210
Telephone: (615) 734-1188

*Attorneys for Plaintiff*
*Amy Elizabeth Connor Bowen*


 /s/ Timothy L. Warnock
Timothy L. Warnock
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700

*Attorneys for Defendants EMI April Music Inc.*
*and John Kelley Lovelace*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served upon the following counsel via the Court's electronic filing service:

> C. Caleb Connor
> Connor & Connor, LLC
> 507 Courthouse Lane
> Augusta, GA 30901
> caleb@theconnorfirm.com
>
> Kenneth L. Connor
> Connor & Connor, LLC
> 224 Park Avenue SE
> Aiken, SC 29801
> ken@theconnorfirm.com
>
> Richard G. Sanders
> Aaron & Sanders, PLLC
> 11 Lea Ave., Suite 606
> Nashville, TN 37210
> rick@aaronsanderslaw.com

and via electronic mail to:

> Robb S. Harvey
> Waller Lansden Dortch & Davis
> 511 Union Street, Suite 2700
> P. O. Box 198966
> Nashville, TN 37219-8966
> robb.harvey@wallerlaw.com

this 24th day of May, 2013.

s/ Timothy L. Warnock