UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY ELIZABETH CONNOR BOWEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-0414 |
| ) | |
| vs. ) | |
| ) | |
| BRAD DOUGLAS PAISLEY, CARRIE ) | Judge Trauger |
| MARIE UNDERWOOD, JOHN KELLEY ) | Magistrate Judge Bryant |
| LOVELACE, CHARLES CHRISTOPHER ) | |
| DUBOIS, FRANK MANDEVILLE ROGERS ) | |
| V, SEA GAYLE MUSIC, LLC, EMI APRIL ) | |
| MUSIC, INC., EMI MUSIC PUBLISHING, ) | |
| INC., SONY MUSIC HOLDING, INC. d/b/a ) | |
| SONY MUSIC ENTERTAINMENT and d/b/a ) | |
| ARISTA NASHVILLE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

IT IS HEREBY ORDERED that Defendants EMI April Music Inc. and John Kelley Lovelace shall have until and on July 2, 2013 to answer, move, or otherwise respond to the Complaint.

It is so **ORDERED**.

_____
U.S. District Court Judge

APPROVED FOR ENTRY:


 /s/ Timothy L. Warnock
Timothy L. Warnock
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone:  (615) 320-3700

*Attorneys for Defendants EMI April Music Inc.*
*and John Kelley Lovelace*


/s/ C. Caleb Connor *w/permission TLW*
C. Caleb Connor
Connor & Connor, LLC
507 Courthouse Lane
Augusta, GA 30901
Telephone: (706) 993-4004

Kenneth L. Connor
Connor & Connor, LLC
224 Park Avenue SE
Aiken, SC 29801
Telephone: (803) 226-0543

Richard G. Sanders
Aaron & Sanders, PLLC
11 Lea Ave., Suite 606
Nashville, TN  37210
Telephone: (615) 734-1188

*Attorneys for Plaintiff*
*Amy Elizabeth Connor Bowen*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served upon the following counsel via the Court's electronic filing service:

C. Caleb Connor
Connor & Connor, LLC
507 Courthouse Lane
Augusta, GA 30901
caleb@theconnorfirm.com

Kenneth L. Connor
Connor & Connor, LLC
224 Park Avenue SE
Aiken, SC 29801
ken@theconnorfirm.com

Richard G. Sanders
Aaron & Sanders, PLLC
11 Lea Ave., Suite 606
Nashville, TN 37210
rick@aaronsanderslaw.com

and via electronic mail to:

Robb S. Harvey
Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN 37219-8966
robb.harvey@wallerlaw.com

this 24th day of May, 2013.

                                                s/ Timothy L. Warnock