**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY ELIZABETH CONNOR BOWEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-0414 |
| ) | |
| vs. ) | |
| ) | |
| BRAD DOUGLAS PAISLEY, *et al.*, ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE MATERIALS MANUALLY

Defendants, pursuant to Local Rule 5.03(a) and the Administrative Order governing electronic filings, hereby move this Court for leave to manually file certain physical material in connection with the Defendants' Request for Judicial Notice in Support of their Motion to Dismiss. These materials include the following:

a. A DVD containing a copy of the sound recording of Defendants' Composition performed by Brad Paisley and Carrie Underwood, which is alleged in the Complaint to have been commercially released in or about May 2011 (Complaint, ¶ 18), and the deposit copy of Plaintiff's Composition lodged with the U.S. Copyright Office, performed by Plaintiff. The DVD of these recordings is attached as <u>Exhibit B</u> to the Stevens Declaration. Defendants request that these materials be filed manually for good cause because they cannot be filed through the ECF system.

**WHEREFORE**, Defendants respectfully request that this Honorable Court GRANT the Motion for Leave of Court to manually file certain physical material in connection with Defendants' Request for Judicial Notice in Support of the Motion to Dismiss.