Motion DENIED as MOOT.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY ELIZABETH CONNOR BOWEN, | ) |
| Plaintiff, | ) Case No. 3-13-0414 |
| vs. | ) Judge Trauger |
| | ) Magistrate Judge Bryant |
| BRAD DOUGLAS PAISLEY, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Brad Paisley, Carrie Underwood, John Kelley Lovelace, Chris Dubois, Frank Rogers, Sea Gayle Music, LLC, EMI April Music Inc., and Sony Music Entertainment d/b/a Arista Nashville ("Defendants") respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Verified Complaint (the "Complaint") of Plaintiff Amy Elizabeth Connor Bowen for failure to state a claim upon which relief may be granted.

In support of the Motion to Dismiss, Defendants have filed a supporting Memorandum of Law, a Request for Judicial Notice, a Declaration of Jane G. Stevens, and a Motion for Leave of Court to Manually File a DVD of materials referenced in the Complaint.

Respectfully submitted,

/s/ Jane G. Stevens
Jane G. Stevens (*pro hac vice*)
Jeffrey M. Movit (*pro hac vice*)
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, New York 10017
Phone: (917) 546-7701