UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY ELIZABETH CONNOR BOWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-cv-0414 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| BRAD DOUGLAS PAISLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Docket No. 50) is hereby **DENIED**.

It is so **ORDERED**.

ENTER this 3rd day of December 2013.

_____
ALETA A. TRAUGER
United States District Judge

1