UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| AMY ELIZABETH CONNOR BOWEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-0414 |
| | ) | Judge Trauger |
| vs. | ) | Magistrate Judge Bryant |
| | ) | |
| BRAD DOUGLAS PAISLEY, *et al.*, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## MOTION OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01(f), John Kelley Lovelace and EMI April Music, Inc. hereby give notice of the withdrawal of Jeffrey M. Movit and Jane G. Stevens as the Defendants' attorneys of record in this case. Defendants John Kelley Lovelace and EMI April Music, Inc. will continue to be represented in this matter by Timothy L. Warnock and Elizabeth Gonser.

Respectfully submitted,

s/ Timothy L. Warnock
Timothy L. Warnock
Elizabeth Gonser
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
twarnock@rwjplc.com
egonser@rwjplc.com