# ORIGINAL

```
 1
 2          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE
 3                  NASHVILLE DIVISION
 4
    AMY ELIZABETH CONNOR BOWEN,        )
 5                                     )
                    Plaintiff,         )Case No.
 6                                     )3:13-0414
    v.                                 )Magistrate
 7                                     )Judge Bryant
    BRAD DOUGLAS PAISLEY, et al.,      )
 8                                     )
                    Defendants,        )
 9                                     )
    and                                )
10                                     )
    JOHN KELLEY LOVELACE and           )
11  CHARLES CHRISTOPHER DUBOIS,        )
                                       )
12                  Counterclaimants, )
                                       )
13  v.                                 )
                                       )
14  AMY ELIZABETH CONNOR BOWEN,        )
                                       )
15                  Counter-defendant. )
    ------------------------------x
16
17
18
19
20
              DEPOSITION OF JUDITH FINELL
21
                  October 29, 2015
22
                   *       *       *
23
24
25
```

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 1 of 318 PageID #: 1170

1

2

3

4

5

6

7

8

9

                                        Robins Kaplan, LLP

10                                    601 Lexington Avenue

                                      New York, New York

11

                                    October 29, 2015

12                                    10:05 a.m.

13

14

15

16

17     DEPOSITION of JUDITH FINELL, an expert

18  witness in the above-entitled action,

19  held at the above time and place, taken

20  before Dawn Matera, a Shorthand Reporter

21  and Notary Public of the State of New

22  York pursuant to the Federal Rules of

23  Civil Procedure.

24

25              *        *        *

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 2 of 318 PageID #: 1171

```
 1
 2    APPEARANCES:
 3
 4        AARON SANDERS, PLLC, ESQ.
          Attorneys for Plaintiff
 5            810 Dominican Drive
              Suite 208
 6            Nashville, Tennessee 37228-1906
          BY:  RICK G. SANDERS, ESQ.
 7            rick@aaronsanderslaw.com
 8
 9
10
11        CONNOR & CONNOR, LLC, ESQ.
          Attorneys for Plaintiff
12            224 Park Avenue SE
              Aiken, South Carolina 29801
13        BY:  CAMILLE GODWIN, ESQ.
              camille@theconnorfirm.com
14            (TELEPHONICALLY)
15
16
17
18        RILEY WARNOCK & JACOBSON, PLC
          Attorneys for John Kelley Lovelace and
19        EMI April Music Inc.
              1906 West End Avenue
20            Nashville, Tennessee 37203
          BY:  TIMOTHY L. WARNOCK, ESQ.
21            twarnock@rwjplc.com
22
23
24
25
```

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 3 of 318 PageID #: 1172

1
2    APPEARANCES (Continued):
3
4        WALLER LANSDEN DORTCH & DAVIS, LLP
         Attorneys for Brad D. Paisley, Carrie
5        Marie Underwood, Charles C. DuBois,
         Frank M. Rogers, Sea Gayle Music, LLC,
6        and Sony Music Entertainment
              511 Union Street
7             Suite 2700
              Nashville, Tennessee 37219
8        BY:   ROBB S. HARVEY, ESQ.
              robb.harvey@wallerlaw.com
9
10
11
    ALSO PRESENT
12
    Lawrence Ferrara, Ph.D.
13  Professor of Music
    New York University
14
15
16
17
18                *        *        *
19
20
21
22
23
24
25

1                    JUDITH FINELL

2    JUDITH FINELL, an expert witness herein,

3    having first been duly sworn by the

4    Notary Public, was examined and testified

5    as follows:

6

7    EXAMINATION BY MR. HARVEY:

8        Q.    Ms. Finell, good morning.

9        A.    Good morning.

10       Q.    My name is Robb Harvey.  I

11   represent a number of the Defendants.

12   And Codefendants' counsel is Tim Warnock.

13   And we both met you a moment ago.

14       A.    Okay.

15       Q.    Ms. Finell, from a

16   musicological perspective, what's your

17   definition of original?

18       A.    That's difficult to answer.

19           MR. SANDERS:  I am going to

20       object just to the extent that this is

21       calling for a legal opinion.

22           MR. HARVEY:  Actually, it's not.

23       But are we going to have the standard

24       objections, Mr. Sanders?

25           MR. SANDERS:  Just object to

1                    JUDITH FINELL
2        form?
3              MR. HARVEY:  Standard caption on
4        the deposition?
5              MR. SANDERS:  Sure.
6        Q.    Let me ask you again, please,
7        from a musicological perspective, what is
8        the definition of original?
9              MR. SANDERS:  Same objection.
10       A.    Musical -- in terms of music, I
11       would say music that has qualities that
12       are unusual and distinctive.  It's really
13       hard to answer you in the abstract.
14       That's about the best I can do without a
15       specific piece of music to use as an
16       example.
17       Q.    From a musicological
18       perspective, what's your definition of
19       distinctive?
20       A.    Well, again, I would need to
21       take a piece of music and say this
22       element is distinct over that element is
23       distinctive.
24             But in some way, it's unusual.
25       It's not necessarily the most obvious way

1              JUDITH FINELL
2    of expressing a musical phrase or musical
3    work, if it's longer than a phrase.
4        Q.    From a musicological
5    perspective, how do you determine whether
6    something is distinctive or not?
7              MR. SANDERS:  Same objection.
8        A.    Again, it comes down to the
9    specific work.  So it's very hard for me
10   to answer that kind of general question
11   without looking at a piece of music and
12   showing examples as to why I believe
13   that.
14              But with my background of many,
15   many decades of studying music, I've
16   learned what are unusual, if you will,
17   sort of solutions to a musical beginning
18   point.
19              In other words, a kind of
20   musical journey that occurs when one note
21   follows another.  And there are all kinds
22   of choices of rhythms, and pitches, and
23   length and other musical elements that
24   all combine together to form the final
25   musical statement.  And it's the way

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 7 of 318 PageID #: 1176

1           JUDITH FINELL

2    those are done.  And sometimes they are

3    done in an unusual way that's not the

4    norm.  And if it's more unusual, it's --

5    there is a spectrum.  Some things are

6    more original, or more unusual or more

7    distinctive than others.

8        Q.    So let me see if I can collapse

9    what you've said.

10           As a musicologist, in order to

11   determine whether something is

12   distinctive or original, you would

13   require a musical work to form that

14   opinion, correct?

15       A.    Definitely.

16       Q.    From a musicological

17   perspective, what does copyrightable

18   mean?

19           MR. SANDERS:  Same objection.

20       A.    Well, I am not an attorney.  I

21   don't know that I would be the

22   appropriate person to answer that

23   question.

24       Q.    I understand.  But I will ask

25   you, do you have any definition for what

1        JUDITH FINELL

2   is copyrightable or what is not

3   copyrightable?

4        A.    Well, if it conforms to the

5   copyright laws in whatever country the

6   copyright laws are being applied, because

7   it changes from country to country.

8        Q.    Let's focus on the United

9   States, please, because that's what this

10  case is about.

11            What's your definition as a

12  musicologist of what is copyrightable?

13            MR. SANDERS:   Same objection.

14       Q.    If you have no definition,

15  that's an answer.  But I would like to

16  have your answer?

17            MR. SANDERS:   Same objection.

18       A.    This is just what I've learned

19  by being in the field.  It is not

20  something that is normally in the

21  musicologist's training in that it's a

22  legal concept.

23            As I understand it applying in

24  the field, since I've been in the field

25  applying it, I would say that there are a

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 9 of 318 PageID #: 1178

1          JUDITH FINELL

2    lot of criteria.  The year it was

3    written, whether or not -- there is a

4    certain fairly low bar in terms of

5    originality, but there are certain

6    elements in terms of are there any other

7    third--- other works that it is either

8    built upon or arranging instead of

9    originating with itself.

10              There are a lot of different

11   factors that go into the criteria to

12   determine if something is copyright

13   protected or not.

14              But again, I would think that's

15   really outside the boundaries of my

16   knowledge.  I am not a lawyer.

17       Q.    So is it fair to say that as a

18   musicologist, you do not form an opinion

19   about whether a work is copyrightable or

20   not?

21       A.    I've never been asked to, no.

22       Q.    You've not been asked to do

23   that in this case?

24       A.    No, I have not.

25       Q.    You have not been asked to do

JUDITH FINELL

1

2    that in any case in your career?

3        A.    That's fair.

4        Q.    So is it fair to say, as a

5    musicologist, you do not form an opinion

6    about whether a work or element of a work

7    are copyrightable?

8        A.    You're the first attorney that

9    actually ever asked me that in over 20

10   years of doing this.  But I could say and

11   qualify it a little bit and say we're

12   often asked in my firm to comment on

13   whether one piece of music could be seen

14   as infringing the copyright of another

15   because of substantial similarity

16   considerations.

17            But if a client were to say is

18   it copyrightable, I would give them the

19   telephone number of the next copyright

20   attorney I can think of, you know.  I

21   would say that that's beyond my

22   knowledge.

23       Q.    So beyond your knowledge.  It's

24   not in your charge as a musicologist to

25   make a determination about whether an

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 11 of 318 PageID #: 1180

JUDITH FINELL

1

2  element of a work or an entire work is

3  copyrightable, correct?

4      A.      No, I have never been asked to

5  do that.

6      Q.      You haven't done so in this

7  case?

8      A.      No.

9      Q.      Do you have any idea what

10 musicological analysis would be required

11 to determine if a work or elements in a

12 work were copyrightable?

13     A.      Could you repeat the question,

14 please?

15     Q.      Do you have any idea as a

16 musicologist what elements would be

17 required, what analysis would be required

18 to determine if elements in a work were

19 copyrightable?

20             MR. SANDERS:  Same objection.

21     A.      I don't know what the examiners

22 in the U.S. Copyright Office do to

23 determine granting copyright protection

24 of one work over another.  But I think it

25 involves, you know, proper filing, and

1          JUDITH FINELL

2     particular dates and certain elements

3     that are protected and certain ones that

4     are not.  And whether or not it's a

5     derivative work or it's been licensed.

6              But those are involved with the

7     copyright regulations.  And that is

8     really beyond my knowledge.  I am asked

9     whether or not one piece of music

10    resembles another, or infringes another

11    or appears to be original.  But it's

12    never gone so far as to ask me to draw a

13    legal conclusion.

14         Q.    You just said that you were

15    asked to determine if one work infringes

16    another.

17              What's your definition of

18    infringement?

19         A.    Copying.

20         Q.    Copying?

21         A.    Yes.

22         Q.    Any other definition of

23    infringement from a musicological

24    perspective?

25              MR. SANDERS:  Same objection.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 13 of 318 PageID #: 1182

1          JUDITH FINELL

2      A.      Well, that's on a spectrum,

3  again.  Sometimes things aren't exact

4  copies, but they seem to mimic or imitate

5  something else, but it's not 100 percent

6  the same.  So there is judgment that's

7  required.

8              But on some level, I would, if

9  I felt something infringed something

10  else, there would be an element of

11  copying or imitation.

12     Q.      So it's based on your feeling,

13  correct?

14     A.      Not my feeling.  My training.

15     Q.      You just said if you felt

16  something was copied?

17     A.      Well, by felt, I meant

18  believed.

19     Q.      Okay.  So based on your belief?

20     A.      Yes.

21     Q.      Based on your belief?  You have

22  been deposed many times, correct?

23     A.      Yes.

24     Q.      So in this deposition, I'll ask

25  you to answer my questions.  If you don't

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 14 of 318 PageID #: 1183

1                    JUDITH FINELL

2    understand something, please ask me to

3    repeat or recharacterize, otherwise I

4    will assume that you have understood my

5    question and answered it as fully and

6    completely as best you can.

7                    Is that all right?

8        A.    Yes.

9        Q.    So we have the definitional

10   terms.

11                   In your report that you've

12   submitted in connection with this case

13   you used the terms the Connor work and

14   the Paisley work.  So just for ease of

15   today's discussion, let's use the term,

16   as best we can, "Connor work" as being

17   the submission that Ms. Connor made to

18   the copyright office in 2008.

19                   Is that all right?

20       A.    Okay.

21       Q.    And it is not the demo that is

22   also referred to in your report.  You

23   understand that we're not going to be

24   referring to the Connor work as the demo

25   today, correct?

1              JUDITH FINELL

2      A.     I understand.

3      Q.     You understand through counsel

4  for the Plaintiff that the demo work is

5  not in this lawsuit, correct?

6      A.     Yes.

7      Q.     You've been informed of that?

8      A.     Yes.

9      Q.     And the "Paisley work," let's

10  describe the Paisley song as the song

11  that has coauthors Paisley, DuBois and

12  Lovelace; is that okay?  So we use those

13  two terms for "Connor work" and "Paisley

14  work"?

15     A.     Yes.

16     Q.     We asked Ms. Connor, at her

17  deposition at Page 305, what of her work

18  was copyrightable.  And she didn't know.

19             You don't know what of

20  Ms. Connor's work is copyrightable, if

21  anything, do you?

22             MR. SANDERS:  Same objection.

23     A.     I don't understand your

24  question.

25     Q.     From a musicological

1                  JUDITH FINELL

2  perspective, do you know or have you

3  conducted any analysis to determine

4  whether any portion of Ms. Connor's work

5  is copyrightable?

6         MR. SANDERS:  Same objection.

7    A.   I was never asked to conduct

8  that kind of evaluation.

9    Q.   So you have not conducted any

10  analysis to determine whether any element

11  of Ms. Connor's work is copyrightable,

12  correct?

13         MR. SANDERS:  Same objection.

14    A.   I would have to explain.  I was

15  given a work that had already been filed

16  for copyright protection as both the

17  underlying work and, as I understood it,

18  the recording, which are two separate

19  copyrights.

20         I am not quite sure -- I don't

21  understand your question.

22    Q.   Let me ask you this way.  I

23  think you do.

24         Ms. Finell, you just said you

25  were not asked to determine whether any

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 17 of 318 PageID #: 1186

1              JUDITH FINELL
2   portion of Ms. Connor's work was
3   copyrightable, correct?
4        A.    That's correct.
5        Q.    You have not conducted any
6   analysis to determine whether any portion
7   of Ms. Connor's work was copyrightable --
8              MR. SANDERS:  Same objection.
9        Q.    -- correct?
10       A.    I have analyzed the music, but
11  it's not with the objective of
12  determining if it's copyrightable.  I was
13  never asked to have that as a criteria.
14       Q.    I am not trying to make this
15  difficult.
16             Is it fair to say that you have
17  not conducted an analysis to determine
18  whether any portion of Ms. Connor's work
19  is copyrightable?
20             MR. SANDERS:  Same objection.
21       Q.    I have not is a fair answer.
22  But I am trying to get you to answer the
23  question where I think the answer is
24  obvious.
25       A.    Well, Mr. Harvey, if you

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 18 of 318 PageID #: 1187

1               JUDITH FINELL

2    wouldn't mind just rephrasing. I don't

3    understand what you're asking.

4      Q.   Have you conducted any

5    musicological analysis to determine

6    whether any portion of Ms. Connor's work

7    is copyrightable?

8           MR. SANDERS:  Same objection.

9      A.   That wouldn't be within the

10   purview of a musicologist. So I guess

11   the answer is no.

12     Q.   Thank you. With the

13   understanding that I'm using the term

14   original, you understand that in order

15   for a work to be copyrightable, there has

16   to be originality to it; is that correct?

17     A.   I understand it as a nonlawyer,

18   yes.

19     Q.   Okay. So with the

20   understanding that I am using the term

21   original as you understand it as a

22   copyrightable -- excuse me, as you

23   understand it as a musicologist, did you

24   perform any analysis to determine whether

25   any portion of the Connor work is

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 19 of 318 PageID #: 1188

1                    JUDITH FINELL
2    original?
3         A.    I don't understand your
4    question.
5         Q.    Were you asked by counsel for
6    the Plaintiff to determine what elements
7    of the Connor work were original?
8         A.    No, I was never asked that.
9         Q.    So with the understanding that
10   I am using the term original as you'd use
11   it as a musicologist, did you perform any
12   analysis to determine whether any element
13   of the Connor work is original?
14        A.    I'm sorry, I thought I just
15   answered that question a moment ago.
16        Q.    So is the answer to my question
17   no?
18        A.    No.
19        Q.    The answer to my question is
20   no, correct?
21        A.    That's correct.
22        Q.    Thank you.  Did you conduct any
23   analysis of the Connor song to determine
24   what was not original?
25        A.    No.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 20 of 318 PageID #: 1189

1        JUDITH FINELL

2        Q.    Did you perform any analysis to

3    filter out any nonoriginal elements of

4    the Connor song?

5            MR. SANDERS:  Same objection.

6        A.    Well, that's not a yes or no

7    answer.  I would have to explain my

8    process, I guess.

9        Q.    I will ask you your process.

10   But I think you already told us that you

11   conducted no analysis to determine what

12   was original in her song.  You have

13   conducted no analysis to determine what

14   was not original in her song, correct?

15       A.    Well, I need to -- I need to

16   explain something in order to answer your

17   question.

18       Q.    I'll ask you about your process

19   in a moment.

20            My question on the table is,

21   did you perform any analysis as a

22   musicologist to filter out nonoriginal

23   elements of the Connor song?

24       A.    I think that --

25            MR. SANDERS:  Same objection.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 21 of 318 PageID #: 1190

1               JUDITH FINELL

2       A.     I think the word that you're

3   using is inaccurate in the description.

4   I did filter out what I felt was

5   distinctive and recognizable in her song.

6   That was really the element that I

7   focused on in my analysis and assessment

8   of her song compared to the other song.

9       Q.     So are you claiming that you

10  did do a filtering process?

11      A.     It's part of my process to

12  determine what's distinctive, what's

13  unusual and if it sounds like another

14  work when I am asked to compare musical

15  works.

16      Q.     And what of her song did you

17  filter out that was not distinctive?

18          MR. SANDERS:   Same objection.

19      A.     It's not -- that's not -- I

20  focused on what was distinctive.  I can't

21  give you a list of what wasn't

22  distinctive.  I focused on the, what I

23  saw as the key characteristics of her

24  song.  And I don't mean key in a musical

25  sense.  But meaning the main

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 22 of 318 PageID #: 1191

1          JUDITH FINELL

2    characteristics of her song.

3        Q.    So taking that answer,

4    Ms. Finell, is it correct that you did

5    not conduct a filtering analysis to take

6    out nonoriginal elements of the Connor

7    song?

8             MR. SANDERS:  Same objection.

9        A.    I really have never been asked

10   that question before.  So in all the

11   years that I've had assignments from

12   attorneys, nobody's ever actually asked

13   me about filtering.

14       Q.    So you did not do so in this

15   case, correct?

16       A.    It is my process to determine

17   what distinctive characteristics are the

18   signature or profile of the song and what

19   distinguishes it.

20       Q.    List the elements in the Connor

21   song that you removed or filtered as

22   being nonoriginal.

23            MR. SANDERS:  Same objection.

24       A.    I didn't do any removal.  I

25   looked at it in a positive way, not in a

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 23 of 318 PageID #: 1192

1                    JUDITH FINELL

2     separation way, meaning I looked at what

3     was distinctive and that's what I

4     analyzed.

5          Q.     Did you make the assumption

6     that the Connor work, the entire work is

7     original or copyrightable?

8               MR. SANDERS:  Same objection.

9          A.     I am not an attorney, so I

10    don't determine if something is

11    copyrightable or not.

12         Q.     Did you make the assumption

13    that the entire work of Connor is

14    original?

15              MR. SANDERS:  Same objection.

16         A.     As I say, I wasn't focused on

17    originality.  I was focused on

18    distinctiveness, recognizability, the

19    character of the song, and the features

20    that combine to create that profile for

21    the song, if you will.

22         Q.     Ms. Finell, are you claiming

23    that the words "remind me," that is the

24    title of the Connor work, are original?

25              MR. SANDERS:  Same objection.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 24 of 318 PageID #: 1193

1          JUDITH FINELL

2     A.    I certainly didn't claim that

3  in my report.  It's not the words alone.

4  It's the way various elements combined in

5  distinctive ways that I focused on, not

6  just one element like that in isolation.

7     Q.    Okay.  And if you will, if you

8  will answer my question, please, so am I

9  correct that you are not claiming that

10  the words "remind me" are original?

11          MR. SANDERS:  Same objection.

12     A.    I made no claims, no value

13  judgments on the originality level of any

14  of the material in either song that I

15  compared.

16     Q.    Okay.

17     A.    That word doesn't, I believe,

18  occur anywhere in my report.

19     Q.    Your report states what it

20  states.

21          Is it your view that the words

22  "remind me" are original in the Connor

23  work?

24          MR. SANDERS:  Same objection.

25     A.    They're as original as I love

JUDITH FINELL

1
2    you.  But what matters is how you set it
3    to music, what notes you use, what
4    rhythms, how you support it, how you
5    develop it.  That's what matters in
6    analyzing and assessing a piece of music,
7    not an isolated element like that.
8           I am sure you would find 5000
9    songs with the words I love you.  But how
10   they distinguish one another is how those
11   words are set and how they are
12   rhythmically organized, et cetera.
13   Q.    So your focus has been on the
14   combination of music with the words
15   "remind me," correct?
16   A.    Absolutely.
17   Q.    Okay.  And would you agree with
18   me that Connor does not own a copyright
19   on the title of her song "Remind Me"?
20           MR. SANDERS:  Same objection.
21   A.    Again, I am not an attorney.
22   And I have not been exposed to her
23   copyright documents with the U.S.
24   Copyright Office, but it is my
25   understanding as someone in the music

1        JUDITH FINELL
2   industry that titles alone are not
3   copyright protected, but lyrics are.
4        Q.    So if it's your understanding
5   that the title is not copyrightable, as a
6   musicologist, is it your contention that
7   the lyrics "remind me," those two words,
8   are copyrightable or original to Connor?
9             MR. SANDERS:    Same objection.
10       A.    Again, I am not -- I never
11  focused on whether or not the lyrics
12  alone were, first of all, copyrightable,
13  because I am not an attorney.  And that
14  isn't -- was never defined as my
15  assignment.
16       Q.    Okay.  So it is not your
17  position as a musicologist that Connor
18  has some exclusive right to use the words
19  "remind me" in the lyrics of her song,
20  correct?
21       A.    I don't --
22            MR. SANDERS:    Same objection.
23       A.    I don't understand your
24  question, Mr. Harvey.
25       Q.    It is not your position as a

1          JUDITH FINELL
2   musicologist that Ms. Connor has the
3   exclusive right to use the words "remind
4   me" in a song, correct?
5              THE WITNESS:  Could you read it
6        back, please.
7              (The reporter read back as
8        follows:
9              "QUESTION:  It is not your
10       position as a musicologist that
11       Ms. Connor has the exclusive right to
12       use the words "remind me" in a song,
13       correct?")
14             MR. SANDERS:  Same objection.
15       A.   Are you saying my view or my
16   understanding?
17       Q.   If you draw a distinction
18   between those two, please tell us what it
19   is.
20       A.   Well, it is my understanding
21   that words can be used in various ways.
22   But that lyrics within the context of a
23   song do have copyright protection even if
24   they are similar to other works of art
25   because, again, it's the combination.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 28 of 318 PageID #: 1197

JUDITH FINELL

1
2   It's not just how the words are used.
3   But what notes they are sung with and
4   other elements of musical expression.
5       Q.    Is it your view as a
6   musicologist that Ms. Connor has an
7   exclusive right to use the words "remind
8   me" as lyrics in a song?
9           MR. SANDERS:  Same objection.
10      A.    I don't -- that's a legal
11  conclusion, I think.  I don't believe
12  that I have the right degree to give you
13  that kind of legal opinion.
14      Q.    What, if anything, did you do
15  to search for other works that are titled
16  Remind Me or have the words "remind me"
17  in the title?
18      A.    Well, it wouldn't be the title.
19  It would be the hook of the song.
20      Q.    Ms. Finell, what, if anything,
21  did you do to search for other musical
22  works that are titled "Remind Me" or have
23  the words "remind me" in the title?
24      A.    I did nothing, because I see it
25  as a combination of a number of elements

1      JUDITH FINELL

2  including the use of the words "remind

3  me," including the way the notes set

4  those words, the structure of where the

5  words appear and many other musical

6  elements.

7      Q.    So you did nothing to determine

8  whether other works have the title

9  "Remind Me," correct?

10     A.    I didn't see that as relevant

11  here.

12     Q.    Do you know how to do so?

13     A.    Yes.

14     Q.    And what would you do in order

15  to determine whether other works have the

16  title "Remind Me" or the words "remind

17  me" in the title?

18     A.    Well, I have a big database of

19  other music that is used when I am doing

20  a prior art search, but it's also very

21  easy for a layperson to simply, you know,

22  Google those lyrics.  And you would find

23  other songs that possibly are similar.

24  They might say remember me, or I recall,

25  or other words that refer to recollection

                    JUDITH FINELL

1
2    and remind conceptually.
3        Q.    So other words would bring up
4    the same concept of recollection,
5    correct?
6        A.    Possibly.  But that's like
7    saying there are 500 Christmas carols
8    that all talk about Christmas.  It's
9    really how they use the word Christmas or
10   Merry Christmas.  Musically, that
11   distinguishes one from the other.
12       Q.    If you were looking for other
13   songs titled "Remind Me" or had the words
14   "remind me" in the title, you would
15   search your database that you have
16   yourself, correct?
17       A.    Yes.
18       Q.    And you've done that in other
19   engagements in the past, correct?
20       A.    Sometimes.
21       Q.    You did not do so in this case?
22       A.    No, because the combination
23   would have been unlikely to have been
24   found.  The combination of all the
25   elements.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 31 of 318 PageID #: 1200

1                    JUDITH FINELL

2       Q.      You could also look at the

3    records, the online records of the United

4    States Copyright Office, could you not,

5    search by title?

6       A.      You could.

7       Q.      Have you done that in other

8    engagements?

9       A.      The title isn't usually what I

10   am looking for.  It is usually something

11   beyond the title.  But I could, yeah.

12      Q.      In this case, you have stated

13   that you think the hook is the words

14   "remind me."  Correct?

15      A.      Yes.

16      Q.      So do you look for the hook in

17   your database in other engagements?

18      A.      Sometimes.

19      Q.      You did not do so in this case?

20      A.      No, because all of the other

21   idiosyncrasies that set the hook in each

22   song that we've talked about in my report

23   I would be extremely unlikely to find

24   those combined in the same way.

25      Q.      So you searched for -- your

JUDITH FINELL

1

2  focus in your report is on that one

3  discrete phrase "remind me," correct?

4      A.    Well, that's the hook of the

5  song, so that's what I focused on, yes.

6      Q.    So the answer to my question is

7  yes?

8      A.    Well, it's not quite as narrow

9  as you stated the question.  But that's

10  primarily what I focused on, yes.

11      Q.    What, if anything, did you do

12  to search for other copyright works that

13  have the words "remind me" in the lyrics?

14      A.    I did not.

15      Q.    And do you know how to do so?

16      A.    Yes.

17      Q.    And how would you find other

18  works with the lyrics "remind me"?

19      A.    Just as I said, I have a big

20  database of titles, lyrics, melodic

21  structures, and I would search them.

22      Q.    And you did not do so in this

23  case?

24      A.    No.

25      Q.    You have done so in other cases

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 33 of 318 PageID #: 1202

1          JUDITH FINELL

2    in which you have been engaged?

3        A.    Oh, yes.

4        Q.    And that wasn't part of your

5    charge in this case?

6        A.    My charge?

7        Q.    That wasn't part of the request

8    made to you?

9        A.    I didn't -- it wasn't part of

10   the request, that's correct, but also, I

11   didn't think it was appropriate because

12   of the other elements that were part of

13   the song that resembled the Paisley song.

14       Q.    Why didn't you look for other

15   songs that contained the words "remind

16   me" in the lyrics?

17           MR. SANDERS:  Asked and

18       answered.

19       Q.    No.  Try again.

20       A.    Yeah, I do believe that I just

21   answered you in my prior response.

22       Q.    Ms. Finell, in this case, you

23   conducted no search for other songs that

24   contained the words "remind me" in the

25   title, correct?

1                   JUDITH FINELL

2        A.      Yes.

3        Q.      And you conducted no search for

4    other songs that have the words "remind

5    me" in the lyrics, correct?

6        A.      Yes.

7        Q.      What, if anything, did you do

8    to search for any similar music as in the

9    Connor work?

10       A.      I don't understand your

11   question.

12       Q.      Did you conduct any

13   musicological analysis to see if there

14   was music that was similar to the music

15   contained in the Connor work?

16       A.      I don't know what you mean by

17   music.

18       Q.      Would I be correct in stating

19   that -- strike that.

20               Ms. Finell, you do not know

21   what I mean by the word music?

22       A.      I know what the word music

23   means, Mr. Harvey.  But I don't

24   understand it in the context of your

25   question.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 35 of 318 PageID #: 1204

1                   JUDITH FINELL
2       Q.      All right.   There is music in
3  Ms. Connor's song, correct?
4       A.      A song is music.
5       Q.      There is lyrics in her song and
6  there is music in her song, correct?
7       A.      Lyrics are part of the music.
8       Q.      Okay.   So then, let's say that
9  there is an instrumental portion and a
10 vocal portion in her song, correct?
11      A.      Yes.   In the Paisley song or
12 the Connor song?
13      Q.      In the Connor song.
14      A.      Yes.
15      Q.      Let me put it this way:
16 Ms. Connor's song has a melody, correct?
17      A.      Are you talking about the vocal
18 melody or the melody that the instrument
19 plays?
20      Q.      I am talking about both.
21      A.      Well, a series of pitches and
22 rhythms are defined as a melody, yes.
23      Q.      Did you do any analysis to look
24 for a similar melody to Ms. Connor's song
25 in any other work other than the Paisley

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 36 of 318 PageID #: 1205

JUDITH FINELL

2  song?

3      A.     No.

4      Q.     Can you name any other song

5  written or cowritten by Chris DuBois?

6      A.     No, I cannot.

7      Q.     Can you name any other song

8  written or cowritten by Kelly Lovelace?

9      A.     Not offhand.  I would probably

10  recognize the titles, but I can't list

11  them now.

12      Q.     Can you list any other songs

13  written or cowritten by Brad Paisley?

14      A.     No.

15      Q.     You met or talked to the

16  Plaintiff's counsel prior to this

17  deposition to prepare, correct?

18      A.     Yes.

19      Q.     How many times?

20      A.     One.

21      Q.     In person or by telephone?

22      A.     Well, by telephone, and then

23  today before we came here for a few

24  minutes.

25      Q.     Ms. Finell, you are appearing

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 37 of 318 PageID #: 1206

1              JUDITH FINELL

2    here today pursuant to subpoena, correct?

3        A.    Yes.

4        Q.    Thank you for accepting service

5    of that.    And thanks to counsel on the

6    telephone for arranging that.

7

8              MR. HARVEY:  We had been

9         provided a copy of a report.  I will

10        hand a copy to the court reporter and

11        ask her to mark that as Exhibit 1.

12             [The Ms. Finell's expert

13        report, was hereby marked as

14        Defendants' Exhibit 1 for

15        identification, as of this date.]

16        Q.    Ms. Finell, this is what we

17   received by e-mail from counsel who's

18   participating by telephone.  It's got 38

19   numbered pages, and then a verification

20   at the very end.

21             I will ask you, please, just to

22   confirm that that's the complete report

23   that you prepared at the request of

24   Plaintiff's counsel and has been made

25   available to us?

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 38 of 318 PageID #: 1207

1          JUDITH FINELL
2               (Witness reviews document.)
3      A.     Yes, it is.
4      Q.     And we may be referring to that
5  on and off during the day.
6               In advance of the deposition,
7  Ms. Gonser had also asked Ms. Godwin if
8  you had any other materials to provide
9  upon which you relied in preparing for
10  the deposition or upon which you relied
11  in preparing for this report.
12               We received last Friday night
13  some sheet music for the Paisley "Remind
14  Me."  And I will hand a copy of that to
15  the court reporter and ask her to mark
16  that as number 2.
17               [The sheet music for the
18          Paisley "Remind Me," was hereby
19          marked as Defendants' Exhibit 2 for
20          identification, as of this date.]
21      Q.     And will you identify what that
22  is, please?
23               (Witness reviews document.)
24      A.     This is the commercially
25  available sheet music of the Paisley song

1          JUDITH FINELL

2    with some of my analytical markings.  I

3    compared it to the recording, briefly,

4    just for reference.

5          Q.    So these are your handwritten

6    notes on the sheet music?

7          A.    Partly mine and partly my

8    colleague Marianne Csizmadia, whose name

9    is in the lower right-hand corner.

10         Q.    And can you tell us whose

11   printed words are at the top of the first

12   page of that?

13         A.    I don't know where you are.

14         Q.    Right underneath, somebody has

15   written at the top "Song B.  Note:  Sheet

16   music corresponds well to recording,

17   although there are some minor

18   discrepancies, not" necessarily,

19   abbreviated Nec, "noted here."

20              Is that your handwriting or

21   hers?

22         A.    I think that's mine.  We work

23   together often on the same cases.  So I

24   think that's mine.

25         Q.    The dates at the top of the

```
1              JUDITH FINELL
2    page has 2/7/13 and 8/30/15.
3              Whose handwriting is that?
4        A.    I think the dates are
5    Marianne's.  There are two different
6    times that we worked on reports.  Not the
7    exact dates, but that time period.
8        Q.    What do those dates reflect?
9        A.    I think the first report was in
10   February of 2013.  So I just, we always
11   date when we look at music.
12             And then the second one had to
13   do with the fuller report.  It was just
14   orienting.
15       Q.    The complaint in this case was
16   originally filed after February of 2013.
17             So is it correct that you were
18   working on your analysis prior to the
19   filing of the lawsuit?
20       A.    I would have to check my first
21   report.  I don't remember the date of the
22   first report.  It was 2013, though.
23             Well, it was dated March 28th,
24   2013.  So I guess I was hired before
25   then.  I mean, I usually am.
```

1          JUDITH FINELL

2     Q.     You had brought a notebook with

3  you to the deposition.  Can you identify

4  what that is?

5     A.     Yes.  It is a copy of each of

6  my reports, the two, the preliminary and

7  the full, the sheet music that looks just

8  like this with my markings and the

9  recording I was given by the Connor firm.

10  That is the music that's at issue in this

11  case.

12     Q.     And these are -- these

13  documents that you have maintained, you

14  reviewed those in preparation for your

15  deposition, did you not?

16     A.     Yes.  And those were the basis

17  of my report, too.

18     Q.     Okay.  And can you identify for

19  us what you have in the notebook?

20     A.     Okay.  The first is March 28th,

21  2013 preliminary report.  The.

22          Second one is September 12th,

23  2015 full report.

24          The third one is the sheet

25  music for Remind Me by Paisley published

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 42 of 318 PageID #: 1211

1                        JUDITH FINELL

2     by EMI Music 2011 copyright.

3                The next page is the lyrics of

4     the Connor song.

5                The next one is the lyrics of

6     the Paisley song.

7                And last is -- it's my Exhibit

8     A, which is attached to my report, but

9     was separate notes that are reflected in

10    the report examples.

11               It has arrows where the

12    appoggiaturas are.  That's

13    A-P-P-O-G-G-I-A-T-U-R-A, I hope.

14               MR. HARVEY:  We have not seen

15         the preliminary report.

16               I think what we'll ask,

17         Mr. Sanders, is that we get a copy of

18         this notebook that she's already

19         testified she reviewed in preparation

20         of the deposition, on a break.

21               MR. SANDERS:  Preliminary report

22         was not produced?

23               MR. HARVEY:  Never produced.

24               MR. WARNOCK:  Want to go off the

25         record and go ahead and take it up

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 43 of 318 PageID #: 1212

1              JUDITH FINELL

2      now?

3              MR. HARVEY:  Sure, let's go off

4      a second.

5              (Off the record.)

6      Q.    Ms. Finell, we are back after

7  the break.

8              MR. HARVEY:  I will ask the

9      court reporter to mark as Exhibits 3

10     and 4, respectively, the preliminary

11     report and then the notations that you

12     have on Remind Me - Connor Copyright

13     that are dated September 12th, 2015.

14             [The preliminary report, dated

15     March 28th, 2013, was hereby marked

16     as Defendants' Exhibit 3 for

17     identification, as of this date.]

18             [The notations on Remind Me -

19     Connor Copyright, dated September

20     12th, 2015, was hereby marked as

21     Defendants' Exhibit 4 for

22     identification, as of this date.]

23     Q.    Ms. Finell, you read your

24  report, your full report to prepare for

25  your deposition, correct?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 44 of 318 PageID #: 1213

1                    JUDITH FINELL

2      A.    Yes.

3      Q.    You're familiar with the

4   contents?

5      A.    Yes.

6      Q.    And is your report accurate?

7      A.    Yes.

8      Q.    And you chose your words

9   carefully?

10     A.    Yes.

11     Q.    You meant what you said?

12     A.    Yes.

13     Q.    You were first contacted about

14   this case when?

15     A.    I don't remember the exact

16   date, but it was in 2013, I believe.

17     Q.    Who retained you?

18     A.    Mr. Ken Connor.

19     Q.    And did you provide counsel for

20   the Plaintiff the preliminary report that

21   is dated March 28th, 2013?

22     A.    Yes, to Mr. Connor.

23     Q.    What facts or data were you

24   given about the case or about the dispute

25   before giving counsel your preliminary

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 45 of 318 PageID #: 1214

1              JUDITH FINELL
2    report?
3         A.    It's been a long time since
4    then, but I will do my best to recall.
5              Basically, Mr. Connor described
6    a song by Lizza Connor entitled "Remind
7    Me" that I believe the songwriter, Lizza
8    Connor, felt was similar to the Paisley
9    song, and asked me to prepare an initial
10   evaluation comparing the two works.
11        Q.    Were you ever asked to conduct
12   a prior art search?
13        A.    No.
14        Q.    And you have not done so?
15        A.    That's correct.
16        Q.    Do you intend to do so?
17        A.    If I am engaged to do so, I
18   would be happy to do so.
19        Q.    And who on the Plaintiff's
20   side, who have your communications been
21   with?  Mr. Ken Connor is one, correct?
22        A.    Yes.
23        Q.    Have you had communication with
24   other employees or counsel on the
25   Plaintiff's side?

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 46 of 318 PageID #: 1215

1                    JUDITH FINELL

2       A.      Yes.   Caleb Connor and Camille.

3   I am sorry --

4       Q.      Godwin?

5       A.      Thank you.

6       Q.      Yes, ma'am.

7       A.      And recently with Mr. Sanders.

8   Those are the people.

9       Q.      Have you ever spoken with the

10  Plaintiff?

11      A.      Oh, the songwriter.  I think I

12  did speak with her once.

13      Q.      Tell me about that discussion.

14      A.      It wasn't about actually this

15  song at all.

16      Q.      Was it in connection with this

17  lawsuit?

18      A.      No.

19      Q.      So the Plaintiff gave you no

20  facts or data about this matter that you

21  relied upon for your report?

22      A.      Not at all, no.  I spoke to her

23  many, many months or weeks, at least,

24  after I had been engaged already to write

25  the report.  It wasn't about these songs.

1                    JUDITH FINELL

2        Q.      And how many -- were you

3    familiar with the Connor work before you

4    were contacted?

5        A.      No.

6        Q.      Were you familiar with the

7    Paisley Remind Me before you were

8    contacted?

9        A.      No, I was not.

10       Q.      How many times did you speak

11   with Plaintiff's counsel before you

12   rendered your preliminary report?

13       A.      I don't know.

14       Q.      More than five, more than 10?

15       A.      Well, my process is to conduct

16   a preliminary analysis and assessment of

17   the case and deliver an oral report,

18   either in person or by phone.  And then

19   if I am asked to, I do a written report

20   after that.

21               So I am guessing I had, at

22   least, three or four conversations with

23   Mr. Connor, the senior Mr. Connor, I

24   mean, before turning in this report.

25       Q.      And since then, after turning

1           JUDITH FINELL
2    in the preliminary report, how many
3    different communications have you had
4    with Plaintiff's counsel?
5        A.    Well, it's been two years in
6    the interim.  And I don't know.  I can't
7    answer how many conversations I had.
8        Q.    More than five, more than 10?
9        A.    I would be guessing.  Probably
10   10 or less, unless -- I don't know if
11   e-mails are considered a conversation or
12   not.
13       Q.    Have you ever read any notes
14   prepared by Ms. Connor?
15       A.    You mean musical notes or --
16       Q.    Any notes of any kind?
17       A.    -- words?
18       Q.    Any notes of any kind?
19       A.    The only reading I've done by
20   Ms. Connor has to do with the lyrics that
21   I was given of her music of the song I
22   was evaluating.
23       Q.    Did you ever -- were you ever
24   provided sheet music for the Connor work?
25       A.    No, I was never.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 49 of 318 PageID #: 1218

1          JUDITH FINELL

2     Q.     Did you review the complaint or

3  amended complaint in this case, at any

4  time?

5     A.     I don't think I've ever seen

6  that.

7     Q.     Did you do anything to help

8  prepare the complaint or amended

9  complaint in this case?

10    A.     No, I don't believe so.

11    Q.     Were you ever given a draft of

12  the complaint or amended complaint prior

13  to their filing?

14    A.     I don't recall, but I doubt it.

15    Q.     Other than what you received in

16  preparing your preliminary report or

17  final report, is there any other

18  information that you would like to have

19  been provided?

20    A.     No.  I always ask if there is

21  anything like a lead sheet for the music

22  on either side, and if there are earlier

23  versions of the music, because I wanted

24  to make sure that I'm studying what would

25  be considered the most official musical

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 50 of 318 PageID #: 1219

                    JUDITH FINELL

 1
 2   version of a particular song.
 3          Often there are a lot of
 4   versions of songs that composers do
 5   before they finalize their songs.  And I
 6   was provided with what the Connor firm
 7   felt answered my questions.
 8       Q.    And what was that?
 9       A.    I received electronically, and
10   later as a follow-up, a CD from the
11   Connor firm that contained the two
12   versions of the Connor song, the one that
13   was marked as a demo and then one that
14   was called the copyright copy, I believe,
15   they called it, and then the Paisley song
16   which are on this CD.  And lyric sheets
17   for both songs.  I think that's
18   everything they gave me.
19       Q.    And the lyric sheet that's in
20   your book with the lyrics on the Paisley
21   song, is that something that you prepared
22   or was it provided to you?
23       A.    It was given to me.
24       Q.    Do you know who prepared it?
25       A.    No.  But I received it from the

1          JUDITH FINELL

2    Connor firm.

3        Q.    Did you compare it to the sheet

4    music or to the recording that you

5    listened to?

6        A.    To the recording.  There was no

7    sheet music for the Connor song, either

8    version of the Connor song.  And I didn't

9    really use the published sheet music for

10   the basis of my report, but I used it as

11   reference to kind of orient myself when I

12   was first listening to the recording.

13   It's a kind of road map of the song.

14       Q.    And what was the task assigned

15   to you in preparing the preliminary or

16   the full report?

17       A.    Well, those are different

18   tasks.  Should I take them one at a time?

19       Q.    What was the task assigned to

20   you for the preliminary report?

21       A.    The purpose of that was to

22   compare the two pieces of music for

23   similarities and differences, and to

24   assess whether or not there would be a

25   reasonable case for substantial

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 52 of 318 PageID #: 1221

1          JUDITH FINELL

2    similarity; and if so, to determine what

3    elements would contribute to that.

4         Q.    What was your task assigned for

5    the full report?

6         A.    Well, the full report was meant

7    as a much more in-depth analysis of each

8    musical work, and more transcription of

9    every iteration of the similar material

10   and a deeper analysis, basically.

11        Q.    Your report has fragments of

12   transcriptions of the Connor work,

13   correct?

14        A.    Which report?

15        Q.    I am talking about your full

16   report, which is Exhibit number 1.

17        A.    Could you repeat the question,

18   please?

19        Q.    Your report contains

20   transcriptions in fragments of the Connor

21   work, correct?

22        A.    Yes.

23        Q.    And is that what appears on

24   Exhibit A at Page 27?

25        A.    Exhibit A is an index of every

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 53 of 318 PageID #: 1222

1          JUDITH FINELL

2   iteration of the hook lyrics "remind me"

3   in the Connor song.

4        Q.    I understand that you have

5   identified what you considered to be a

6   hook as the words "remind me"?

7        A.    Yes.

8        Q.    So you had done a

9   transcription.  And this was done by you,

10  personally?

11       A.    Well, in combination with my

12  staff.

13       Q.    Who is your staff?

14       A.    It's on my Website.  You want

15  me to list each of them?

16       Q.    No, ma'am.

17             Who assisted you in reviewing

18  the transcriptions on Exhibit A?

19       A.    There were two people.  The

20  main ones was Marianne Csizmadia is her

21  name.  Do you want me to spell that?

22       Q.    It's listed on the sheet of

23  music, thank you.

24       A.    And a new person whose last

25  name has just escaped me, I am

1              JUDITH FINELL
2    embarrassed to say, but Jennifer is her
3    first name.   There are two people who
4    helped me sometimes with these kinds of
5    aspects of this.
6         Q.   Is it correct to say that your
7    full report does not contain a full
8    transcription of the Connor work?
9         A.   That's correct.
10        Q.   And is it correct to say that
11   your full report does not contain a full
12   transcription of the Paisley work?
13        A.   No, it doesn't.
14        Q.   Your full report doesn't
15   contain a full transcription of the
16   chorus of either Connor or Paisley,
17   correct?
18        A.   That's correct.
19        Q.   Was the only transcription that
20   was ever prepared of the words "remind
21   me" and "Baby, remind me" in Connor and
22   Paisley?
23        A.   I have to look through my
24   report to see if I did any other
25   transcriptions.   If you could give me a

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 55 of 318 PageID #: 1224

JUDITH FINELL

1

2    moment.

3              (Witness reviews document.)

4        Q.    While you're looking, you don't

5    know, having looked at the report to

6    prepare for your deposition, whether you

7    transcribed anything other than "remind

8    me" and "Baby, remind me"?

9        A.    I don't like to guess when I'm

10   answering questions.  If I could spend a

11   moment, please.

12       Q.    Please do.

13       A.    And we are only talking about

14   the full report, right?

15       Q.    Yes, ma'am.

16       A.    No, that's all that this

17   included.

18       Q.    Your full report contains all

19   the transcriptions that you made or your

20   staff made, correct?

21       A.    Yes, it does.

22              And by the way, they differ

23   from the sheet music of Paisley.  I

24   corrected some of the sheet music that

25   was, some of the notes and rhythms, et

                    JUDITH FINELL

cetera, were incorrect as compared to the
recording.

     Q.    And did you prepare sheet music
for the Connor Remind Me?

     A.    No, I did not.

     Q.    But you did review the sheet
music for the Paisley Remind Me that you
had downloaded, correct?

     A.    That I downloaded?

     Q.    Well, on what is Exhibit 2,
Remind Me, the sheet music for Paisley?

     A.    Yes.

     Q.    And you downloaded that from
some source, correct?

     A.    That's right.

     Q.    Do you agree that a composition
may be represented in the form of notated
sheet music, as a musicologist?

     A.    Yes, but it could be
representing a recording, or it could
represent an underlying work which may be
differentiated from a particular version
that be on the recording.

     Q.    Do you agree that a sound

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 57 of 318 PageID #: 1226

1          JUDITH FINELL
2    recording results from a fixation of
3    musical spoken or other sounds?
4              MR. SANDERS:  Object to the
5         extent it's calling for a legal
6         conclusion.
7         A.     I really don't understand your
8    question.
9         Q.     How do you define a sound
10   recording?
11        A.     In a musical -- in the musical
12   context or another --
13        Q.     As a musicologist, how do you
14   define a sound recording?
15             MR. SANDERS:   Same objection.
16        A.     I am saying in musical context
17   or other kind of sound recordings that
18   are not musical?
19        Q.     I am not talking about
20   theatrical.  We are not talking about
21   motion pictures today.  Talking about
22   music.
23             In a music context, as a
24   musicologist, how do you define a sound
25   recording?

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 58 of 318 PageID #: 1227

1        JUDITH FINELL

2        A.      A sound recording is a fixation

3    of a performance of a musical work, but

4    it is only of that performance.  It is

5    not necessarily of the underlying core

6    work.

7        Q.      Did your work, in this case,

8    mirror what you usually do in forming an

9    opinion as a musicologist?

10       A.      Definitely.

11       Q.      As a musicologist and you

12   analyzing two musical compositions in

13   order to form an opinion about whether

14   one copied the other, what are the

15   fundamental elements to be examined?

16               THE WITNESS:  Could you repeat

17          the question, please.

18               (The reporter read back as

19          follows:

20               "QUESTION:  As a musicologist

21          and you analyzing two musical

22          compositions in order to form an

23          opinion about whether one copied the

24          other, what are the fundamental

25          elements to be examined?")

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 59 of 318 PageID #: 1228

1          JUDITH FINELL

2              (Record read.)

3      A.     It depends on if I'm analyzing

4  music that is in written form such as a

5  lead sheet or a score, or if I'm

6  analyzing a recording of a musical work,

7  which is a different element in a musical

8  work.

9      Q.     In this case, you were

10  reviewing two recordings, correct?

11     A.     That's what I was hired to do,

12  yes.

13     Q.     So as a musicologist, when

14  you're analyzing two musical

15  compositions, two recordings of musical

16  compositions in order to form an opinion

17  about copying, what are the fundamental

18  elements to be examined?

19     A.     Again, if I am starting from

20  the recording and not from the underlying

21  music that led to the recording, then I

22  would be analyzing the core musical

23  elements to begin with to compare, which

24  would be melodies, meaning pitches and

25  rhythms, lyrics and how the lyrics are

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 60 of 318 PageID #: 1229

1          JUDITH FINELL

2    set to music, structure, harmony and many

3    other elements.   But those are some of

4    the basic ones.

5          Q.    What are the many other

6    elements to be examined?

7          A.    Well, when you have a

8    recording, you have other elements that

9    would be considered beyond the underlying

10   work, such as arrangement, what voicings

11   have been used, is the music sung by a

12   woman or a low male voice, are there

13   instruments that are supporting the vocal

14   lines, are there -- what kind of

15   instruments are playing.   All of that

16   occurs on a recording or in a live

17   performance, but isn't necessarily

18   reflected on the underlying, what you

19   would call, the deposit copy with the

20   copyright office.

21         Q.    Are those elements less

22   significant in determining whether there

23   has been copying from one musical

24   composition of another?

25         A.    I don't understand what you

1           JUDITH FINELL

2  mean by "those elements."

3     Q.    The ones you just referred to

4  as the other elements, are those ones

5  that, as a musicologist, you considered

6  to be less significant in determining

7  whether there has been copying between

8  two songs?

9     A.    It's not a yes or no answer,

10 because it depends on the reason for my

11 assessment and my assessing that one

12 recording copied another, whereas every

13 element that one hears is at issue, or is

14 it the underlying body of the music

15 itself that has been accused of being

16 copied.

17          It really depends entirely on

18 the similarity and the position of the

19 different people in conflict.

20    Q.    When I asked you about

21 fundamental elements, you mentioned

22 melodies, lyrics, structure and harmony.

23          Are those the fundamental

24 elements that you consider as a

25 musicologist in determining whether there

1                    JUDITH FINELL
2      has been copying?
3          A.     I have the same answer that I
4      gave you a moment ago, Mr. Harvey, that
5      if I am being asked to assess the
6      underlying music, those would be the
7      elements.  But if I am being asked to
8      compare the recorded version of the
9      underlying music, then elements beyond
10     that are significant, too.
11         Q.     And which were you asked to do
12     in this case?
13         A.     It wasn't very specific.  I was
14     just given what existed on each song
15     which was a recording.  That was my
16     starting point.  And so that's what I
17     compared.
18         Q.     As a musicologist in music
19     copyright cases, do you have an
20     understanding of the terms substantial
21     similarity?
22         A.     I do, although it is, I think,
23     considered a legal term, but, yes, I do
24     understand how I use it.
25         Q.     How do you use it?  What's your

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 63 of 318 PageID #: 1232

1           JUDITH FINELL

2  definition?

3       A.    Well, again, there is a, sort

4  of a spectrum.  But in general,

5  substantial similarity, to me, means

6  whether or not two musical works contain

7  both a quantity of similar material, and

8  that the material is of importance within

9  either or both of the songs so that it's

10 both qualitatively and quantitatively

11 similar.

12           And then there is how the

13 degree of similarity will determine how

14 very much or very little they are

15 substantially similar.

16           MR. WARNOCK:  May I ask you to

17     read that last answer back, please.

18           (The reporter read back as

19     follows:

20           "ANSWER:  Well, again, there is

21     a, sort of a spectrum.  But in

22     general, substantial similarity, to

23     me, means whether or not two musical

24     works contain both a quantity of

25     similar material, and that the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 64 of 318 PageID #: 1233

1          JUDITH FINELL
2     material is of importance within
3     either or both of the songs so that
4     it's both qualitatively and
5     quantitatively similar.
6          And then there is how the degree
7     of similarity will determine how very
8     much or very little they are
9     substantially similar.")
10          MR. WARNOCK:  Thank you.
11     Q.    Are you using the term
12 substantial similarity in a musicological
13 or a legal sense?
14     A.    It's kind of the intersection
15 of musicology and law, because in my
16 training as a musicologist, substantial
17 similarity and striking similarity and
18 those kinds of legal terminology, and
19 protectable and those kinds of words were
20 not ever brought up.  It was only brought
21 up when I began to work in copyright
22 infringement cases that this became an
23 element of my work.
24     Q.    Is there a universally
25 understood definition recognized in the

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 65 of 318 PageID #: 1234

1                    JUDITH FINELL
2    musicological literature for substantial
3    similarity?
4        A.    I would say no.
5        Q.    You're not aware of any
6    musicological literature that would
7    define substantial similarity?
8        A.    I've seen it used a great deal,
9    often incorrectly.  But it's not, it's
10   not defined as other musical terminology
11   would be, whether it's pitch, rhythm,
12   duration, structure.  Those are
13   musicological terms.
14            This is -- what you're
15   describing is more of a legal concept
16   that's been, in essence, introduced into
17   the field of musicology.
18       Q.    So you're basically using your
19   own definition that you have derived
20   after years of experience?
21       A.    Right.  After working with
22   attorneys who have defined it to me.  And
23   I've synthesized it to some extent.
24       Q.    So you're using your own
25   definition, correct?

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 66 of 318 PageID #: 1235

1        JUDITH FINELL

2        A.    I'm using the definition that I

3    learned from the attorneys I've worked

4    with.

5        Q.    Have the attorneys in this case

6    taught you a definition for substantial

7    similarity?

8        A.    No.

9        Q.    And is the performance of the

10   song part of the substantial similarity

11   analysis?

12            MR. SANDERS:  Object to form.

13       A.    I don't understand your

14   question.

15       Q.    Well, tell me, what's your

16   typical approach as you come across two

17   recordings, as you did in this case,

18   what's your typical approach in terms of

19   defining substantial similarity?  List

20   the steps for me.

21       A.    Oh, all right.  Well, I listen

22   to both songs, and I determine if there

23   is material that sounds alike between

24   them.  And if so, I usually start to

25   analyze it by transcribing those

JUDITH FINELL

1
2  particular passages, if there is, in
3  fact, no underlying trustworthy written
4  form of the music, which is common today.
5  There is rarely written music that is
6  trustworthy enough to use as the basis of
7  my analysis.
8          And once that's transcribed,
9  usually it is transposed into the same
10 key for the purposes of comparing the
11 various pitches so that they are, we're
12 basically comparing the same context of
13 the music.  That's considered standard
14 musicological practice for musical
15 comparison.
16         And then I set about
17 determining what, if anything, makes the
18 compared material sound similar to one
19 another.  Is it pitches, is it rhythms,
20 is it lyrics plus pitches and rhythms, is
21 it an unusual feature, et cetera.  There
22 is a whole series of criteria that is
23 applied to that.
24         And that begins sort of the
25 journey of determining whether or not one

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 68 of 318 PageID #: 1237

1                    JUDITH FINELL
2    piece of music may be substantially
3    similar to another one.
4         Q.    It begins the journey?
5         A.    Yes.
6         Q.    And what series of criteria do
7    you follow?
8         A.    I just listed them.
9         Q.    So that's the range of the
10   criteria that you follow, correct?
11        A.    Well, that's the basis of it.
12        Q.    As you use the term substantial
13   similarity or substantially similar in
14   your final report, have you provided the
15   definition that you used for
16   substantially similar?
17        A.    In the report?  No.
18        Q.    You did not in the report.
19              On the record today, when I was
20   asking about substantially similar, have
21   you now provided the definition that you
22   used for substantially similar as used in
23   your report?
24        A.    It's as I applied it to my
25   report.  I mean, I didn't -- I just

1                    JUDITH FINELL

2    explained the context of my understanding

3    of substantial similarity.  But I didn't

4    -- I don't have a section in my report

5    that describes that definition.

6         Q.    And so as used in your report,

7    what definition of substantially similar

8    or substantial similarity did you use?

9         A.    The one I described to you a

10   few questions back.

11        Q.    Thank you.  That's my question.

12              You have stated on the record

13   the definition for that term as used in

14   your report, correct?

15        A.    I would have to have my answer

16   read back to answer you.

17        Q.    I think we'll move on.

18              Have you ever provided an

19   opinion that a certain percentage of a

20   Defendant's work is attributable to a

21   Plaintiff's work?

22        A.    Sometimes.

23        Q.    On how many occasions?

24        A.    I don't know.

25        Q.    You did so in this case?

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 70 of 318 PageID #: 1239

1          JUDITH FINELL

2      A.     Not a percentage.  I am

3   thinking of cases that are digital

4   sampling cases where the fixation of

5   sound has been lifted and placed into a

6   secondary recording.

7      Q.     So in this case, you have not

8   provided an opinion about a certain

9   percentage of the Paisley work being

10  attributable to the Connor work, correct?

11     A.     I didn't say it was

12  attributable.  But I did say that similar

13  material occupies nine iterations in the

14  Connor work and 19 iterations in "Remind

15  Me."  And I did -- I am sorry, in

16  Paisley.  And I did define how much time

17  that occupied.  But I didn't use the word

18  percentage.  I didn't extend that into a

19  mathematical formula.

20     Q.     So from your count, there were

21  nine iterations of the words "remind me"

22  in the Connor work, correct?

23     A.     There were nine iterations of

24  the hook "remind me" in the Connor work,

25  yes.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 71 of 318 PageID #: 1240

1          JUDITH FINELL

2      Q.    And you can continue using the

3  word hook all day long if you choose to,

4  but am I correct, nine iterations of the

5  words "remind me" in Connor, correct?

6      A.    That's correct.

7      Q.    And 19 iterations, by your

8  count, of the words "remind me" in

9  Paisley?

10     A.    Yes.  But they both also vary

11  it with what I call the "partner phrase"

12  preceding it with the word "Baby."

13     Q.    Yes, I understand you use the

14  word partner phrase.

15          Are you aware of the word

16  "partner phrase" being defined in any

17  musicological literature?

18     A.    I don't know of any.  I mean, I

19  didn't use one to define it that way in

20  this report.

21     Q.    So the answer is you're not

22  aware of musicological literature that

23  uses the "phrase partner" phrase?

24     A.    I don't know if it uses the

25  phrase.  But the concept of one phrase

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 72 of 318 PageID #: 1241

JUDITH FINELL

1

2  being connected or musically related to

3  another is a very old concept.

4      Q.    Okay.  List any other cases in

5  which you have used the term "partner

6  phrase."

7      A.    I don't remember.

8      Q.    Do you recall ever having used

9  the phrase "partner phrase" in another

10  report?

11      A.    Yes.

12      Q.    You have no idea how many

13  times?

14      A.    No.

15      Q.    Would you be able to determine

16  the cases and the number of times in

17  which you have used the phrase "partner

18  phrase" in other cases?

19      A.    No, I don't think my records

20  would go that far back.  It's not

21  something I use very often.  But I've

22  certainly recognized it in other musical

23  analyses.  Not all of my analyses turn

24  into reports.  So I really am not sure.

25      Q.    You recall using the same

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 73 of 318 PageID #: 1242

1          JUDITH FINELL
2    concept, correct?
3          A.     Yes.
4          Q.     So tell me what you recall.
5    What partner phrases do you remember in
6    your past?
7          A.     I really don't.  It's been many
8    years of doing this kind of work.  And I
9    do many, many reports a year.  So I
10   really -- I can't tell you, to be honest.
11         Q.     How many, many reports a year
12   do you do?
13         A.     Well, some are preliminary
14   reports, some are oral reports and some
15   are full reports.  Should I combine all
16   of those?
17         Q.     Yes, ma'am.
18         A.     A few hundred.
19         Q.     A few hundred?
20         A.     Yes.
21         Q.     And this is your full-time
22   living, correct?
23         A.     That's right.
24         Q.     So more than 500?
25         A.     No, I don't think so.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 74 of 318 PageID #: 1243

1                    JUDITH FINELL

2        Q.        Under 500?

3        A.        Yes.

4        Q.        And those are just -- and so

5    when you're doing those reports, let's,

6    as a ballpark number, use 500; is that

7    maybe a reasonable number?

8        A.        Well, I should explain.  Some

9    of the reports -- we do in my firm a lot

10   of consulting work that is not copyright

11   infringement disputing.  We work a lot

12   with film and television companies on

13   music that's being used, and advertising,

14   I should say, that's being used in their

15   products.  So they require reports, also.

16   So in those 500, I am also including

17   that.

18       Q.        Do your reports typically

19   include two songs?

20       A.        Often not.

21       Q.        Sometimes just one song?

22       A.        Yes.

23       Q.        And how many of the reports

24   that you do would involve two songs?

25       A.        Probably 50 percent.

JUDITH FINELL

1

2     Q.    Okay.  So just doing the rough

3  math, if we're doing 500 reports, oral,

4  preliminary, full and the other work that

5  you're doing in a year, you're talking

6  about somewhere between 500 and 1000

7  songs a year that you're doing some

8  analysis on?

9     A.    It could be quite a bit more.

10 Sometimes prior art research is involved.

11 Sometimes we're asked to determine if

12 something is like any other number of

13 several hundred songs.

14    Q.    Okay.

15    A.    So it's really too broad to

16 answer it with a number, I think.

17    Q.    So we're actually talking about

18 the analysis that you go through could

19 involve several thousand songs each year,

20 correct?

21    A.    It can, yes.

22    Q.    And in the last two years, it

23 has involved several thousand songs each

24 year, correct?

25    A.    The last year was a little

Veritext Legal Solutions
www.veritext.com
212-267-6868                                    516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 76 of 318 PageID #: 1245

1            JUDITH FINELL

2  different from normal.  So I would say

3  probably fewer in the last year because I

4  was focused on one major case for part of

5  that year.  But normally, the volume is

6  pretty high, yes.

7       Q.    And the major case you're

8  referring to is the Blurred Lines case?

9       A.    Yes.

10      Q.    In which you were the expert

11 for the Marvin Gaye estate?

12      A.    Yes.

13      Q.    In your mind, what is a

14 similarity between songs?

15      A.    I can't answer that in the

16 abstract.

17      Q.    Okay.  You have to have two

18 songs to prepare or one song to look at

19 to determine similarity?

20      A.    Well, if I am talking

21 similarity, it's a relationship.  So I

22 would have to have at least two.  It's a

23 comparative value.

24      Q.    You said that you make a

25 preliminary determination of what

1                JUDITH FINELL

2 material is alike, correct?

3     A.    Yes.

4     Q.    And then you transcribe what's

5 alike?

6     A.    If it's -- yes.  It depends on

7 the alikeness, if you will.  Or if I feel

8 that it's not driven by similar unusual

9 features, then I may not make a

10 transcription.

11         I mean there is an appraisal or

12 evaluation process that's occurring while

13 the analysis is going on.

14     Q.    In this case, what you

15 determined was "alike" were the words

16 "remind me" or "Baby, remind me,"

17 correct?

18     A.    That was only the first

19 similarity that I heard when I studied

20 it.  There were others that were more

21 convincing as -- I shouldn't say more

22 convincing, but that convinced me that

23 there was substantial similarity.

24     Q.    The only portions of the song

25 that you transcribed were the portions

1                JUDITH FINELL
2    you thought sounded alike, correct?
3         A.    Yes.
4         Q.    Is there any formal agreement
5    on musicology practices?
6              MR. SANDERS:  Object to the
7         form.
8         A.    I don't understand.
9         Q.    Is there any convention on
10   musicological practices?
11             MR. SANDERS:  Object to form.
12        A.    I don't understand your
13   question.
14        Q.    Is there a how-to book on how a
15   musicologist goes about determining
16   similarity?
17        A.    There may be.  But it's more to
18   do with the educational background of a
19   musicologist.  It's a discipline that was
20   developed in Germany, and was meant,
21   originally, to analyze classical music,
22   but it has been applied in the music
23   industry for all forms of music.
24        Q.    All right.  Let me ask that
25   again, because you started with "There

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 79 of 318 PageID #: 1248

1          JUDITH FINELL
2    may be."
3              Is it correct that you are not
4    aware of a musicological treatise that
5    describes how the process of comparing
6    two songs should be done?
7         A.    Oh, there are, there are some
8    written often by attorneys who have a
9    musical background, and are trying to
10   create a practical approach.  But I
11   haven't read any of them.
12        Q.    And you relied on no such
13   treatise in connection with this case?
14        A.    Not at all.
15        Q.    And you don't rely on any such
16   treatise in connection with any of your
17   cases?
18        A.    No.  Except for my education
19   which involved a lot of treatises, but
20   from the standpoint of musicology.  But
21   not anything that's been recently done,
22   to arrive at or disabuse the concept of
23   substantial similarity.
24        Q.    And you completed your formal
25   education in what year?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 80 of 318 PageID #: 1249

1          JUDITH FINELL

2      A.     Well, my master's was

3  University of California at Berkeley in

4  1970.  And since then, I have done many,

5  many years of lectures, attending

6  lectures, and copyright and musicology

7  CLE lectures, and given them myself and

8  done a lot of writing on topic.

9      Q.     You've not had any formal

10  education or enrolled in any classes

11  since 1970 in connection with musicology?

12      A.     That's right.

13      Q.     And you do not have a Ph.D.?

14      A.     No, I don't.

15      Q.     And you're not affiliated with

16  the university as a professor?

17      A.     No.  I am a guest lecturer

18  quite often, but no.

19      Q.     What's the purpose of

20  transposing two songs to the same key?

21      A.     So that the notes can be

22  compared as being in the same context.

23          One of the processes of

24  comparing music to one another, musical,

25  works, is to compare what you call the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 81 of 318 PageID #: 1250

1                    JUDITH FINELL
2    scale degrees.  In other words, the
3    relation that each note has within its
4    own scale.  So to do that, it's more
5    appropriate normally to transpose them
6    into the same key.
7              In other words, you can sing
8    Jingle Bells in the key of C, F, B-flat,
9    whatever key you wanted depending on your
10   vocal range, and it would still be Jingle
11   Bells.
12             The transposition process is
13   simply putting them both in the same key
14   so that difference is not a factor.
15        Q.    In connection with your
16   musicological practice, do you make any
17   effort to distinguish between ideas or
18   musical building blocks or protectable
19   expression?
20             MR. SANDERS:  Object to the
21        extent that it's calling for legal
22        conclusion.
23        A.    Protectable expression is not a
24   musicological term.  It's a legal term.
25        Q.    So you don't conduct an

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 82 of 318 PageID #: 1251

JUDITH FINELL

1
2  analysis into protectable expression,
3  correct?
4      A.    Not with that -- not for the
5  word protectable, I don't.
6      Q.    And you did not do so in this
7  case?
8      A.    No, I was never asked to.
9      Q.    Do you make an effort to
10 distinguish between ideas and musical
11 expression?
12     A.    Yes.
13     Q.    And what do you do?
14     A.    Well, ideas would be more
15 either stylistic or genre related.  And
16 sometimes music sounds alike because
17 that's what is shared between two musical
18 works.
19           I am more interested and
20 usually, my analysis in finding beyond
21 that is the actual content the same, are
22 the pitches the same, the rhythms.
23           I was blessed with perfect
24 pitch, and I listen to music in a way
25 that I hear very exact pitches in a

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 83 of 318 PageID #: 1252

1                     JUDITH FINELL
2    certain way that sort of drives my
3    analysis in that direction, but in fact,
4    that's really part of the musical
5    content.
6        Q.    Do you make a comparison to see
7    if similarities between two works are
8    nontrivial?
9            MR. SANDERS:  Same objection.
10       A.    What do you mean by trivial?  I
11   mean, by whose definition?
12       Q.    As a musicologist, what do you
13   consider the word trivial to be?
14       A.    I have never used that in any
15   report or analysis, so I don't know what
16   you mean.  I mean, I understand what the
17   word means by definition.  But I don't
18   understand what it means in this context.
19       Q.    Is it important for a
20   musicologist to include an analysis of
21   similarities and differences in their
22   reports?
23           MR. SANDERS:  Same objection.
24       A.    I believe it's the role of a
25   musicologist to make clear, if there is a

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 84 of 318 PageID #: 1253

1          JUDITH FINELL
2    relationship between the works, what are
3    the elements that make the relationship
4    exist.
5              And if there is not a
6    relationship between the works, and I
7    would say then, yes, the differences are
8    more important.
9              But if the works sound related,
10   and then upon analysis are proven to be
11   related in their core musical properties,
12   then I would focus on the relationship
13   between them.
14        Q.    When you're making a
15   comparison, just in a general context,
16   what aspects of the melody do you look at
17   for similarities or differences?
18        A.    Well, melody is defined as a
19   sequence of pitches and rhythms, meaning
20   duration.  So I look at the pitches and
21   the rhythms.  Their placement in the bar
22   has to do with their positioning, and
23   that affects their rhythmic character,
24   but basically, the pitches and the
25   rhythms.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 85 of 318 PageID #: 1254

1                    JUDITH FINELL

2        Q.      Do you look at the harmonic

3    context in which a melody is presented?

4        A.      Always.

5        Q.      How?

6        A.      Well, it depends on how the

7    music is being composed and what drives

8    it.  Different pieces of music are

9    sometimes harmony driven where the melody

10   grows out of the harmony, and other times

11   melodically driven where the harmony

12   grows out of the melody.

13           So that's a determination that

14   my training would enable me to do.

15           But if it's a vocal work, as

16   opposed to purely instrumental work, the

17   melody line that's, say, for example,

18   sung by a singer, is it consonant with

19   the harmony that's supporting it or

20   dissonant.

21           In other words, is it, if it's

22   dissonant, then it needs to be resolved

23   in traditional music.

24           If it's consonant, then the

25   vocal line is somehow part of the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 86 of 318 PageID #: 1255

1           JUDITH FINELL
2  prevailing harmonic context.
3      Q.    Is the quantity of similarity
4  important?
5      A.    Sometimes.  In what context?
6      Q.    You tell me the context that
7  you're talking about.
8      A.    What was your question?
9      Q.    I asked if the quantity of the
10 similarity is important.  Does it matter?
11     A.    That's part of the factors that
12 go into my determining to what degree two
13 musical works are substantially similar.
14 But that's only part of it.
15     Q.    Is a difference in key between
16 two works significant?
17     A.    Only if it's in mode.  If one
18 is in the major and one is in the minor
19 mode, that would be important.  But if
20 one is in F-sharp major and the other one
21 is in C major, it wouldn't matter at all.
22           Except, I should say, unless
23 you're comparing recordings for
24 similarities.  And that could impact how
25 it sounds in terms of the singing style,

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 87 of 318 PageID #: 1256

1                    JUDITH FINELL

2  et cetera.

3            In other words, certain keys

4  will be favored by certain singers and

5  all.

6            But eliminating that, the

7  underlying music being in one key over

8  another, as long as they are in the same

9  mode, would not have an impact on the

10  similarity.

11     Q.    Is it a creative choice to use

12  different keys in a musical work?

13     A.    That's a good question.

14  Partially.  But it's partially because

15  some music is written for certain

16  people's voices, I think, in popular

17  music.  But there are some composers who

18  write only in one key because they are

19  more familiar with that key.  I think it

20  was in Irving Berlin who only wrote in

21  F-sharp.

22     Q.    You listened to the Connor and

23  Paisley works multiple times?

24     A.    Yes.

25     Q.    And what key is Connor recorded

1                    JUDITH FINELL

2    in?

3         A.    I am sorry, I don't remember

4    now.  I transposed everything into the

5    same key for my analysis.  So it's been a

6    while since I listened to it.

7         Q.    So you don't know?

8         A.    The sheet music is the key of F

9    major, but I don't recall right now if

10   the recording itself was, no.

11        Q.    Okay.  And you're referring to

12   the Paisley sheet music?

13        A.    That's right.  I am sorry, did

14   you say Connor?

15        Q.    I did say Connor.

16        A.    Excuse me, I am sorry.

17        Q.    You're referring to the sheet

18   music in Paisley to say that it's written

19   in F major?

20        A.    The sheet music is.  That

21   doesn't mean the recording is.

22        Q.    And key for Connor is you don't

23   recall?

24        A.    I don't recall.

25        Q.    Do you recall if it was major

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 89 of 318 PageID #: 1258

                    JUDITH FINELL
1
2  or minor?

3      A.    Yes.   It's major.   But my

4  report might have told.   I just don't

5  recall without looking at my report.   I

6  usually do say what the keys are.

7      Q.    How would you define the term

8  color, in connection with musical work?

9            MR. SANDERS:   Object to the

10      form.

11     A.    I don't understand what you

12 mean.

13     Q.    Did you ever use the word color

14 in your reports?

15     A.    Describing -- it's really an

16 aural, meaning A-U-R-A-L description.   In

17 other words, a description of sound.   Is

18 that what you mean, a vocal color?

19     Q.    I am talking about when you use

20 the term color in musicological reports,

21 how do you define it?

22     A.    I almost never use it unless

23 I'm being asked to evaluate recordings.

24 It's more of a description of sound than

25 it is of underlying music.   But I should

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 90 of 318 PageID #: 1259

JUDITH FINELL

1
2  qualify that, because sometimes I use
3  that when unusual cords are used, and I
4  will say that an extra note adds some
5  color.  That's true.  I do say that.
6      Q.    What is cord progression?
7      A.    It's the -- it's the pattern of
8  a series of cords progressing from one to
9  another.
10     Q.    And from a musicological
11 perspective, when should you look at the
12 melody free from cord progression and
13 when should you look at it as part of the
14 cord progression?
15          MR. SANDERS:  Object to form.
16     A.    They are independent factors,
17 but they do interrelate.  So you should
18 look at them both as they correlate with
19 one another and also individually.
20     Q.    So in all cases you should
21 always look at how the cord progressions
22 are done?
23          MR. SANDERS:  Object to form.
24     A.    There is no always.  It depends
25 on what I am looking at in the music.

                    JUDITH FINELL
1
2   What I am looking for.  If the similarity
3   in the music isn't related directly to
4   the cords, than I won't focus on that.
5   It depends on what the similarity is, if
6   that's my assignment.
7         Q.     In this case, you did not map
8   out the cord progressions of either song,
9   correct?
10        A.     That's correct.  Although the
11  cord progressions in the sheet music for
12  Paisley were roughly correct.  But I did
13  not analyze them in-depth.
14        Q.     And in your report, your full
15  report, Exhibit 1, you did the best job
16  that you could to map out anything that
17  you considered to be similar between the
18  two songs, correct?
19        A.     I mapped out what I thought
20  were the most important similarities
21  between the two songs.
22        Q.     Why didn't you map out the cord
23  progressions in Connor and compare those
24  to Paisley?
25        A.     I didn't hear anything in

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 92 of 318 PageID #: 1261

1                    JUDITH FINELL

2    particular in either song's cord

3    progressions.  And it wasn't the reason

4    why I believed they sounded similar,

5    except in their vocal line in which they

6    created dissonance against their cord

7    progression.  And I talked about that

8    when I discussed appoggiatura.

9         Q.    And in order to use the term

10   appoggiatura and talk about dissonance,

11   don't you have to know what cord is being

12   resolved?

13        A.    Yes.

14        Q.    And when you're mapping those

15   out, you did not map out the words in

16   Paisley, correct?

17        A.    I listened to the recording and

18   I could hear the dissonance.  I didn't

19   need to map it out.

20        Q.    You didn't map out the cords in

21   Paisley, did you?

22        A.    As I say, they were accurate

23   enough in the sheet music.  And I was

24   really looking for the vocal line above

25   the cord.  It wasn't necessary to map it

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 93 of 318 PageID #: 1262

1                    JUDITH FINELL
2    out.
3        Q.    In your report, you did not
4    make a comparison of the cords in Connor
5    versus the cords in Paisley, did you?
6        A.    No, I did not.
7        Q.    How do you claim or believe
8    that a lay listener picks out
9    similarities?
10               MR. SANDERS:  Object to form.
11        A.    You know, it's a broad
12    question, because it depends on the lay
13    listener's musical knowledge, musical
14    abilities and sensitivities.  And the
15    population varies in that a great deal.
16    So I would say that it would be
17    impossible for me to know how a sampling
18    of, say, 100 lay listeners would respond
19    to music being similar or not similar.
20    But there is certain consistencies I have
21    seen.
22        Q.    And you used the word
23    impossible, correct?
24        A.    I am not sure if that's the
25    right word.

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 94 of 318 PageID #: 1263

1                    JUDITH FINELL

2              THE WITNESS:  Could you read

3     that back, please?

4              MR. HARVEY:  Madam Reporter, can

5         you confirm that she used the word

6         impossible in her answer?

7              (The reporter read back as

8         follows:

9              "ANSWER:  "So I would say that

10        it would be impossible for me to know

11        how a sampling of, say, 100 lay

12        listeners would respond to music being

13        similar or not similar.")

14     A.     May I correct myself?

15     Q.     Would you like to correct

16     yourself?

17     A.     I would like to, if you would

18     permit me to.

19              Yeah, I would say "impossible"

20     was a bit too strong of a word.  But it

21     would be difficult for me to know rather

22     than just speculating how a sampling of

23     100 people who are considered lay

24     listeners would respond, because I would

25     not know anything about their own musical

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 95 of 318 PageID #: 1264

1          JUDITH FINELL
2    background or knowledge.
3         Q.     Does the use of syncopated
4    rhythm versus non-syncopated rhythm make
5    a difference in determining similarity to
6    you as a musicologist?
7         A.     Well, everything is specific.
8    So syncopated rhythm is one similarity
9    that may or may not be found between two
10   pieces of music, but because syncopation
11   by itself is a disruption of a normal
12   pulse of a piece of music, if two pieces
13   of music use it in a similar way, that
14   would be one of the points of similarity,
15   but within a context.
16        Q.     And if one work makes use of
17   syncopation and the other work makes use
18   of a word falling on a downbeat, that
19   would not be similar?
20        A.     It depends on the context.  Are
21   you talking about just the rhythm or what
22   notes they are using?
23             There is more to the music than
24   just the syncopation or the downbeat.
25   It's what are the pitches that are being

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 96 of 318 PageID #: 1265

1           JUDITH FINELL
2    syncopated or used on the downbeat.  How
3    long does each one last?  Are they
4    setting -- are they setting lyrics to
5    melodies.  You know, there are a lot of
6    other aspects occurring simultaneously.
7    So it's hard to say if something would be
8    similar or not just based on syncopation.
9         Q.    What's a melisma?
10        A.    A melisma describes a vocal
11   technique in which one word or syllable
12   is sung over multiple pitches.
13        Q.    And an example given by
14   Ms. Connor in her deposition was the
15   famous song Hallelujah, where the word
16   "Hallelujah" is sung over many different
17   notes; is that an example of --
18        A.    Are you talking about Handel's
19   Hallelujah?
20        Q.    Handel's Hallelujah, yes.
21        A.    Well, the theme, or you might
22   want to call it the hook of "Hallelujah"
23   is not melismatic.  It's basically, one
24   pitch per syllable of the word
25   Hallelujah, which is a four syllable

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 97 of 318 PageID #: 1266

1                 JUDITH FINELL

2    word.

3              That's a long classical work,

4    and there certainly parts of it where

5    there probably is melismatic sections.

6         Q.    Probably, okay.  And as a

7    musicologist, do you agree that it is not

8    unusual, in and of itself, for two songs

9    to have similar musical elements?

10        A.    That's too general for me to

11   answer.

12        Q.    Do you agree that it's not

13   unusual for musical works, in and of

14   itself, to have two different lyrical

15   elements?

16        A.    Do you mean lyrics alone?

17        Q.    Yes.

18        A.    Some musical works share

19   lyrics, yes.

20        Q.    So you would agree that it is

21   not unusual, in and of itself, that two

22   works would share lyrical elements?

23        A.    It's hard for me to answer that

24   in the abstract.

25        Q.    You do this for a living.  You

1              JUDITH FINELL

2    compare songs, hundreds of songs each

3    year.

4              Do you agree that it is not

5    unusual, in and of itself, for two

6    musical works to have similar lyrical

7    elements?

8              MR. SANDERS:  Object to form.

9         A.    As I say, it's hard to answer

10   you in the abstract, because I see the

11   lyrics in a context of how long each

12   lyric is sung or spoken, the rhythms, in

13   other words.  What notes those lyrics are

14   assigned to.  What harmonies those lyrics

15   are supported by.  It's a whole group of

16   elements that work together to create the

17   musical impression of one work over

18   another.

19        Q.    How do you define the phrase or

20   the word hook?

21        A.    Well, hook is really used in

22   popular music to define what you might

23   think of as one or more of the signature

24   phrases of a musical work.  Sometimes

25   musical works have more than one.  Vocal

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 99 of 318 PageID #: 1268

1                    JUDITH FINELL
2    works, often the hook is also the title
3    lyrics of the song.
4            I usually use the Cyndi Lauper
5    song "Girls Just Want to Have Fun," which
6    is a hook of her song.  And sometimes
7    it's instrumental, and it can be a famous
8    guitar melody or it could be a piano
9    melody.  It doesn't have to be vocal.
10        Q.    Is hook defined in
11   musicological literature that you
12   consider to be definitive?
13        A.    Well, it's defined in
14   musicological literature that talks about
15   popular musical genres.  It's a term that
16   is used -- it's a vernacular term that is
17   used in the popular music industry.
18            You could say that Beethoven
19   Fifth Symphony, the four note melody,
20   G-G-G-E-flat is the hook of the melody,
21   but I would say that that would be
22   unusual in the academic world to describe
23   that as Beethoven's hook.
24        Q.    How do you pick what you
25   consider to be the signature melodic

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 100 of 318 PageID #: 1269

1           JUDITH FINELL
2    material of a song?
3        A.    Can you repeat that, please?
4        Q.    How do you pick what you
5    consider to be the signature melodic
6    material in a song?
7        A.    You mean how do I define what
8    the hook would be of a song?
9        Q.    Yes, ma'am.  Well, excuse me,
10   is that what you consider a hook to be?
11       A.    Yes, usually.  But there is
12   sometimes more than one in a song.
13       Q.    Okay.  So how do you pick a
14   hook in a song?
15       A.    Well, if it's a song with
16   words, as opposed to an instrumental
17   musical work, then often the hook is the
18   repeating phrase within a song.  And I
19   would say a large percentage of the time
20   it's the same lyrics that are in the
21   title, or at least part of those lyrics
22   in the title.  And it's usually used over
23   and over again as kind of an anchor to
24   the song.
25       Q.    So it's usually the title?

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 101 of 318 PageID #: 1270

1          JUDITH FINELL

2     A.     In popular music, often it's

3 the title.  Not usually.  If I said

4 usually, I should have said the word

5 often.

6     Q.     Does popular music include

7 country music?

8     A.     Yes.

9     Q.     Hip hop?

10     A.     Yes.

11     Q.     Rap?

12     A.     Yes.

13     Q.     Urban?

14     A.     Yes.

15     Q.     Jazz?

16     A.     Well, jazz is kind of its own

17 genre in a way, but sometimes.

18     Q.     Any other genres that you think

19 fall within the hook often being the

20 title?

21     A.     Yeah, the American Songbook.

22 In other words, that is sometimes shown

23 in musical theatre, or not musical

24 theatre, in cabaret settings, et cetera.

25     Q.     On a percentage basis, how

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 102 of 318 PageID #: 1271

1               JUDITH FINELL

2  often do you pick the hook as the title

3  of the song?

4      A.    Well, I don't pick it.  The

5  composer picks it.  I just recognize it.

6      Q.    You recognize it.

7          Do you have any idea what the

8  Defendant songwriters or the performers

9  on the Paisley Remind Me responded when

10  asked what the hook of the Paisley Remind

11  Me was?

12      A.    No, I do not.

13      Q.    Have you read any depositions

14  in this case?

15      A.    No.

16      Q.    Have you had any deposition

17  testimony described to you, in this case?

18      A.    I was -- I did have a brief

19  description of, I think it was the

20  Paisley deposition.

21      Q.    And what description of the

22  Paisley deposition were you told?

23      A.    I believe I was told that

24  Mr. Paisley said that he had never

25  written another song that sounded like

Veritext Legal Solutions
212-267-6868       www.veritext.com       516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 103 of 318 PageID #: 1272

1          JUDITH FINELL
2    this.  I am paraphrasing, but that's what
3    I recall the meaning of the sentence to
4    be.
5          Q.    Who told you that?
6          A.    Mr. Connor.
7          Q.    But you haven't looked at his
8    transcript?
9          A.    No, I have never have.
10         Q.    Have you looked at Ms. Connor's
11   transcript?
12         A.    No.
13         Q.    Have you been told what the
14   theory of access is in this case?
15         A.    I was told some background
16   information on that, yes, when I was
17   engaged.
18         Q.    And what do you understand
19   access consisted of in this case?
20         A.    As far as I remember -- and
21   this was over two years ago that I was
22   told this -- that Ms. Connor went to a
23   session that was meant to give young
24   artists an opportunity to be heard.  I am
25   not sure if it was Sony sponsored or not,

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 104 of 318 PageID #: 1273

1      JUDITH FINELL

2  but an event that enabled young artists

3  to showcase their work.  And she sang her

4  song there, I believe.  That's really all

5  I recall being told.

6      Q.    If the writer of the song

7  identifies the hook differently than you,

8  who is correct?

9      A.    If the writer of the song

10  identifies -- it would be -- I may hear

11  something based on the criteria I applied

12  to it.  But I would be -- I mean, the

13  writer composed it.  So I would show

14  respect for the writer.

15           But the truth is that, you

16  know, I may hear some other features that

17  are hooklike.  And that's why I say there

18  is often more than one hook.  Especially,

19  in instrumental music.

20      Q.    So you're not really able to

21  say who is correct, are you, you versus

22  the writer of the song.

23      A.    I do always defer to the writer

24  of the song.  But today most writers of

25  popular music have very, very little

1                    JUDITH FINELL
2    formal musical education, so I would
3    still trust my own evaluation of an
4    important phrase.  And maybe the hook
5    won't be the word that's used, but it
6    will be an important phrase.
7        Q.    Can we say that your
8    identification of a hook is more properly
9    called hooklike?
10       A.    In what context?
11       Q.    In the context of your attempt
12   to define a hook?
13       A.    I don't understand your
14   question.
15       Q.    Do you have any idea what the
16   musical education background is of
17   Mr. Paisley?
18       A.    No, not at all.
19       Q.    Or Mr. Lovelace?
20       A.    No.
21       Q.    Or Mr. DuBois?
22       A.    No.
23       Q.    But you defer to the writers of
24   the song about what the hook is?
25       A.    Well, I know -- when a writer

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 106 of 318 PageID #: 1275

JUDITH FINELL

1  says that, then I know that's what the
2  writer was thinking of.  So if I don't
3  agree, I may say well, this is another
4  important phrase in the song.  I mean,
5  just out of respect for the writer.
6  Q.    Do -- so you described what you
7  understood to be allegations of access in
8  this case.
9       Do allegations of access make a
10  difference in your preparation of a
11  report?
12  A.    Not at all.
13  Q.    Do you make an assumption in
14  your report that there was access between
15  the Paisley song and the Connor song?
16  A.    No, it doesn't -- it has no
17  impact on my musical analysis.
18  Q.    So your work involves -- strike
19  that.
20      We talked earlier about the
21  hundreds of songs you listened to in
22  connection with your work each year.
23      I'll ask, as a listener of
24  music, do you listen to music going to

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 107 of 318 PageID #: 1276

1                 JUDITH FINELL
2    and from work, or listen to Pandora, or
3    listen to any musical library on a daily
4    basis or weekly basis?
5              MR. SANDERS:  Object to form.
6        A.    Yes, I do.
7        Q.    How about on a daily basis, in
8    addition to the work that you're
9    performing for your business, how many
10   songs do you think you listen to each
11   day?
12       A.    It depends on the day.
13   Basically, I work about 12 or 14 hours a
14   day.  And almost all of those hours I am
15   spending analyzing and listening to
16   music.  So sometimes unless I am going to
17   a performance of the opera or a symphony
18   or something, I am not necessarily
19   listening to music in those off hours.
20       Q.    Let's say on a weekly basis and
21   in your off time, how many songs would
22   you listen to?  I am just looking for a
23   blended average.
24       A.    I have no idea.
25       Q.    Well, if you had the radio on

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 108 of 318 PageID #: 1277

1      JUDITH FINELL
2  for an hour, that might be 15 songs or
3  so?
4      A.    Well --
5          MR. SANDERS:   Object to form.
6      A.    I listen to NPR, which is more
7  political and, you know, other kinds of
8  informational radio rather than musical
9  when I am driving.
10     Q.    What kind of music do you
11  listen to for leisure or for your own
12  personal pleasure?
13     A.    I have a wide variety.  But my
14  background is as a classical, classically
15  trained musician.  So I attend the
16  Metropolitan Opera, and the New York
17  Philharmonic and many concerts at
18  Carnegie Hall, but I am also very
19  interested in popular music and have been
20  for most of my life.
21     Q.    Is it correct that
22  musicologists tend to specialize in one
23  genre of music versus others?
24     A.    For their academic work, they
25  often do, as did I.  That doesn't mean

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 109 of 318 PageID #: 1278

JUDITH FINELL

1
2 that's what they remain in.
3    Q.    So your academic work focused
4 on classical music, correct?
5    A.    My graduate work focused on
6 classical musical analysis in theory.
7         My undergraduate was in piano
8 performance.
9    Q.    Do you have any -- strike that.
10    A.    I should explain.  My degree,
11 my graduate degree is in musicology from
12 the University of California at Berkeley.
13 But the work that was required and taught
14 in order for me to conduct musicological
15 studies was analysis and theory.  I
16 didn't explain it properly before.
17 Excuse me.
18    Q.    Do you have any specialized
19 training in country music?
20    A.    No.  I receive requests, many,
21 many requests a year of all kinds of
22 genres.  The genre of the musical sound
23 is really immaterial to my work.  It is
24 pitches, rhythms, harmonies, musical
25 style and sound.  And that's my

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 110 of 318 PageID #: 1279

1              JUDITH FINELL
2    expertise.  And it does not matter what
3    style the music is written in for me to
4    conduct a musical analysis whatsoever.
5         Q.    So I am correct in stating that
6    you have no specialized experience or no
7    specialized training in country music?
8         A.    I have years of experience in
9    country music.  But it's not something
10   that was taught in the academic setting
11   where I obtained my formal degrees.
12             I've had many, many cases
13   involving country western music, as well
14   as hip hop and others.
15        Q.    In your report, you list five
16   different cases in which you have been
17   engaged to provide a report, or
18   deposition testimony or trial testimony.
19   And then you list some testimony before
20   the copyright and royalty judges.
21             That's on Page 37 of your
22   report, correct?
23        A.    Yes.
24        Q.    And this engagement, because
25   you're listing other engagements, this

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 111 of 318 PageID #: 1280

1            JUDITH FINELL

2   engagement is not listed, correct?

3       A.    Right, that's correct.

4       Q.    So this engagement for the

5   Remind Me case involves country music,

6   right?

7       A.    Yes.

8       Q.    For the five songs in which you

9   have identified as having been engaged as

10   an expert witness, none of those cases

11   involve country music, correct?

12       A.    Well, over the four-year period

13   that this listed for testimony.

14       Q.    In the last four years, none of

15   the cases in which you have been engaged

16   to provide expert witness testimony

17   involve country music, correct?

18       A.    Testimony, that doesn't mean

19   that I haven't reported on many, many

20   cases of music that didn't end up in

21   testimony.

22       Q.    Ms. Finell, please listen to my

23   question and please answer it.

24            In the last four years, you

25   have not been engaged to provide

```
 1                JUDITH FINELL
 2    testimony as an expert witness in any
 3    other country music case, correct?
 4        A.    That's correct.
 5        Q.    Did anyone tell you about the
 6    length of time between the supposed
 7    access to the Connor work and the writing
 8    of the Paisley work, in this case?
 9        A.    Could you repeat the question,
10    please?
11             (The reporter read back as
12        follows:
13             "QUESTION:  Did anyone tell you
14        about the length of time between the
15        supposed access to the Connor work and
16        the writing of the Paisley work, in
17        this case?")
18        A.    No.
19        Q.    Does the length of time between
20    allegedly hearing a work and writing a
21    different work make a difference to you
22    as a musicologist?
23             MR. SANDERS:  Object to the
24        form.
25        A.    But it's not the musicologist
```

1                    JUDITH FINELL
2   who would be writing it.  So I don't
3   understand the question.
4        Q.    Yes, ma'am.  In terms of your
5   consideration of two works and making a
6   determination of whether you thought they
7   were substantially similar or not, does
8   the length of time between the supposed
9   access from the listening to the earlier
10  song and the writing of the later song,
11  does that make a difference to you?
12            MR. SANDERS:  Object to form.
13       A.    Not at all.
14       Q.    As a musicologist, do you take
15  any consideration in what the lyrics in a
16  song are about?
17       A.    Sometimes.
18       Q.    Is it important to you as a
19  musicologist to consider whether two
20  songs express what they are about in
21  different ways?
22            MR. SANDERS:  Object to form.
23       A.    I don't quite understand what
24  you mean by "different ways."
25       Q.    I am talking about in terms of

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 114 of 318 PageID #: 1283

1              JUDITH FINELL

2    expressing the idea behind a song;

3    different ways, dissimilarities,

4    differences.

5         A.    I really don't understand,

6    Mr. Harvey, what you mean by "different

7    ways."

8         Q.    You would agree, based on your

9    understanding as a musicologist, that the

10   copyright law does not protect what the

11   lyrics of a song are about?

12             MR. SANDERS:  Object as to a

13        legal conclusion.

14        A.    Well, I am not a copyright

15   lawyer.  But I do understand that ideas

16   are not protected, and that content or

17   expression of the ideas is.

18        Q.    Okay.  So it's your

19   understanding that the style of a

20   songwriters express is not protected, but

21   the particular expression of that style

22   is protected, correct?

23             MR. SANDERS:  Object to form.

24        A.    That's not accurate the way you

25   verbalized it.  Excuse me.

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 115 of 318 PageID #: 1284

1          JUDITH FINELL

2      Q.    Do you think a songwriter's

3  style is something that he or she can

4  own?

5            MR. SANDERS:  Object to form.

6      A.    I don't understand your

7  question.

8      Q.    From a musicological

9  perspective, is it possible that two

10 songwriters can write in a similar style

11 and not infringe one another?

12           MR. SANDERS:  Object to form.

13     A.    Yes.

14     Q.    And you listened to Connor and

15 Paisley several times, correct?

16     A.    Yes.

17     Q.    And you have not read Connor's

18 deposition?

19     A.    Never.

20     Q.    She -- having listened to her

21 song -- Ms. Connor described her work as

22 being written in the first person at Page

23 93.  Do you agree with that?

24           MR. SANDERS:  Object to form.

25     Q.    Do you agree that the Connor

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 116 of 318 PageID #: 1285

1                    JUDITH FINELL
2    song is written in the first person?
3        A.    Do you mean the lyrics?
4        Q.    Yes, ma'am.  We are talking
5    about the lyrics.
6        A.    Just one minute, please.
7        Q.    Ms. Finell, you don't have an
8    opinion on that without referring to your
9    notes?
10            MR. SANDERS:  Object to form.
11       A.    I am a very precise person.  I
12   would prefer to look at my documents.
13   It's in the first person.  But it's also
14   verbalizing to a second person.
15       Q.    And you agree that it's written
16   in the voice of a woman?
17            MR. SANDERS:  Object to form.
18       A.    You're not talking about
19   performed in the voice of a woman; you're
20   talking about the lyrics themselves?
21       Q.    Yes, ma'am.
22       A.    I don't see anything in the
23   lyrics that suggest gender.
24       Q.    If Ms. Connor states that the
25   song, the song she wrote, was written in

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 117 of 318 PageID #: 1286

JUDITH FINELL

1

2 the voice of a woman, you don't disagree

3 with her, do you?

4            MR. SANDERS:  Object to form.

5     A.    It was sung by a woman.  I

6 understand that.  But I don't see

7 anything in here that uses gender-related

8 words such as female, or girl or woman.

9     Q.    If Ms. Connor testified that

10 her song that she wrote was written in

11 the voice of a woman, you do not disagree

12 with her, do you?

13            MR. SANDERS:  Object to form.

14     A.    It was written for the voice of

15 a woman, possibly.  But not in the voice

16 of a woman.  There is nothing technically

17 in this language that suggests the gender

18 of the writer of the song.

19     Q.    Ms. Connor described her song

20 that she wrote as sentimental and sad, at

21 Pages 93 and 99.

22            Do you agree that the

23 expression of the idea of her song is

24 written as sentimental and sad?

25            MR. SANDERS:  Object to form.

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 118 of 318 PageID #: 1287

1          JUDITH FINELL

2     A.     Are you talking about the

3 lyrics only, not the melody that sets the

4 lyrics?

5     Q.     I am talking about the lyrics.

6     A.     I would call it a regretful and

7 perhaps sentimental.

8     Q.     Based on the lyrics as you've

9 reviewed them, the singer is singing

10 about someone who is not physically

11 present, who is not physically there,

12 correct?

13          MR. SANDERS:  Object to form.

14     A.     It's not necessarily true since

15 the singer is addressing another person

16 when the singer says things like "Baby,

17 Remind Me."  "All I need is your touch to

18 Remind Me."

19          It's possible that the singer

20 is visualizing -- I should say the writer

21 is visualizing another person listening.

22     Q.     How do you distinguish between

23 regretful and sad?

24          MR. SANDERS:  Object to form.

25     A.     Well, I am not a linguist.  I

1               JUDITH FINELL

2    am a musicologist.  But to me, regretful

3    means that you hope you can change

4    something or modify something.  And sad

5    is an emotion in which perhaps you lost

6    that hope.

7         Q.    Ms. Connor described the song

8    of grieving the loss of a relationship

9    that she had had, at Page 93.

10              Do you agree with that

11   characterization of the lyrics?

12              MR. SANDERS:  Object to form.

13        A.    Well, she's the person who

14   wrote it.  So I would agree with it, yes.

15        Q.    And you worked on thousands and

16   thousands of songs over your career.

17              Do you agree that the lyrical

18   idea of missing someone and the closeness

19   you once had is not original?

20              MR. SANDERS:  Object to form and

21      legal conclusion.

22        A.    Well, again, I am not a

23   literary expert in terms of themes, but

24   certainly that theme does resonate

25   throughout musical literature, and

1                JUDITH FINELL

2    theatrical literature and the rest of the

3    various art forms.

4        Q.    So based on your long career,

5    and your experiences, and your knowledge

6    of the body of music that you studied and

7    the body of music that you have been

8    engaged in, you've heard many, many other

9    songs that have expressed the lyrical

10   idea of missing someone?

11            MR. SANDERS:  Object to form.

12       A.    Is there a question?

13       Q.    Yes, ma'am.  You would agree

14   that the lyrical idea of missing someone

15   and the closeness you once had is not

16   original to Ms. Connor?

17            MR. SANDERS:  Object to form.

18       A.    I would say that the concept is

19   not original to Ms. Connor.

20       Q.    And you would agree, having

21   looked at her lyrics, that she is not

22   singing about a strong physical, sexual

23   relationship that the couple wants to

24   reenergize?

25            MR. SANDERS:  Object to form.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 121 of 318 PageID #: 1290

JUDITH FINELL

1

2    A.    Well, actually, I think she

3    does.  She talks about what could change

4    it would be physicality of a kiss or a

5    touch.  And that would help remind, as

6    she calls it, remind her.  So actually,

7    the physicality is the transformational

8    focus.

9    Q.    Is there anything in the Connor

10   song that you think has a lyrical idea of

11   a strong physical, sexual or passionate

12   relationship?

13           MR. SANDERS:  Object to form.

14   A.    Is that for me?

15   Q.    That's for you.

16           THE WITNESS:  I'm sorry, could

17   you repeat that?

18           (The reporter read back as

19   follows:

20           "QUESTION:  There anything in

21   the Connor song that you think has a

22   lyrical idea of a strong physical,

23   sexual or passionate relationship?")

24   A.    There is definitely that

25   suggestion in the kissing and the

JUDITH FINELL

1
2   touching.  But it's not vulgar.  But I
3   would say that it does contain some
4   suggestion of the physicality between the
5   characters in the story that the song is
6   outlining.
7       Q.    Do you agree, Ms. Finell, that
8   the expression of wanting to be reminded
9   about some aspect of a relationship is a
10  commonplace musical thing?
11          MR. SANDERS:  Object to form.
12      A.    I haven't done an investigation
13  into it at all, or never conducted a
14  study as such.  But I would say I believe
15  it is, yes.
16      Q.    And you would agree that there
17  are hundreds of ways to express missing
18  something in a relationship, correct?
19          MR. SANDERS:  Object to form.
20      A.    Are you talking about with
21  lyrics or with music?
22      Q.    I am talking about with lyrics
23  in a song, you would agree that there are
24  hundreds of ways expressing that idea?
25          MR. SANDERS:  Same objection.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 123 of 318 PageID #: 1292

JUDITH FINELL

1

2     A.     I don't know if there are
3  hundreds of ways.  I haven't conducted a
4  study.  I would be just guessing.
5     Q.     And the study you would have to
6  conduct would be an extensive prior art
7  search?
8     A.     To answer the question you just
9  asked me, I would have to do a search,
10 yes.
11    Q.     Is a prior art search something
12 that you generally conduct in connection
13 with an engagement?
14    A.     It depends on the nature of the
15 engagement and the nature of the musical
16 relationships that I find.
17    Q.     If you aren't engaged to
18 conduct a prior art search, you don't do
19 it, correct?
20    A.     It's not quite that simple.  I
21 often recommend that I do it.  And my
22 recommendations are often followed.
23          But in this case, the way in
24 which the similarities combine were such
25 that I did not feel that there would be

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 124 of 318 PageID #: 1293

1                    JUDITH FINELL

2    prior art found that would have much more

3    of a resemblance than just a random use

4    of words like "remind me" in a

5    fragmentary way rather than the exact way

6    that they are set with all of the melodic

7    characteristics that I found between the

8    two songs.

9         Q.    Ms. Finell, in Ms. Connor's

10   deposition, we provided her records from

11   the U.S. Copyright Office showing

12   hundreds of songs with the title "Remind

13   Me" or the words "remind me" in the

14   title.

15             Did anyone ever mention that to

16   you?

17        A.    No.

18        Q.    Are you aware of any other

19   songs in the universe of the world, in

20   the history of the world, other than

21   Paisley and Connor, that have "Remind Me"

22   as a title?

23        A.    I haven't done that search, so

24   the answer is I can't substantiate that.

25   But I would think that on a random basis,

1                    JUDITH FINELL
2    one would find other songs.  Maybe not in
3    the title, but within the song that have
4    the words, either the exact words "remind
5    me" or something meaning that.
6        Q.    And you know how to find
7    similarly titled songs, but you didn't do
8    so in this case?
9        A.    No, because I did not expect to
10   find all of the combined characteristics
11   in any other song.
12       Q.    Is it your claim, ma'am, that
13   prior art requires a combination of every
14   single similar element in order to be
15   considered prior art?
16       A.    It may be a legal conclusion,
17   but my experience is if you have eight or
18   nine similar features, and the prior art
19   only contains one or two of them, that
20   wouldn't be particularly valid, unless
21   those were the most unusual, unique
22   features.
23            But mostly, if you have a large
24   combination of similar features, as you
25   do here, and it's repeatedly used

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 126 of 318 PageID #: 1295

1                    JUDITH FINELL
2    throughout both songs to become the, in
3    essence, the glue of the song that
4    creates the coherence of the song, I
5    would have to find those combined, at
6    least, in a fairly sufficient quantity in
7    other songs to be reasonable prior art.
8        Q.    You didn't look in this case?
9        A.    No.  And nor did I expect to
10    find it.
11        Q.    In Ms. Connor's deposition, she
12    was given information from Websites
13    identifying thousands of songs that have
14    the words "remind me" in the lyrics.
15            Did anyone tell you that that
16    is out there in the world?
17        A.    No.  You're the first one to
18    tell me that.
19        Q.    You know how to find thousands
20    of songs containing the lyrics "remind
21    me," don't you?
22            MR. SANDERS:  Object to form.
23        A.    I don't know if there are
24    thousands of songs, sir.  But I do know
25    how to look for them.

1          JUDITH FINELL

2     Q.     You have a database that would

3 give you that information, correct?

4     A.     I could find them if I needed

5 to.  But I don't know how many I would

6 find and how many would apply.

7     Q.     Did you the Plaintiff's counsel

8 in this case that you often conduct a

9 prior art search?

10     A.     We did discuss it.  I didn't

11 really tell them, one way or the other.

12 We did discuss what a prior art search

13 would probably yield.

14     Q.     Ms. Connor described the

15 Paisley work as being about a passionate

16 physical experience, on Page 191.

17          Do you agree with the lyrics of

18 Paisley; do you agree with that?

19          MR. SANDERS:  Object to form.

20     A.     I would say so.

21     Q.     And the Paisley work is a

22 conversation between a man and a woman?

23     A.     It's a duet.

24     Q.     It's a duet?

25     A.     Yes.

1                    JUDITH FINELL

2        Q.       Connor is not a duet?

3        A.       That's an element of

4    arrangement.  Whether or not you split a

5    song between one or two singers is an

6    arrangement element.  It's not the core

7    of the underlying work.

8        Q.       In Ms. Connor's deposition, she

9    agreed that for her song to be a duet,

10   she would have to rewrite it.

11           Do you agree with that?

12           MR. SANDERS:   Object to form.

13       A.       She might have to rewrite some

14   of the lyrics.  But she might be able to

15   share them between the two singers in a

16   duet.  A duet is an arrangement decision.

17       Q.       What is a call and response?

18       A.       That, there are two ways to

19   describe it in a sense that in music

20   there can be a theme that ends in a kind

21   of question sense, meaning it doesn't end

22   on, technically in the final position of

23   the music such as the tonic or another

24   settling position at the end of the

25   phrase.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 129 of 318 PageID #: 1298

1      JUDITH FINELL
2           And then it's responded to,
3   either melodically or harmonically or
4   both with what would be the resolution of
5   that question into an answer.  And it's
6   sometimes called call and response.
7           But the other use of call and
8   response is a compositional structural
9   feature.  For example, in a lot of
10  religious gospel music, it came out of
11  that call and response structure in which
12  a singer or the reverend from the stage
13  would call out some kind of religious
14  statement, and the audience or the
15  congregants may call back hallelujah.
16  And it goes back and forth like that.
17  But it has both musical characteristics,
18  as I described, as well as performance
19  characteristics.
20      Q.    Do you agree that the Paisley
21  work is a call and response?
22      A.    Well, no, it's a duet.  A call
23  and response -- I don't know, I haven't
24  thought of it as a call and response.
25  It's a duet.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 130 of 318 PageID #: 1299

1        JUDITH FINELL

2        Q.      If you look at the words of

3    Paisley, where the male sings part of the

4    verse and the female responds "Remind

5    me," or the Underwood verse, where she's

6    singing, and she makes a statement and

7    Brad Paisley says "Remind me," do you

8    agree that that's a call and response?

9        A.      It could be seen that way, but

10   I don't know, I didn't look at it as a

11   call and response structure.

12       Q.      Well, looking at it right now,

13   would you agree that it's written as a

14   call and response structure?

15           MR. SANDERS:    Object to form.

16       A.      I would have to spend a little

17   time on it to look at it that way.

18       Q.      Do you need to look at the

19   lyrics to do that or you need to look at

20   the sheet music?

21       A.      Well, if you want to play the

22   recording, I could do it that way.  That

23   would help me understand it, too.

24       Q.      Maybe we can do that on a lunch

25   break or something along those lines.

Veritext Legal Solutions
212-267-6868        www.veritext.com        516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 131 of 318 PageID #: 1300

1          JUDITH FINELL

2     A.    I mean, I understand that it's

3  structured that way in the sheet music.

4  It says female and male, and there's an

5  alternation between the two singers.  But

6  I really saw it more as a duet.

7     Q.    Do you agree that Connor and

8  Paisley express the overall lyrical idea

9  in two different ways?

10          MR. SANDERS:  Object to form.

11     A.    No, because they expressed it

12  musically in similar ways.

13     Q.    I am asking you about lyrics

14  right now, Ms. Finell.

15          Do you agree that they express

16  the overall lyrical idea in two different

17  ways?

18          MR. SANDERS:  Object to form.

19     A.    I would say they are pretty

20  closely related.  Both of them talk about

21  remembering through physical contact.

22  That to me is parallel.  The level of,

23  the depth of the sexuality is not an

24  issue.  The transformative action was the

25  physical contact.

1           JUDITH FINELL

2       Q.     So the depth of sexuality is

3   not an issue?

4       A.     Well, the Paisley song has, you

5   might say, less steer implications than

6   the Connor song.   But both of them, the

7   transformative moment is remembering

8   through the physicality.

9       Q.     In your study of musicology and

10  over your career, are you aware of any

11  writer or composer borrowing from

12  themselves using elements that they have

13  written in the past?

14      A.     Yes.

15      Q.     And you're aware of situations

16  where composers have reused elements from

17  their earlier works?

18      A.     Oh, yes.

19      Q.     Can you give me some examples

20  of that?

21      A.     I can only give you general

22  ones.   To validate it, I would have to do

23  some research.

24             But certainly, Mozart is known

25  for that.   Many of the prolific classical

1          JUDITH FINELL
2    composers, not only borrowed from
3    themselves but from one another and wrote
4    variations on one another's works.
5    Sometimes as a attribute.  But they
6    started with the other work and then
7    wrote extensions of the work musically.
8         Q.    Would it be accurate to call
9    that self-borrowing?
10        A.    I haven't heard it used, but it
11   could be, yes.
12        Q.    Well, when a writer or composer
13   borrows from its earlier works, what do
14   you call it?
15        A.    Borrowing.
16        Q.    Borrowing from myself?
17        A.    I understand the meaning.  I
18   just never heard it used in literature in
19   that way.
20        Q.    Does musical literature discuss
21   self-borrowing?
22        A.    Oh, of course.  But as I say,
23   I've mostly been exposed to it in the
24   classical sense.  But certainly, it's the
25   same musical mind.  So the idea -- it's

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 134 of 318 PageID #: 1303

1                    JUDITH FINELL
2    part of that particular composer's style
3    or signature, if you will, sometimes.
4        Q.    Other than the Paisley "Remind
5    Me," can you identify any work that Brad
6    Paisley wrote or cowrote prior to 2011?
7        A.    No, I really couldn't without
8    investigating.
9        Q.    And you didn't go look at the
10   copyright office records to look that up?
11       A.    No.
12       Q.    Do you have any idea how many
13   albums Brad Paisley had released prior to
14   2011?
15       A.    I don't.  I mean, I know he's
16   very successful.  But I don't really
17   know, no.
18       Q.    Would you describe -- let me
19   finish this part.
20             Do you know how many songs he
21   had written prior to 2011?
22       A.    No.
23       Q.    Or cowritten?
24       A.    Not at all.
25       Q.    What about either Mr. DuBois or

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 135 of 318 PageID #: 1304

1              JUDITH FINELL

2      Mr. Lovelace, are you aware of how many

3      songs either of them had written or

4      cowritten prior to 2011?

5          A.      Not at all.

6          Q.      When Mr. Paisley writes with

7      Mr. Lovelace and Mr. DuBois, do you have

8      any idea of who writes the music?

9          A.      No.  I don't know their

10     process.

11         Q.      What have you done, if

12     anything, to consider or to eliminate

13     self-borrowing by Paisley in this case?

14             MR. SANDERS:  Object to form.

15         A.      I don't understand your

16     question.

17         Q.      Have you done anything to

18     eliminate the possibility of

19     self-borrowing by Brad Paisley in this

20     case?

21         A.      Is your question did he write

22     an earlier song that resembled "Remind

23     Me"?

24             I don't quite understand what

25     you're asking.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 136 of 318 PageID #: 1305

1          JUDITH FINELL

2               MR. HARVEY:  Read the question

3     back, please.

4               (The reporter read back as

5     follows:

6               "QUESTION:  Have you done

7     anything to eliminate the possibility

8     of self-borrowing by Brad Paisley in

9     this case?")

10              MR. SANDERS:  Same objection.

11    A.     I don't understand your

12 question.

13    Q.     Yes, ma'am, I think you do.

14              Let me ask you this way.  Did

15 you do anything in this case, in your

16 engagement, to eliminate the possibility

17 of self-borrowing by Brad Paisley in the

18 Paisley "Remind Me"?

19              MR. SANDERS:  Same objection.

20    A.     Are you saying did I compare it

21 to his earlier works?  I don't understand

22 the point of the question.

23    Q.     Did you do anything -- ma'am,

24 did you do anything to eliminate the

25 possibility of self-borrowing by Brad

1              JUDITH FINELL

2    Paisley in the Paisley "Remind Me"?

3              MR. SANDERS:   Same objection.

4       A.     The only thing that I would be

5    able to do is compare it to his earlier

6    works.   So in that sense, no, I did not.

7              (Off the record.)

8              (Time noted: 12:34 p.m.)

9              (Lunch recess taken.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    JUDITH FINELL

2          A F T E R N O O N   S E S S I O N

3                (Time noted: 1:38 p.m.)

4

5  EXAMINATION BY MR. HARVEY (Continued):

6        Q.    Ms. Finell, we are back after

7  the lunch break.

8              Are you ready to get started?

9        A.    Yes.

10       Q.    If a composer never heard the

11 music of a song that is allegedly

12 infringed, is copying possible?

13             MR. SANDERS:   Object to the

14       form.

15       Q.    Let me straighten that out.  If

16 a composer never heard the melody of an

17 allegedly infringed song, is copying

18 possible?

19             MR. SANDERS:   Object to the

20       form.

21       A.    It depends on what might be

22 copied.  The melody is only one element.

23       Q.    Okay.  Then let me put it this

24 way.  If the composer never heard the

25 melody of an allegedly infringed song, is

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 139 of 318 PageID #: 1308

1                    JUDITH FINELL

2    copying of the melody possible?

3              MR. SANDERS:  Object to the

4         form.

5         A.    No, I wouldn't be -- maybe it

6    wouldn't be possible to copy that melody,

7    but maybe both melodies relate to

8    something else.  It's really just in

9    theory, but it would be unlikely.  I will

10   say it that way.

11        Q.    So both melodies may have been

12   copied from some prior work, correct?

13        A.    I am just talking in the

14   abstract, but could be, yeah.

15        Q.    Assume, if you will, that none

16   of the melodic similarities in the

17   Paisley work are the result of copying;

18   what does that do to your opinions?

19             MR. SANDERS:  Object to the

20        form.

21        A.    Excuse me, can you explain what

22   you mean, please.

23        Q.    I can restate it.

24        A.    Thank you.

25        Q.    I don't believe that the

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 140 of 318 PageID #: 1309

1            JUDITH FINELL

2    question requires an explanation.

3            Assume that none of the melodic

4    similarities are the result of copying;

5    what does that do to your opinions in

6    your report?

7            MR. SANDERS:  Object to the

8        form.

9    A.    The similarities would still be

10   there.  It wouldn't change the

11   similarities.  I might not know the

12   source or the reason driving the

13   similarities, but it wouldn't change the

14   finding of similarity at all.

15   Q.    Would it change your finding of

16   copying?

17   A.    I didn't find copying.  I found

18   similarities.

19   Q.    In your preliminary report that

20   you prepared in March of 2013, or at

21   least it's dated March of 2013 that we've

22   seen for the first time today, prior to

23   that report being prepared and finalized,

24   how many times had you listened to the

25   Paisley and the Connor songs?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 141 of 318 PageID #: 1310

1                    JUDITH FINELL

2        A.      I don't remember.  It was too

3    long ago.

4        Q.      Well, more than 10, more than

5    20?

6        A.      Before I wrote my preliminary

7    report, I don't know.  It takes many

8    listenings to transcribe music, so I

9    don't know really how many are required.

10       Q.      Well, in your career as a

11   musicologist, many is more than 10, more

12   than 20, in order to prepare a

13   preliminary report that you did in this

14   case?

15       A.      It's probably somewhere between

16   10 and 20.  Not the entirety of the

17   songs, but portions that I had already

18   isolated as similar.

19       Q.      So you listened to either all

20   or portions of both songs, somewhere

21   between 10 and 20 times, before you

22   prepared the preliminary report?

23       A.      Yes, but in that process, a

24   transcription is being prepared.  So then

25   I start to rely on my transcriptions

1              JUDITH FINELL

2   instead of the listening process.

3        Q.    If you will, take a look at

4   your preliminary report, and tell me if

5   the term appoggiatura is found in that

6   report?

7        A.    It is not.

8        Q.    Would you agree that it is

9   possible that there are some elements

10  that you have said that are similar

11  between the Connor work and the Paisley

12  work that are, in fact, contained in

13  Paisley works written prior to Connor's

14  2008 song?

15             MR. SANDERS:  Object to form.

16       A.    I would just be speculating.  I

17  don't know any other Paisley works.

18       Q.    You don't know because you

19  didn't look?

20       A.    I am not -- I wasn't asked to

21  look and I am not aware of them.

22             If you gave me the titles, I

23  may have heard some of them.  But I don't

24  have a diskography of Mr. Paisley's work

25  available to me in this meeting today.

Veritext Legal Solutions
212-267-6868                 www.veritext.com                 516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 143 of 318 PageID #: 1312

1       JUDITH FINELL

2       Q.    Would you agree that it's

3  possible that some elements that you said

4  are similar between Paisley and Connor

5  are, in fact, contained in other Paisley

6  songs written in 2008?

7           MR. SANDERS:  Object to form.

8       A.    Yes, it's possible.

9       Q.    Can you tell me how the Connor

10  song is structured?

11           MR. SANDERS:  Object to form.

12      A.    Yes.  It's an alternation of

13  verse and three choruses.  It has a

14  bridge, a very short bridge section, also

15  before the last chorus.

16      Q.    I am going to hand you a set of

17  lyrics that has the Connor "Remind Me" on

18  the left side and the Paisley "Remind Me"

19  on the right side.

20           MR. HARVEY:  And I will ask the

21       court reporter to mark that as the

22       next Exhibit, please.

23           [The side by side comparison of

24       the lyrics of Connor and Paisley

25       songs, was hereby marked as

Veritext Legal Solutions
212-267-6868        www.veritext.com        516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 144 of 318 PageID #: 1313

JUDITH FINELL

1
2      Defendants' Exhibit 5 for
3      identification, as of this date.]
4      Q.    Now, in your notebook, you have
5  a copy of the lyrics for Connor "Remind
6  Me" that she had prepared and supplied to
7  you by her counsel, correct?
8      A.    Yes.
9      Q.    And you have a set of lyrics
10  in, that were prepared by someone about
11  the Paisley "Remind Me" in your notebook,
12  correct?
13      A.    Yes.  I don't remember who
14  prepared the "Remind Me" lyrics by
15  Connor.
16          It does, at the bottom, say
17  "Words and music by Lizza Connor."  I
18  really don't know the source of that.  I
19  was just sent this by the client.
20      Q.    All right.  And then, what you
21  have there for the lyrics of Paisley
22  "Remind Me," you're not sure who prepared
23  that, correct?
24      A.    That's correct.  I think it
25  tells right here lyrics mode.  It gives a

1           JUDITH FINELL
2  source right in the midst of the lyrics
3  that I received.
4      Q.     All right.
5           MR. HARVEY:  And I don't think,
6      Mr. Sanders, that we got a copy of
7      that set of lyrics.  So we'll get a
8      copy of that on a break.
9           MR. SANDERS:  Okay.
10      Q.     Anyway, let's start, please,
11  with what I had handed to you as Exhibit
12  number 5, which is a side by side of the
13  lyrics of Connor and Paisley's two songs.
14           So let me ask about the -- and
15  you've listened to the Connor song many
16  times.
17           So in terms of the Connor
18  structure, it starts with an intro,
19  correct?
20      A.     There is a brief intro before
21  the words start; is that what you mean?
22      Q.     Yes, ma'am.
23      A.     It's been a while, but I
24  believe there is a short guitar intro.
25      Q.     Well, you listened --

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 146 of 318 PageID #: 1315

1          JUDITH FINELL

2      A.     I would have to listen to it

3  now to verify that.

4      Q.     You listened to the two songs

5  in the last week, didn't you?

6      A.     Mostly I studied my report.

7      Q.     Did you listen to the two songs

8  in the last week?

9      A.     Yes.

10     Q.     Thank you.  So in the Connor

11  song, starts with an intro, correct?

12     A.     I believe it does, but I would

13  prefer to listen to it again if you're

14  going to ask technical questions about

15  it.

16     Q.     I'm not trying to trick you.  I

17  am asking you about a song that you've

18  listened to in the last week.

19          It starts with an intro and

20  then leads into verse 1, correct?

21     A.     I believe so.

22     Q.     I am asking about the structure

23  of the Connor song now, Ms. Finell.

24          So you go from intro to verse

25  1, and then to the first chorus, correct?

1                    JUDITH FINELL

2        A.     Yes.

3        Q.     And then it goes to verse 2,

4    and the second chorus, correct?

5        A.     I think there is -- the second

6    chorus, yes, you're right.

7        Q.     And then there is a bridge in

8    her song?

9        A.     In the Connor, mm-hmm.

10       Q.     Yes.  And then there is a

11   partial chorus at the end of the song?

12       A.     Mm-hmm, yes.

13       Q.     Is that correct?

14              Now, you made no musicological

15   conclusion that the Connor structure is

16   original or unique, did you?

17       A.     No.

18              MR. SANDERS:  Object to the

19       form.

20       Q.     You made no musicological

21   conclusion that the Connor structure is

22   copyrightable, did you?

23              MR. SANDERS:  Object to the

24       form.  Legal conclusion.

25       A.     There are structural elements

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 148 of 318 PageID #: 1317

JUDITH FINELL

1
2  to it that don't have to do with the
3  alternation of verse and chorus that I
4  did point out in my report. And those
5  are structural, so -- and some of them
6  are unusual.
7          But if you're talking about
8  what you just recited as the alternation
9  between verse and chorus, no, I did not
10 give an opinion on that.
11     Q.    What structurally did you find
12 to be unique or original about the Connor
13 song?
14          MR. SANDERS:  Object to form.
15     A.    The way in which the chorus is
16 composed of two side by side partner
17 phrases and then -- I am sorry, not
18 partners -- phrase sets, consecutively,
19 and then for the sixth phrase of the same
20 chorus, there is a partner phrase, which
21 is the "Baby, remind me" phrase in
22 Connor.  And that's pretty consistent
23 throughout Connor.
24     Q.    So what you're referring to --
25     A.    And that's structural in

1      JUDITH FINELL
2  nature.
3      Q.    So what you're referring to on
4  the chorus is where she has two sentences
5  or lines back to back, "All it takes is
6  one kiss to remind me.  All I need is
7  your touch to remind me."  Correct?
8      A.    Yes.
9      Q.    And you think that is a unique
10  structural device that Ms. Connor
11  invented?
12          MR. SANDERS:  Object to form.
13      A.    I haven't investigated.  But I
14  doubt that she invented it, but it is
15  distinctive in her song.
16      Q.    So you think there is a prior
17  art that would show that other writers
18  have used back-to-back uses of a title in
19  sentences like that?
20          MR. SANDERS:  Object to form.
21      A.    I don't know if they used a
22  title in sentences like that.  But
23  certainly, phrase A and B, B being a
24  variation of A, is not unusual.
25      Q.    Okay.  And in Paisley, the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 150 of 318 PageID #: 1319

JUDITH FINELL

1
2    phrases are not back to back, correct?
3             MR. SANDERS:  Object to form.
4        Q.    Excuse me, in Paisley, they are
5    not structured the same way as in Connor?
6             MR. SANDERS:  Object to form.
7        A.    I see them as the same
8    function, but they are not immediately
9    consecutive.
10            I need to look at my report to
11    give you a little more detail on that, if
12    you would allow me.
13       Q.    I am not here to ask you to
14    read your report, ma'am.  Because you
15    read your report to prepare for the
16    deposition, correct?
17       A.    Yes.
18       Q.    Okay.
19       A.    But I would like to check
20    something that isn't clear in this
21    document.
22       Q.    You want to check --
23       A.    About the structure.
24       Q.    Let me proceed on, because I'm
25    not asking you questions about structure

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 151 of 318 PageID #: 1320

JUDITH FINELL

1
2   on this.
3           Can you tell me how the Paisley
4   song is structured?
5       A.    Yes.  But I really would -- I
6   would want to refer to my report so that
7   I'm consistent in it.
8       Q.    Well, let me ask you questions
9   without you referring to your report, and
10  then we can see if your memory and your
11  testimony today is consistent with your
12  report.
13          So tell me the structure of the
14  Paisley song?
15      A.    Well, the Paisley song is also
16  an alternation of verses and choruses.
17          It also has an interlude,
18  instrumental interlude that isn't
19  contained in the Connor song.
20          It also has a long, fairly
21  lengthy introductory section.
22          But if I could -- if I need
23  more detail, I did not memorize my
24  report.  I wasn't told I needed to for
25  today.

1                    JUDITH FINELL

2      Q.     Nobody told you you need to

3  memorize your report, ma'am.

4             So on the Paisley structure, if

5  you will, just walk through it with me.

6  It starts off with, you said, a lengthy

7  intro and then leads into verse 1?

8      A.     I would like to look at the

9  sheet music.  This is only words.  I

10  would need to look at the sheet music.

11     Q.     Sure.

12     A.     It's not represented in this.

13     Q.     Feel free to look at what you

14  annotated as Exhibit number 2, the sheet

15  music for the Paisley "Remind Me."

16     A.     Thank you.

17     Q.     Let's have you look at Exhibit

18  2 that's marked so we have no

19  disagreement about what you're looking

20  at.

21     A.     I don't know where that is.

22  Thank you.

23     Q.     So the Paisley starts with a

24  lengthy intro and leads into verse 1?

25     A.     Lengthy is a relative term.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 153 of 318 PageID #: 1322

1          JUDITH FINELL

2     Q.    Lengthy is the term you used a

3   second ago.

4          Do you agree it's a lengthy

5   intro?

6     A.    You're right.  It's basically

7   eight bars.

8     Q.    Okay.  Do you think that's

9   lengthy or not?

10          MR. SANDERS:  Object to the

11      form.

12     A.    It's more lengthy than the

13   Connor introduction is, what I meant by

14   lengthy.

15     Q.    Is it a significant structural

16   device to use an eight bar intro for a

17   country song?

18     A.    It's very common.

19     Q.    Common.  So you have an intro

20   that leads into verse 1, correct?

21     A.    Yes.

22     Q.    And then it goes to chorus 1,

23   verse 2, chorus 2?

24     A.    Chorus 1 begins on Page 2 of

25   the sheet music.  And then verse 2 begins

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 154 of 318 PageID #: 1323

1            JUDITH FINELL

2    on Page 4 of the sheet music.  Chorus 2

3    begins on Page 4 of the sheet music.

4        Q.    And then after chorus 2, there

5    is a bridge?

6        A.    I'm not sure if it's a bridge.

7    I didn't -- I did not -- I did mark an

8    interlude, if that's what you mean by a

9    bridge.  I am not sure where you're

10   looking.

11       Q.    And then there is a guitar

12   solo.  Do you remember that from the

13   song?

14       A.    No.  I did not focus on that.

15   I don't remember.

16             But the interlude section has

17   some pretty pronounced instrumental parts

18   in it.  But I really need to listen to it

19   again to answer that.

20       Q.    On the Exhibit 5, and it's

21   recorded, the times on the song.  So

22   we've got -- it goes from intro to verse

23   1 to chorus 1, verse 2 to chorus 2, and

24   then a bridge and a guitar solo?

25       A.    I don't know who wrote those.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 155 of 318 PageID #: 1324

1              JUDITH FINELL

2    I have never seen this document.

3              (Off the record.)

4       Q.    Ms. Finell, having listened to

5    the Paisley "Remind Me" song multiple

6    times, including a few times in the last

7    week, does the Connor song include a

8    guitar solo?

9       A.    No, it doesn't.

10      Q.    Does Paisley include a guitar

11   solo?

12      A.    I believe it does.  But I have

13   to listen.  I note it's noted here on the

14   Exhibit 5, but I never used Exhibit 5 or

15   seen it before today.

16            So according to whoever

17   prepared that, there is one.  That

18   doesn't mean I agree with that.

19      Q.    Are you saying, Ms. Finell,

20   that having listened to the song multiple

21   times, you don't recall a Paisley guitar

22   solo in his song?

23      A.    Well, I didn't note it, and I

24   don't recall whether or not there is one

25   in between, before chorus 3.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 156 of 318 PageID #: 1325

1          JUDITH FINELL

2               Isn't that where you're

3    referring to?

4        Q.    If the -- yes, ma'am.  The

5    guitar solo that follows --

6        A.    I can see it on the sheet music

7    for 4 bars, after the voice stops.  But

8    that's not very long.  And I am not sure

9    if that's representative.  Usually sheet

10   music isn't representative of solo parts.

11       Q.    Does the Connor song include an

12   outro or a coda?

13       A.    Pardon?

14       Q.    Does the Connor song include or

15   end with an outro or a coda?

16       A.    I don't understand your

17   question.  I know what outro means.  But

18   what was your other word?

19       Q.    Or coda?

20       A.    Or coda, C-O-D-A?

21       Q.    Yes, ma'am.

22       A.    Yes.

23       Q.    You're saying Connor ends with

24   an outro?

25       A.    Connor, sorry, I was a little

1                    JUDITH FINELL

2      distracted, because I didn't understand

3      the word you used.

4              I thought you were talking

5      about Paisley.  Connor does not.  Not in

6      the copyright version of it.

7      Q.      Not in the deposit copy that's

8      the subject of this lawsuit?

9              MR. WARNOCK:  Can you ask that

10          again Robb, because I think the record

11          got jumbled up.

12      Q.      Does the Connor song end with

13      an outro or coda?

14      A.      I don't believe it does, no.

15      Q.      It does not, does it?

16      A.      I don't believe it does.

17      Q.      Does the Paisley song end with

18      an outro or a coda?

19      A.      Yes.

20      Q.      Is that a significant

21      structural difference between the two

22      songs?

23              MR. SANDERS:  Object to form.

24      A.      It's a difference, but it

25      wouldn't impact their similarity, in my

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 158 of 318 PageID #: 1327

JUDITH FINELL

1
2  opinion.

3      Q.    Because it's not similar,
4  right?

5      A.    No.  It wouldn't impact it
6  because I'm looking at the content that's
7  contained within all of those sections,
8  not whether or not they have sections.

9      Q.    Because you're looking at
10 similarities, not differences, correct?

11     A.    No, because I don't consider
12 the architecture of the song to be a
13 determining factor in two songs that are
14 written in a very common structure, by
15 itself.

16     Q.    Did you make any musicological
17 conclusion that the Paisley structure is
18 unique or original?

19          MR. SANDERS:  Object to form.

20     A.    Not at all.  I don't think it
21 is.

22     Q.    Does Paisley fade out?

23     A.    That's a recording question,
24 not an underlying musical question.  It's
25 a matter of whether or not they soften

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 159 of 318 PageID #: 1328

1          JUDITH FINELL

2    the sounds as it ends, and I don't

3    remember.  But it wouldn't affect the

4    underlying music, whether it fades out or

5    not.

6        Q.    On the deposit copy of Paisley

7    that you've listened to numerous times

8    and was provided a copy by counsel --

9             MR. SANDERS:  You mean Paisley

10       or Connor?

11            MR. HARVEY:  Excuse me.

12       Q.    On the deposit copy of Paisley

13   that was provided to you by Plaintiff's

14   counsel, does that end with a fade-out?

15       A.    I don't recall.  It wouldn't

16   have been relevant to my analysis at all.

17   I never said that anyone copied someone's

18   fade-out.

19       Q.    Is the number of measures of

20   verses -- is the number of the measures

21   of verses different in the two songs?

22       A.    I haven't counted them.  But

23   the Paisley song is longer than the

24   Connor song.

25       Q.    Is the number of measures in

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 160 of 318 PageID #: 1329

JUDITH FINELL

1
2    the chorus of Connor and Paisley
3    different?
4        A.    I haven't compared them in
5    terms of how many bars they have.
6        Q.    Because your focus was on the
7    music and lyrics "remind me"?
8        A.    My focus was on what made them
9    resemble one another, and the number of
10   bars or other kinds of elements,
11   structural elements like that didn't
12   influence what rose, in my thoughts, in
13   terms of similarity.
14       Q.    Is the number of measures
15   structural in musicology?
16       A.    Yes, it is.
17       Q.    And is the number of measures a
18   significant structural element?
19            MR. SANDERS:  Object to form.
20       Q.    In songs?
21       A.    It's part of the architecture
22   of the song.  It's like saying is the
23   number of chapters significant in a book,
24   but what matters is what's happening in
25   the chapters, not how many chapters there

1                    JUDITH FINELL

2    are normally when you're comparing two

3    novels, for example.

4         Q.    You have used the term "partner

5    phrase" several times.

6              Is there any academic

7    literature where the phrase "partner

8    phrase" is used that you can identify?

9              MR. SANDERS:  Object to form.

10        A.    The concept of phrases relating

11   to one another melodically or lyrically

12   or in some way one echoing another is a

13   common analytical observation.  But the

14   partner, the use of that term, I am not

15   sure.  I don't recall.

16        Q.    The phrase "partner phrase," is

17   that something of your invention?

18        A.    It's not my invention.  But I

19   honestly don't know, I can't recall any

20   particular article I've read using that.

21        Q.    Can you identify any

22   musicological literature that uses the

23   term "partner phrase"?

24              MR. SANDERS:  Object to form.

25        A.    I cannot recall.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 162 of 318 PageID #: 1331

1          JUDITH FINELL

2       Q.     In Connor, explain to me what

3   it is you call the partner phrase?

4       A.     The partner phrase in Connor is

5   the phrase that echos the hook, and

6   actually is part of the hook, but it's

7   the part that wherever the music uses the

8   lyrics "Baby, remind me," it's the same

9   in Paisley.

10      Q.     Paisley uses the three words

11  "Baby, remind me," correct?

12      A.     It uses the same partner phrase

13  words, yes.

14      Q.     Ms. Finell, on the chorus of

15  Connor, it reads "All it takes is one

16  kiss to remind me"; correct, the first

17  line of the chorus?

18      A.     That's correct.

19      Q.     And then it goes on to say "All

20  I need is your touch to remind me,"

21  correct?

22      A.     Yes.

23      Q.     And then it skips three lines,

24  and the sixth line is "Baby, remind me";

25  is that correct?

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 163 of 318 PageID #: 1332

1                 JUDITH FINELL

2     A.     Yes.

3     Q.    So the structure you're talking

4 about is the use of the phrase "to remind

5 me" in the first two lines and the phrase

6 "Baby, remind me" in the sixth line of

7 her chorus, right?

8            MR. SANDERS:  Object to form.

9     A.    Not exactly.  It's "remind me"

10 not "to remind me" in the first two

11 phrases.

12          And Connor's song always closes

13 each chorus with the partner phrase

14 "Baby, remind me."  She does it in all

15 three choruses.

16     Q.    Does Connor, in her song -- let

17 me take that back.

18          In her choruses, she's using

19 the phrase "to remind me" as part of a

20 line, correct, in the first and second

21 lines of her choruses?

22     A.    I see the hook as "remind me"

23 not "to remind me."

24     Q.    In the first two lines of her

25 choruses, she's not saying "remind me" as

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 164 of 318 PageID #: 1333

1              JUDITH FINELL
2   a command.  She's saying "to remind me,"
3   as part of a line, correct?
4              MR. SANDERS:  Object to the
5       form.
6       A.    Well, I am not a linguist, but
7   I would agree with you, that's correct.
8       Q.    Are you claiming that tying the
9   word "baby" to the phrase "remind me" is
10  copying?
11             MR. SANDERS:  Object to form.
12      A.    I don't think I used the word
13  copying in any of my findings.  But it is
14  similar.  It is substantially similar, in
15  both the use of it and the way it's used,
16  the way it's partnered with the initial
17  statement of it in each case.
18      Q.    In the Connor chorus, she
19  doesn't -- she uses "to remind me" in the
20  first and second lines of the chorus as a
21  prepositional phrase, correct?
22             MR. SANDERS:  Object to form.
23      A.    It's an affinitive.  The "to
24  remind me," it's an affinitive.
25             What's your question?

1               JUDITH FINELL

2     Q.    I am asking how she uses the

3 phrase "to remind me."

4          You say it's an affinitive and

5 not a prepositional phrase?

6          MR. SANDERS:  Object to form.

7     A.    Well, it might be.

8          Again, I'm not -- I'm a

9 musicologist.  And the words and music

10 combination is what I'm expert in.  But I

11 am not here as a grammarian.  I mean, I'm

12 not -- I don't know how far you'll take

13 this.  But I am not here to analyze

14 grammar.  And I didn't do it in my report

15 and I never have been asked to.

16     Q.    I know you didn't do it in your

17 report.

18     A.    Good.

19     Q.    Tell me why you eliminated the

20 word "to" as part of the phrase "to

21 remind me" in the first and second lines

22 of Ms. Connor's chorus?

23     A.    Because I see the hook as

24 "remind me," that that's what's being

25 conveyed.  And it's also the title of the

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 166 of 318 PageID #: 1335

1  JUDITH FINELL

2  song.  But it conforms with the criteria

3  that is most normally seen in a hook

4  which is repetitious use related to

5  the...

6      Q.    In her choruses, the first and

7  second lines of the first and second

8  chorus, she's got "to remind me," "to

9  remind me."  She ends both of those lines

10 with the phrase "to remind me," correct?

11     A.    Where are you?

12     Q.    Look at the first chorus.

13     A.    Mm-hmm.

14     Q.    She ends the first and second

15 lines with the phrase "to remind me,"

16 correct?

17     A.    Right.

18     Q.    In the second chorus, she ends

19 both lines with the phrase "to remind

20 me," correct?

21     A.    Yes.

22     Q.    And that's the repetitious use

23 using the phrase that you just used,

24 correct?

25             MR. SANDERS:  Object to form.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 167 of 318 PageID #: 1336

1          JUDITH FINELL

2     A.    I see it as just the words

3  "remind me" not the "to."  That's what

4  stands out in my listening and analytical

5  experience is "remind me."  Not preceded

6  by the word "to."

7     Q.    So you ignored --

8     A.    Although I do see the word

9  there, of course.

10    Q.    All right.  Let's use your

11  example of "Girls Just Want to Have Fun."

12  And then you get repeated "fun, fun,

13  fun."  So, the repetitious use is "girls

14  just want to have fun, girls just want to

15  have fun," correct?

16    A.    Well, I haven't analyzed that

17  entire Cyndi Lauper song, but if you did

18  just separate the word fun, then you

19  would have to look at the T-Bird song by

20  the Beach Boys, where they sing "fun,

21  fun, fun till her daddy takes your

22  T-Bird" -- I mean there would be some

23  kind of accusation if you just separated

24  out one word like that.

25    Q.    So if you just took one word,

1                    JUDITH FINELL
2    there might be an accusation of copying,
3    correct?
4              MR. SANDERS:  Object to form.
5         A.    It could trigger that, is what
6    I'm saying.
7         Q.    And if you --
8         A.    But if it can't be taken
9    necessarily out of that context, it would
10   probably not be accurate.
11             But I am just saying, your
12   question was such that the parallel would
13   be to remove one word like that.
14        Q.    You took the phrase "remind me"
15   out of the context of the first line of
16   the chorus, right?  The chorus says "All
17   it takes is one kiss to remind me."  And
18   you focused on a discrete two-word
19   section?
20             MR. SANDERS:  Object to form.
21        Q.    Right?
22        A.    That is, that is the anchor of
23   the song, the "remind me."  You hear it
24   at the very end of the song.  You hear it
25   in the chorus.  To me, that is the hook

Veritext Legal Solutions
212-267-6868        www.veritext.com        516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 169 of 318 PageID #: 1338

1          JUDITH FINELL

2  of the song.  It's not the whole phrase.

3  And it changes from one phrase to

4  another.  What stays is "remind me."  The

5  words change from "All it takes is one

6  kiss.  All I need is your touch," et

7  cetera.  Those all change.  What doesn't

8  vary is "remind me."

9      Q.     And in your transcriptions in

10 your full report, you didn't transcribe

11 any of the words leading up to the phrase

12 "to remind me" and you did not include

13 the word "to"?

14         MR. SANDERS:  Object to form.

15     A.     No, I did not.

16     Q.     So again, your transcriptions

17 are focused on the words "remind me" and

18 then adding the word "Baby" to it,

19 correct?

20         MR. SANDERS:  Object to form.

21     A.     Well, not only.  They're also

22 focused on the shared use of the

23 appoggiatura, the shared descending minor

24 third and perfect fourth in both songs,

25 and many other characteristics that they

JUDITH FINELL

1
2  share.  And the leap up from the first
3  phrase to the second phrase, where they
4  each leap up one scale step, the second
5  time that "remind me" is repeated in both
6  songs, they do that the same way.
7          There is a lot of similarities
8  besides just the words.  But the words
9  definitely are one of the important
10  similarities, yes.
11      Q.    We'll get into that.
12          Would you -- what about the
13  words "Oh, baby, remind me, yeah," that
14  phrase appears nowhere in the Connor
15  song, does it?
16      A.    What was the phrase again?
17      Q.    "Oh, baby, remind me, yeah."
18      A.    "Baby, remind me" does, but not
19  the "Oh" and not the "yeah."
20      Q.    And in the transcriptions that
21  you did of the Paisley song, where there
22  were additional words other than "remind
23  me" or "baby," you didn't transcribe any
24  of those other words, did you?
25      A.    I don't understand what part

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 171 of 318 PageID #: 1340

1            JUDITH FINELL

2    you're referring to.

3        Q.    Well, if you look, for example,

4    at the outro of the Paisley song where

5    Carrie Underwood sings "Oh, oh, baby,

6    remind me, baby, remind me, yeah," you

7    did not transcribe that line, did you?

8        A.    I transcribed the "Baby, remind

9    me" part in my index of iterations.

10       Q.    And you excluded the "Oh, oh,"

11   and the ending word "yeah," correct?

12       A.    Right, that wasn't relevant.

13       Q.    And you concluded it wasn't

14   relevant because it didn't appear in the

15   Connor song, correct?

16       A.    It wasn't relevant to the

17   comparison process.

18       Q.    It wasn't relevant to the

19   comparison process because those

20   additional words in the Paisley song were

21   not included in the Connor song, correct?

22            MR. SANDERS:   Object to form.

23       A.    It wasn't relevant to the

24   reasons why they sounded similar to me.

25       Q.    Why?

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 172 of 318 PageID #: 1341

1          JUDITH FINELL

2      A.     Because that part differs.

3  That's not what made them sound related

4  to each other.   And I was exploring and

5  trying to investigate what made them

6  sound similar to each other.   And what

7  made them sound similar was their

8  selection, their creative choices that

9  they shared in using "remind me," and the

10  way they set that specifically to music.

11      Q.     Isn't "Oh, oh" and "yeah," both

12  of which is contained in the outro of the

13  Paisley song, creative choices?

14      A.     It might be, but it wasn't

15  relevant to comparing it to Connor.

16      Q.     Ms. Finell, do you understand

17  that the words "Oh, oh" and "yeah" are

18  not included in Connor.   So is it

19  accurate that when you were forming your

20  opinions, you looked specifically for an

21  identical word in the two songs, the

22  phrase "remind me" and the phrase "Baby,

23  remind me," correct?

24          MR. SANDERS:   Object to the

25      form.

Veritext Legal Solutions
www.veritext.com
212-267-6868                                  516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 173 of 318 PageID #: 1342

1          JUDITH FINELL

2      A.      I think you're

3  mischaracterizing, if you don't mind me

4  saying so.

5      Q.      Well, I do, but I'm here to get

6  your testimony.

7      A.      I didn't cherry-pick.  I found

8  what sounded similar between them that

9  they shared.  And in both cases those

10  were really anchors of the song.

11          In the Paisley song, that

12  occurs 19 times.  That's over a quarter

13  of the song in terms of the time that it

14  occupies out of the four minute plus

15  song.

16          And in the other song, it

17  occurs nine times.  So it's the single

18  most repeated characteristic that the two

19  songs contain.  And they're the same, or

20  they are the same in the ways that I

21  pointed out they're being the same.

22          They do have differences, but

23  what really isn't unusual is that they

24  both vary their melodies that sing those

25  words "remind me."  And that even is a

1              JUDITH FINELL
2     creative choice, to not have the same
3     refrain always come back with the same
4     melody every time the words are the same.
5     That's even a creative choice.
6              But using other words, like
7     "Oh, yeah" or, you had just mentioned,
8     that wouldn't, that wouldn't influence
9     what sounded similar about them to me.
10    Q.     It wouldn't influence what
11    would be similar to you because they are
12    different, correct?
13    A.     In my assessment, that wasn't
14    relevant.
15             What I was trying to do was
16    determine what relationship the two songs
17    had to each other.  And that's what I
18    discovered.
19    Q.     Okay.  In your assessment, the
20    use of the phrase "Oh, oh" or "yeah"
21    added in or around "Baby, remind me" were
22    different between the two songs, correct?
23    A.     They were pretty irrelevant.  I
24    mean, that's very common.  There are
25    millions of songs that use "Yeah" and

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 175 of 318 PageID #: 1344

JUDITH FINELL

1
2     "Oh, oh" and those kinds of explanations.
3            What matters really are the key
4     words of the phrase.  And the key words
5     were the same.
6            And they also varied in the
7     same way by adding the word "Baby" before
8     the key words "Baby, remind me."
9        Q.    Is the use of the word "baby"
10    in music commonplace, Ms. Finell?
11            MR. SANDERS:  Object to form.
12        A.    By itself, it isn't.  But it
13    was set in the same way.  It was really a
14    combination of the similarities that
15    convinced me that this was similar.
16        Q.    Is "Baby, remind me" different
17    from "Remind me, baby"?
18            MR. SANDERS:  Object to form.
19        A.    I don't know.  It would depend
20    -- if it was in a song, it would depend
21    on what notes were sung and their
22    rhythms.  It could be very different.
23        Q.    It could be very different.
24    Does --
25        A.    Not in meaning, but perhaps

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 176 of 318 PageID #: 1345

1                        JUDITH FINELL

2    musically.

3        Q.    Does concluding substantial

4    similarity between two songs justify

5    excluding lyrics that are not common

6    between the two songs?

7                MR. SANDERS:   Object to the

8        form.   Legal conclusion.

9        A.    The job of the musicologist is

10   to separate the -- and evaluate the

11   nature of the similarities, how -- if

12   they are generic or distinctive, and

13   their importance, their commonality.

14       Q.    In this case, you chose to

15   exclude certain lyrics in making your

16   substantial similarity analysis, correct?

17                MR. SANDERS:   Object to form.

18       A.    I didn't choose to exclude

19   those lyrics.   But in the process of

20   analyzing them, yes, I focused on the

21   lyrics that I found to be similar that

22   were important to both songs.

23       Q.    Is the methodology of electing

24   to exclude certain lyrics a practice

25   among other musicologists?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 177 of 318 PageID #: 1346

1         JUDITH FINELL

2              MR. SANDERS:  Object to form.

3    A.    It's not just lyrics.  It could

4    be anything.  It could be melody.  It

5    could be harmony.

6    Q.    Let's focus on my question,

7    please.

8              Is the practice of electing to

9    exclude lyrics that are not similar, not

10   common between two songs, a practice

11   that's common among musicologists?

12             MR. SANDERS:  Object to form.

13   A.    In ways, yes.  A musicologist

14   is trained to assess the levels of

15   importance of various material.  And if

16   you're comparing two works, you do focus

17   on what is similar between them.  That's

18   the nature of comparative analysis.

19   Q.    Don't musicologists, in

20   conducting an analysis, analyze both

21   similarities and dissimilarities?

22   A.    Yes.  They separate them out.

23   But then at some point, if they feel

24   there is a similarity, as I pointed out

25   in my both reports, the substantial

1                    JUDITH FINELL

2  similarity is between the hooks of the

3  songs.  I don't look at, you know,

4  everything.

5            I look at what seems to be

6  driving my conclusion that they're

7  similar or not.  In this case, it was the

8  hooks.

9     Q.    You have used the word melisma

10  in your report.

11            Is melisma a commonplace device

12  in songwriting?

13     A.    As a device, it's common.  But

14  how it's used in different pieces of

15  music would determine whether or not one

16  piece of music was similar to another.

17  Not just the use of the melisma, but how

18  it's used.

19     Q.    In your report at Page 47,

20  excuse me, at page -- excuse me.

21            In your report at paragraph 47,

22  you state that "There are individual

23  differences in the melodic, harmonic or

24  structural material."

25            Would you please tell us and

JUDITH FINELL

1
2  list them out for us what the differences
3  in structural material are?
4          MR. SANDERS:  Object to form.
5      Q.    Between the Paisley and Connor
6  songs?
7      A.    I don't have a list, but the
8  reason why I said this in paragraph 47 is
9  because I'm acknowledging that their
10 structures are not identical, but that --
11 what I am saying is it doesn't influence
12 the similarities that I found.
13     Q.    In your report, you did not
14 list out differences in the structure of
15 the two songs, correct?
16     A.    No.  It didn't seem relevant.
17     Q.    So tell me, please, everything
18 that you can think of that are
19 differences in the structural material
20 between the two songs?
21         MR. SANDERS:  Object to form.
22     A.    Well, we went over this before.
23 The Paisley song has a lengthier
24 introductory section.  It has an
25 interlude section.  It has a closing

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 180 of 318 PageID #: 1349

1        JUDITH FINELL

2    section that's more complex, and has some

3    instrumental in the recording, which is

4    different from the underlying song.  But

5    the recording, at least, has some

6    instrumental materials that aren't found

7    in a similar location in Connor.

8              Connor is a simpler structure

9    and a shorter song.  But the overall

10   structure of two musical compositions,

11   unless there is something extremely

12   unusual about it that appears to have

13   been copied, in general, the structure of

14   the overall architecture of a piece of

15   music and the way it's organized is not

16   what I normally focus on.

17       Q.    So the overall structure of

18   Paisley and Connor is not substantially

19   similar?

20       A.    It's similar --

21             MR. SANDERS:  Object to form.

22       A.    In their alternations in

23   choruses and verses.

24       Q.    And you've agree there is

25   nothing unique or original about that,

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 181 of 318 PageID #: 1350

1                    JUDITH FINELL

2    correct?

3              MR. SANDERS:  Object to form.

4         A.     Not with that, but what I did

5    notice that within each section, there

6    are similarities of phrase sets and

7    partner phrases.  And that's part --

8    should I keep going?

9         Q.     Please do.

10        A.     And that's part of the

11   structure, as well.

12        Q.     Let me ask you about harmonic

13   issues.

14              Do you know what key Connor is

15   recorded in?

16              MR. SANDERS:  Object to form.

17        A.     You asked me that before.  I

18   believe I stated in my report, but I

19   don't remember without having this.

20        Q.     Now, in keeping with

21   musicological practices, is it correct

22   that upper case Roman numerals are used

23   to denote major cords?

24        A.     It varies in methodology, but

25   that's one way of doing that.

1        JUDITH FINELL

2        Q.    Is that a practice that you use

3  as a musicologist?

4        A.    I have been taught to use it.

5  It varies.  But it's one way of

6  communicating.

7        Q.    And as a musicological

8  practice, lower case Roman numerals are

9  used to denote minor cords?

10        A.    Usually.

11        Q.    And as a matter of practice,

12  that's generally what you do?

13        A.    Sometimes.  That's a way of

14  denoting the function of the cord.

15        Q.    You did not chart out the cords

16  in the Connor song, did you?

17        A.    No.

18            MR. SANDERS:  Object to form.

19        Q.    You did not chart out the cords

20  in the Paisley form?

21            MR. SANDERS:  Object to form.

22        A.    Mostly that was done by the

23  sheet music.  It was accurate enough for

24  a frame of reference.

25            But I didn't -- I did not find

1                    JUDITH FINELL
2    that the cords, similarities or
3    differences between the cords were
4    relevant to the similarities that I found
5    between the songs.
6        Q.    You did not find substantial
7    similarity between the cord structure of
8    the Paisley song and the Connor song?
9              MR. SANDERS:  Object to form.
10       A.    I didn't develop an opinion on
11   whether or not they were similar nor did
12   I claim that they were.  That's not
13   really what I focused on in this
14   comparison.
15       Q.    You focused on giving the
16   Plaintiff as many similarities as you
17   could, correct?
18             MR. SANDERS:  Object to form.
19       A.    No.  No.  That's not correct at
20   all.
21       Q.    Did you, in your report, list
22   any harmonic similarities between Connor
23   and Paisley?
24       A.    Well, the appoggiatura is
25   partially a harmonic.  It creates a

1          JUDITH FINELL
2  dissonance.  That's a harmonic concept.
3       Q.     Did you chart out the cords in
4  which you claim the appoggiaturas exist?
5       A.     No, I did not.  But I heard
6  them, and that's how I determined that
7  they were appoggiaturas.
8       Q.     Did you chart out the cord
9  progressions in either song?
10          MR. SANDERS:  Object to form.
11      A.     They were mostly provided by
12  the sheet music.
13      Q.     You don't have any sheet music
14  for Connor, do you?
15      A.     No.
16      Q.     Did you make the determination
17  whether the cord progressions in Paisley
18  and Connor were similar or different?
19          MR. SANDERS:  Object to form.
20      A.     They were similar in style.
21  But they weren't unique enough in either
22  song to warrant looking further.  That is
23  not what made them sound the same.
24      Q.     So they were similar in style,
25  but they weren't the same, correct?

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 185 of 318 PageID #: 1354

1           JUDITH FINELL

2           MR. SANDERS:  Object to form.

3     A.    I do not know the answer to

4     that.  I haven't conducted that study.

5     Q.    So as part of your analysis,

6     you did no analysis to determine whether

7     cord progressions are similar or

8     different, correct?

9           MR. SANDERS:  Object to form.

10    A.    They didn't seem remarkable.

11    And so I did not focus on the cord

12    progressions.

13    Q.    Ms. Finell, as part of your

14    analysis, you did no analysis to

15    determine whether cord progressions in

16    the Connor and Paisley were similar or

17    different, correct?

18          MR. SANDERS:  Object to form.

19    A.    No, I did not.

20    Q.    With the exception of the

21    bridge, do you know what the major --

22    strike that.

23          Can you tell me what harmonic

24    rhythm is?

25    A.    Yes.  Harmonic rhythm describes

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 186 of 318 PageID #: 1355

1        JUDITH FINELL

2    the rhythmic pace at which the cords,

3    cord progressions change from one cord to

4    the next.  So if a cord, for example, is

5    held for two or three beats before there

6    is a new cord, the two or three beats

7    would be part of the harmonic rhythm.  It

8    means how long the cord is sustained

9    before the next cord.

10       Q.    In doing your musicological

11   work in this case, did you analyze the

12   harmonic rhythm in Connor?

13       A.    In terms of the strumming, is

14   that what you're talking about?  I don't

15   understand.

16       Q.    In terms of the definition that

17   just used of harmonic rhythm, did you

18   conduct that analysis about the Connor

19   song?

20       A.    No.

21       Q.    Did you conduct an harmonic

22   rhythm analysis about the Paisley song?

23       A.    No.

24       Q.    Do you even know what it is for

25   either song?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 187 of 318 PageID #: 1356

1                    JUDITH FINELL

2       A.     I don't care what it is for

3   either song.

4       Q.     In your report at paragraph 47

5   on Page 26, you say that "There are

6   differences in harmonic material."

7              I want you to please list out

8   all the differences in harmonic material

9   between Connor and Paisley.

10             MR. SANDERS:   Object to form.

11      A.     I did not mean that when I said

12   that.

13      Q.     You didn't mean that?

14      A.     I did not mean it the way you

15   just interpreted it.

16      Q.     All right.   Your sentence there

17   ends "and this similarity overrides any

18   individual differences in the melodic,

19   harmonic or structural material."

20             And by that I mean between the

21   two songs, correct?

22      A.     Yes.

23      Q.     So tell me what the harmonic

24   differences are between Connor and

25   Paisley?

1                    JUDITH FINELL

2              MR. SANDERS:  Object to form.

3       A.    What I meant in that sentence

4    is that whatever the differences are,

5    they are not as pertinent as the

6    similarities.  That's what I was

7    conveying there.

8              It is not that I listed the

9    differences.  It's that I acknowledge

10   that there were some differences,

11   probably, as would be in any two songs,

12   especially of different lengths.

13             And despite those differences,

14   the similarities overrode that.

15      Q.    What harmonic differences do

16   you acknowledge being in the two songs,

17   Connor and Paisley?

18      A.    They are not identical to one

19   another, but I did not do that analysis.

20   So I can't tell you.

21             But I know that the

22   similarities are stronger than any

23   harmonic deviations they have.

24      Q.    I understand that that's what

25   you want to say.

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 189 of 318 PageID #: 1358

```
 1                JUDITH FINELL
 2           I am asking you, as a
 3   musicologist, having listened to these
 4   two songs dozens of times, what the
 5   differences are harmonically?
 6      A.    It's not something I can sit
 7   here and recite --
 8             MR. SANDERS:  Object to form.
 9      A.     -- like that, by memory,
10   without really analyzing it.
11      Q.    And because you did not find
12   harmonic similarities, you did not
13   include those in your report?
14             MR. SANDERS:  Object to form.
15      A.    The harmonic similarities which
16   were probably also present were not what
17   I focused on.
18      Q.    Just --
19      A.    Even the dissimilarities or the
20   similarities.  I didn't focus on it,
21   period.
22      Q.    For the harmonic differences
23   that you did find, just tell me which
24   ones you found?
25      A.     I don't -- I did not analyze
```

1          JUDITH FINELL

2     the harmonies.  I did not analyze for

3     similarities and differences, either.  I

4     did not feel it was relevant.

5               MR. WARNOCK:  Do you want to

6          take a break?

7               THE WITNESS:  Okay, thank you.

8               (Off the record.)

9          Q.    Ms. Finell, we are back after

10    the break.

11              Let me ask you to look at

12    Exhibit 5, which is side by side the

13    lyrics of the Connor and Paisley songs.

14              And let's look at the first

15    chorus.  Ms. Connor's song starts with

16    the line "All it takes is one kiss to

17    remind me."  Correct?

18         A.    Yes.

19         Q.    And that line does not appear

20    in the Paisley chorus or anyplace else,

21    correct?

22         A.    Well, there is the word kiss

23    there, "The way I used to kiss your neck"

24    in chorus 1, the second line.

25         Q.    Does the phrase "All it takes

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 191 of 318 PageID #: 1360

1           JUDITH FINELL
2    is one kiss to remind me" appear in the
3    Paisley song?
4        A.    The exact phrase, no.
5        Q.    The second line of the Connor
6    chorus is "All I need is your touch to
7    remind me."
8              Does that phrase appear
9    anywhere in the Paisley song?
10       A.    No.
11       Q.    Then if you look at the Connor
12   chorus, it jumps three lines and ends
13   with what you characterize as the partner
14   phrase "Baby, remind me."  Correct?
15       A.    Yes.
16       Q.    Look at that first chorus on
17   Paisley, there is no "Baby, remind me" in
18   there, is there?
19       A.    No, not here.
20             May I look at the sheet music
21   for a minute?
22       Q.    If you need to.
23       A.    Thank you.
24             (Witness reviews document.)
25       A.    Okay, the answer is no.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 192 of 318 PageID #: 1361

1          JUDITH FINELL

2     Q.    Is 4/4 meter a basic

3 foundational musical building block?

4          MR. SANDERS:  Object to the

5     form.

6     A.    It's common.  It's called

7 common meter.

8     Q.    What's the tempo of the Connor

9 song?

10     A.    You mean how many beats per

11 minute does it have.

12     Q.    You tell me what tempo is.

13     A.    Tempo describes the pace in a

14 recording as it's described by beats per

15 minute.  Otherwise it could be, it could

16 be shown by a metronome marking or

17 various musical words that indicate the

18 pacing, whether it's fast, slow, or

19 someplace in between.

20     Q.    Okay.  What's the tempo of the

21 Connor song?

22     A.    I didn't measure the beats per

23 minute.  It's on the slower side.

24     Q.    What's the tempo of the Paisley

25 song?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 193 of 318 PageID #: 1362

1        JUDITH FINELL
2      A.    It's sort of medium.  I hate to
3  use terms like that without giving
4  precise.  But I didn't measure them in
5  that way.
6      Q.    Okay.  So Connor's slower.
7  Paisley is medium?
8      A.    Yeah.  And that's a recording
9  element.  It can be a performance
10  element.  It's somewhat interpretive on
11  the part of the musicians.
12      Q.    Is the overall rhythmic feel in
13  the two songs different?
14           MR. SANDERS:  Object to form.
15      A.    Rhythm is not the same as
16  tempo.  I don't -- are you relating this
17  to the tempo question?
18      Q.    Why don't you tell me what, how
19  you characterize rhythm or define rhythm?
20      A.    Rhythm describes the duration
21  of musical material in this case or in
22  musical cases.
23           In other words, the length of
24  time, usually in beats, that one
25  particular note or cord is sustained

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 194 of 318 PageID #: 1363

1          JUDITH FINELL
2  before the next occurrence of the same
3  thing, whether it's an individual note or
4  a cord, which is a series of notes
5  together.
6      Q.    Is the rhythm of the -- in the
7  recording of Connor that you listened to,
8  it had a guitar, correct?
9      A.    Yes.
10     Q.    And the recording you listened
11 to of Paisley had more instrumental
12 parts, correct?
13     A.    Do you mean parts as in
14 sections?
15     Q.    It had more instruments playing
16 on the recording that you listened to?
17     A.    That's correct.
18     Q.    And is the rhythm of the guitar
19 in Connor different than the rhythm of
20 the instrumental parts in Paisley?
21     A.    I didn't analyze that.   In
22 order to do that, I would have to
23 transcribe the entire accompaniments of
24 all the instruments, because in Paisley
25 there are multiple instruments playing

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 195 of 318 PageID #: 1364

1        JUDITH FINELL

2  all at the same time.  And each one has

3  its own rhythm.

4            And in Connor, it's a single

5  accompaniment, which is the guitar.

6      Q.    And you did not do so, because

7  you determined, in your mind, that they

8  were not sufficiently similar to merit

9  transcription?

10           MR. SANDERS:  Object to form.

11     A.    No, that is not why I did it.

12  I did not think that it was relevant to

13  the reasons why I thought the song

14  sounded similar to each other.

15     Q.    Is the melodic rhythm in the

16  vocals of Connor and Paisley different?

17     A.    What portion?  You're talking

18  about a four minute song.

19     Q.    Let's say the chorus.  Is the

20  melodic rhythm in the vocals of the

21  chorus of Connor and Paisley different?

22     A.    I would have to -- you would

23  have to be more specific.  Which phrase?

24  There are many phrases.

25           So, I mean, I can't generalize

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 196 of 318 PageID #: 1365

1              JUDITH FINELL

2   over that many notes.

3       Q.    You can't generalize over a

4   chorus, ma'am?

5       A.    It's not --

6             MR. SANDERS:  Object to form.

7       A.    It's not a valid question about

8   rhythm.

9       Q.    Ms. Finell, let's look at the

10  first choruses in both Paisley and

11  Connor, if you will, please, on Exhibit

12  5.

13            And can you compare line by

14  line what the rhythm is in each of the

15  lines?  Can you compare the melody to

16  which the words have been said line by

17  line in the first chorus in Paisley and

18  Connor?

19            MR. SANDERS:  Object to form.

20      A.    I haven't transcribed the full

21  melody of either song, so I cannot do

22  that here, sitting here, without having

23  done that first.

24      Q.    So a transcription of the

25  entire choruses would be required in

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 197 of 318   PageID #: 1366

1                  JUDITH FINELL
2     order to draw a comparison between the
3     entirety of the two choruses, correct?
4          A.     In order to draw a comparison
5     of the recording of the two choruses,
6     yeah.
7          Q.     No, ma'am.  In order to draw
8     any similarities or differences in the
9     compositions embodied in the choruses --
10    excuse me, the composition embodied in
11    the recordings?
12         A.     Well, as far as I know, there
13    is nothing that preceded the Connor
14    recording.  There wasn't a handwritten
15    piece of sheet music that -- the
16    recording is the first existence of the
17    song, as far as I know.
18                Is that what you're asking?
19         Q.     Wouldn't your transcription of
20    the chorus, in fact, create the --
21    wouldn't your transcription, in fact,
22    create the composition embodied in the
23    chorus of Connor?
24         A.     A transcription is of something
25    that's heard.  So in this case, it would

1               JUDITH FINELL

2 embody the recording.  So to the extent

3 that the recording represents the

4 composition, yes.  But I don't really

5 know if there were other versions that

6 aren't heard in the recording.  All that

7 a transcription does is record what is

8 heard.

9     Q.    Okay.  Does the transcription

10 represent the composition embodied in the

11 recording?

12     A.    Yes.

13     Q.    Do you agree that setting a

14 note on the beat -- well, first of all,

15 can you tell me as a musicologist what

16 setting a note on the beat means?

17     A.    Well, beats are divided into --

18 are subdivided, for example, in 4/4 time.

19 There are four primary beats, but each of

20 those can be subdivided into halves.

21         In other words, instead of --

22 every beat would be equivalent of a

23 quarter note, which would mean it's a

24 quarter of the measure, in essence, so

25 four beats equals one measure in 4/4

1                    JUDITH FINELL

2    time.

3              You can subdivide that into 8th

4    notes.  So that you have two notes per

5    beat, each equidistant from one another.

6        Q.    And then you can further

7    subdivide into 16ths and 32nds and so on,

8    on to nearly infinity or as fast as

9    someone's fingers or tongue could go?

10       A.    Well, in musical culture, but

11   after about 64th notes, that's about as

12   far as I go, or western music usually

13   stops somewhere around there.

14       Q.    Do you agree that setting a

15   note on the beat is rhythmically

16   different than setting a note off of the

17   beat?

18       A.    To some extent it is, but it

19   depends on how far off the beat and what

20   the context is.

21             But, yes, on the beat is

22   different from off the beat.  But if it

23   is still on the same beat, then it is not

24   very far off.

25       Q.    You've identified that there

1                    JUDITH FINELL

2   are nine iterations of "remind" sung in

3   the Connor song, correct?

4        A.     Yes.

5        Q.     And in each of the iterations,

6   based on your transcriptions, isn't it

7   true that the second syllable "mind"

8   lands on the downbeat each time?

9        A.     I would have to look at my

10  iteration --

11       Q.     Please do.

12       A.     -- index.

13              Well, iteration 9 and 10 do

14  not.

15       Q.     Tell us where you're looking.

16       A.     Wait a minute, I am looking at

17  the wrong section.

18       Q.     You're looking at the demo

19  copy, aren't you?

20       A.     Exhibit B, yes.  That was a

21  mistake.  I'll look at the correct one.

22              Exhibit A is the one I should

23  have been looking at.

24              Excuse me, could you repeat the

25  question, please?

1                    JUDITH FINELL
2        Q.    Of the nine iterations of the
3    word "remind" sung in the Connor song,
4    isn't it true that the second syllable
5    "mind" lands on the downbeat each time?
6        A.    Yes.
7              MR. WARNOCK:  Sorry, I didn't
8        hear where we were.  What page?
9              MR. HARVEY:  Exhibit A of her
10        report.
11             THE WITNESS:  It's Page 27.
12        Q.    And that's a creative choice,
13    correct?
14             MR. SANDERS:  Object to form.
15        A.    Yes.
16        Q.    And you're not claiming that
17    that's unique to Ms. Connor?
18             MR. SANDERS:  Object to form.
19        A.    I don't know if it's unique to
20    Ms. Connor, but it is a creative choice.
21        Q.    You don't know if it's unique
22    to Ms. Connor because you haven't looked,
23    correct?
24        A.    In my experience, I am not
25    aware of another song that has the second

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 202 of 318 PageID #: 1371

1                    JUDITH FINELL

2    half of the word "remind" landing on the

3    downbeat.  That would take investigation

4    to find.  I don't know if it's there or

5    not.

6         Q.    That would require a prior art

7    search that was not conducted in this

8    case, correct?

9         A.    That's correct.

10        Q.    And did you consider whether

11   other songs prior to 2008 had "mind" on

12   the downbeat for the word "remind"?

13        A.    You mean in isolation?

14        Q.    Yes, ma'am.

15        A.    No.  I don't search in prior

16   art in that level of dissection.

17        Q.    If they did, if there was prior

18   art that had the word -- had the syllable

19   "mind" on the downbeat, would you agree

20   that that's not unique?

21              MR. SANDERS:  Object to form.

22        A.    I might.  But there are so many

23   other similarities.  I wouldn't isolate

24   the, a half of a word as being the

25   turning point of whether or not two

1                    JUDITH FINELL

2    similarities are important or not.  I

3    mean, there are the others.  But it's

4    possible that some piece of music

5    somewhere places the word "mind" as part

6    of a fuller word "remind" on the

7    downbeat.

8         Q.    In your report on Page 2, one

9    of your conclusions is the lyrics, the

10   phrase "remind me" and "Baby, remind me"

11   are repeated throughout the songs always

12   with varying melodies.

13             Do you see that in your report?

14        A.    Are you in paragraph 6?

15        Q.    Yes, I am.  In paragraph 6 of

16   your report you state "The lyrics 'remind

17   me' and 'Baby, remind me' are repeated

18   throughout the songs always with varying

19   melodies."

20        A.    I don't see the "Baby, remind

21   me" part.  I must be looking at a

22   different part of my report.  In

23   paragraph 6 it just talks about "remind

24   me."

25        Q.    Okay.  Excuse me.  So the

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 204 of 318 PageID #: 1373

1    JUDITH FINELL
2    lyrics you're talking about being
3    repeated throughout the songs always with
4    varying melodies are the words "remind
5    me"?
6        A.    That's right.
7        Q.    Not the words "Baby, remind
8    me"?
9        A.    "Baby, remind me" is part of
10   the relationship, but it's the "remind
11   me" part that I was talking about there.
12       Q.    So you will agree that there
13   are no identical melodies between Connor
14   and Paisley about the words "remind me"?
15       A.    There are identical features
16   between them, but not -- and they do have
17   some, and they have some scale degrees
18   and rhythms in common, but they are not
19   identical in every aspect, no.
20       Q.    My question, Ms. Finell, and I
21   think you understand this, you will
22   agree, there are no identical melodies
23   between Connor and Paisley that include
24   the lyrics "remind me"?
25       A.    That's correct.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 205 of 318 PageID #: 1374

JUDITH FINELL

1

2     Q.    And the only identical lyrical

3  similarities between these two songs are

4  the use of the phrases "remind me" and

5  "Baby, remind me," correct?

6     A.    Well, as I said, there are

7  other words that are also scattered

8  between the songs.  I think kiss.  And I

9  believe neck.  There are some other

10  isolated words.

11          But what makes them sound

12  similar is the shared use of "remind me"

13  and the partner phrase "Baby, remind me."

14     Q.    You're not claiming there is

15  some copying about the use of the word

16  "kiss," are you?

17          MR. SANDERS:  Object to form.

18     A.    No, I'm not.

19     Q.    In your report, at paragraph

20  47, you state that there are differences

21  in melodic material.

22          Can you please tell us what the

23  differences in the melodic material are

24  between Connor and Paisley?

25          MR. SANDERS:  Object to form.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 206 of 318 PageID #: 1375

                    JUDITH FINELL

1

2       A.      My answer is the same as it was

3    for harmony.  Didn't itemize every

4    melodic difference.  But what I was

5    saying is the similarity is what is

6    prevalent over melodic dissimilarities,

7    in my opinion.

8       Q.      So you didn't draw any

9    comparison about harmony, correct?

10              MR. SANDERS:  Object to form.

11      A.      I thought you were asking me

12   about melody.

13      Q.      I am asking that.  You didn't

14   draw any comparison about harmony,

15   correct?

16              MR. SANDERS:  Object to form.

17      A.      I compared it and listened to

18   it, but I didn't choose to focus on it.

19   Nor did I discuss it.

20      Q.      So you didn't focus on

21   differences in melody, correct?

22              MR. SANDERS:  Object to form.

23      A.      No, I did.  I acknowledged that

24   there are differences in the melody

25   throughout my report.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 207 of 318 PageID #: 1376

1          JUDITH FINELL

2     Q.    So tell me the differences in

3  the melody between Connor and Paisley,

4  please.

5          MR. SANDERS:  Object to the

6     form.

7     A.    I would have to go through

8  every single iteration to do that.

9          Do you want me to?

10    Q.    Mr. Finell, in your report, you

11  don't tell us what differences there are.

12          I am asking you if you can tell

13  us what differences you identified

14  between Connor and Paisley?

15          MR. SANDERS:  Object to the

16     form.

17    A.    The main point in my report is

18  that in both Paisley and Connor, they do

19  not use one singular melody every time

20  they use the hook "remind me."  In fact,

21  what makes it coherent is the hook itself

22  because the melody doesn't recur.

23          In Paisley, out of the 19

24  iterations, there are 16 versions of the

25  hook melody sung to "remind me."

1          JUDITH FINELL

2               In Connor, out of nine, there

3     are five versions of the melody.  They

4     vary.

5               And actually, Paisley is much

6     closer to itself in its variations,

7     because it has certain characteristics

8     that recur in every single iteration.

9               And those similarities do

10    reflect in Connor's song, too.

11              But as I say, they each are

12    unusual in that characteristic, that they

13    don't have one melody that returns every

14    time the hook lyrics return.

15        Q.    In your Exhibit A to your

16    report, Page 27, you have iterations of

17    "Remind Me."

18              Is it correct that the melody

19    set to "Remind Me" is the same in a1 and

20    a4?

21        A.    Yes.

22        Q.    Is it correct that the melody

23    is the same, not varied in a2 and a5?

24        A.    That's correct.

25        Q.    And is it correct that the

1    JUDITH FINELL

2    melody set to "Remind Me" is the same and

3    not varied in a3, a6 and a9?

4        A.    Wait.  a3, a6?

5        Q.    And a9.

6        A.    a6 is a little bit different

7    rhythmically, so it is varied.

8            And a9 is the same rhythmically

9    as a6, but not the same rhythmically as

10   a3.

11       Q.    I understand you're talking

12   about rhythmically.

13           Look at the words "remind me."

14   Isn't the melody set for "remind me" the

15   same for a3, a6 and a9?

16       A.    Not the whole melody, but just

17   the part that has the words "remind me,"

18   not "baby"; is that what you're saying?

19       Q.    Yes, ma'am.

20       A.    The ending rhythm in a3 is a

21   tied -- is -- for "Remind Me" is an 8th

22   followed by two 8ths, followed by a half

23   note tied to an 8th note, that's a3.

24           a6 is, for "Remind Me" is an

25   8th, two 8ths and a dotted half note.

JUDITH FINELL

1

2          A -- what was the other one you
3   asked me about?
4      Q.      a9.
5      A.      a9 is the same rhythm as a6.
6      Q.      That contradicts the "always"
7   in paragraph 6 of your report, doesn't
8   it?
9              MR. SANDERS:   Object to form.
10     A.      What paragraph, please?
11     Q.      Doesn't the answer that you
12  just gave me contradict the word "always"
13  that you used in paragraph 6 of your
14  report?
15     A.      That's taken -- no, I mean they
16  continue to change the melody.  It's not
17  the same over and over again, as it is in
18  most hooks in most popular songs.  That's
19  what I meant.  That's different than most
20  popular songs.
21     Q.      Tell me what you mean when you
22  say it's "different than most popular
23  songs"?
24     A.      Most popular songs contain a
25  hook, a hook that's an identifying

1       JUDITH FINELL

2  feature.  If it's a vocal work, then it's

3  usually certain lyrics that repeat.  And

4  when those lyrics repeat, the melody that

5  goes with those lyrics also repeat.  It

6  becomes a signature of the song.  If you

7  will, kind of a musical logo of the song.

8           In this song, the melody that

9  supports the lyrics "remind me" continues

10 to change throughout the song, and it

11 does it in both songs like that.

12          There are similarities, as I

13 pointed out, within the song itself.

14 Sometimes it recurs again.  But it's

15 never ongoing.  It's never constantly the

16 same.  And that's unusual.

17     Q.    In paragraph 6, you write

18 "Always with varying melodies."  Correct?

19     A.    Yes, they always vary.

20     Q.    But that's not the case in six

21 out of nine iterations of "remind me" in

22 Connor, correct?

23          MR. SANDERS:  Object to form.

24     A.    No.  There are five different

25 melodies out of nine in Connor.  Not six.

1        JUDITH FINELL
2        But, yes, there are some that
3  recur, but they don't recur
4  consecutively.  They alternate.
5        There is a kind of rotation in
6  Connor where it's melody A, then melody
7  B, then melody C.
8        And then the second chorus
9  comes back, and yes, that's a repeat of
10  the first chorus.  So, it's A, B, C
11  again.
12        The third chorus comes back,
13  it's a little varied.  That's why the
14  rhythms are different.
15        What I am saying is in Connor,
16  there is a rotation of differing melodies
17  for the same words.  That's unusual.
18     Q.     And is it that rotation of
19  iterations in Paisley?
20     A.     Paisley is really grouped in
21  pairs rather than threes.  So Paisley --
22  but the way in which the melodies are
23  constructed is really similar.  And
24  that's one of the first similarities that
25  I noticed beyond the words.

1           JUDITH FINELL
2           So in Paisley, the first time
3    "remind me" comes in, there is a leap
4    involved of a distance of what you call a
5    5th interval, from a C to a G for "remind
6    me."
7           The second time "remind me"
8    comes back and immediately in a
9    consecutive phrase.  And instead of 1 to
10   5, it's 1 to 6 -- I am sorry, 2 to 6.
11          Let me look at it.  It starts 1
12   to 5 for "remind me."  And then it's 1 to
13   6.  It goes up.  It becomes the highest
14   pitch of the phrase for Paisley each
15   time.
16          And it's the same in Connor's.
17   The "mind" is the highest pitch of the
18   phrase for the word "remind" in Connor
19   also.
20          And both times, Connor, the
21   second iteration, goes up a step, just
22   like it does in Paisley.  And that's
23   something I noticed.  And then they both
24   go down the same interval often, which is
25   the minor third and sometimes a perfect

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 214 of 318 PageID #: 1383

1          JUDITH FINELL
2   fourth.  It's called the same contour.
3       Q.    So to use your word, the
4   contour.
5            What's the musicological
6   definition of contour?
7       A.    The shape of a melody.  Does it
8   go up, does it go down or does it stay
9   static.
10      Q.    So for the phrase "remind me,"
11  in Connor, it goes up and then down,
12  right?
13      A.    It's not the up and then down.
14  It's the up, and then the next phrase
15  going up an extra step.  They both do
16  that exactly the same way on the same
17  word.
18      Q.    Ms. Finell, for the Connor
19  song, when she sings "remind me" or has
20  written the song "Remind Me," she goes up
21  and then down for "remind me," correct?
22      A.    Well, yes, but I am talking
23  about the "remind" part.
24      Q.    And for Paisley, for the
25  composition around the words "remind me,"

JUDITH FINELL

1
2    there's up and then down, correct?
3        A.    Yes.
4        Q.    Now, just in normal vocal
5    inflection, doesn't a human voice
6    naturally go up on the word "remind me"?
7              MR. SANDERS:  Object to form.
8        A.    I would say that that doesn't
9    always translate into music, because in
10   the other music that you may find, using
11   the word "remind," there would be plenty
12   of examples where it's not elevated,
13   where it's descending, or it's static and
14   there is no leap at all.
15             What's interesting is that they
16   highlight that "mind" by raising it
17   exactly the same amount the second time
18   from the first, in both songs.  It's a
19   whole step.
20       Q.    In the -- the question I asked
21   before was, as you described the rotation
22   of iterations of "remind me" in Connor,
23   that's not the same rotation of
24   iterations of" remind me" in Paisley, is
25   it?

1          JUDITH FINELL
2              MR. SANDERS:  Object to form.
3     A.     Connor's grouped in threes in
4  each chorus.  There is the part -- there
5  is the phrase sets, which are the two
6  remind mees.  And each of them have that
7  same characteristic that I am mentioning
8  in Paisley of the second "remind me"
9  being one step higher than the first one
10  for the syllable "mind."  And then the
11  third within the same chorus is the
12  closing phrase.  And that's the phrase,
13  that's the partner phrase "Baby, remind
14  me."
15              And that's how Connor is
16  organized for three choruses.
17     Q.     And you agree that there is no
18  partner phrase in the first chorus of
19  Paisley?
20     A.     No.  It starts in the second
21  chorus.
22     Q.     So you say that Connor is
23  grouped in threes.  And Paisley is
24  grouped in twos; is that correct?
25     A.     It's not that they're only two

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 217 of 318 PageID #: 1386

1          JUDITH FINELL
2    in the chorus.  There are many more than
3    two in the chorus.  But the group is that
4    the first, in the key of C, since I've
5    transposed them all into the key of C, in
6    the key of C "remind me" in Paisley is C
7    to G for "remind."  The next phrase
8    "remind" is C to A, that's one step above
9    the first one.  It's higher.  And in each
10   case, that's the highest pitch of the
11   "remind me" phrase, that's exactly what
12   they do in Connor.  "Mind" is always the
13   highest note of the phrase.
14       Q.    Sure.
15       A.    And the second phrase that
16   echos the first also goes up one whole
17   step the same way.
18       Q.    To just touch on what you said
19   a second ago, Connor is organized in
20   groups of three, right?
21       A.    That's structural, yes.  But I
22   am looking at the way the melody is
23   constructed, not the structure of the
24   songs.
25       Q.    And Paisley is organized in

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 218 of 318 PageID #: 1387

JUDITH FINELL

1
2  groups of twos, correct?
3     A.    In pairs, yes.   Sets, yes.
4  They both have sets.
5     Q.    So we've got Connor organizing
6  in groups of threes.   Paisley organizing
7  in pairs.
8     A.    No.   I -- I am sorry, I
9  shouldn't interrupt you.
10    Q.    Is that a difference between
11 the two songs?
12    A.    I think you're conflating two
13 elements here.   They both have phrase
14 sets, which are pairs.   And they also
15 have a partner phrase.   I show it in my
16 chart in my report, which I can show you,
17 if you would like.
18         What I am saying is that in
19 every chorus of Connor she has three
20 iterations.   The first two are the phrase
21 set.   And the third one is the partner
22 phrase with "Baby."
23         In Connor, it's organized in
24 phrase sets, too.   But there isn't a
25 partner phrase until the second chorus.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 219 of 318 PageID #: 1388

1           JUDITH FINELL

2      Q.    And that's a difference between

3  the two songs, correct?

4      A.    It's a difference in the number

5  of iterations.  It's not a difference

6  within the iterations.

7      Q.    And your transcriptions of

8  Remind Me, there are different scale

9  differences in Connor and Paisley, aren't

10  there?

11      A.    Yes.  I said that their

12  melodies are not identical.

13      Q.    You've talked about nine

14  different iterations of the words "remind

15  me" in Connor.

16           How many different phrases

17  incorporating the words "remind me" are

18  there in Connor?

19      A.    There are nine.

20      Q.    Okay.  I am asking about

21  different phrases.

22      A.    I am sorry, I don't understand.

23      Q.    I am asking you how many

24  different phrases incorporating the words

25  "remind me" are in Connor.  You've got

1          JUDITH FINELL
2    two "remind me," the affinitive, you've
3    already identified, correct?
4          A.    Yes.
5          Q.    And that's in lines 1 and 2 of
6    her chorus, correct --
7          A.    Okay.  Yes.
8          Q.    -- right?  You've got, at the
9    end of her song -- at the end of her
10   choruses 1 and 2, and then at the very
11   ending, she uses the phrase "Baby, remind
12   me."  Correct?
13         A.    At the end of each chorus, yes.
14         Q.    Yes, ma'am.
15         A.    Mm-hmm.
16         Q.    And then --
17         A.    And she does sometimes just use
18   "remind me," as you can see in the final
19   chorus.
20         Q.    Yes.  One time in her song she
21   uses the phrase "remind me" standing by
22   itself, correct?
23         A.    I haven't analyzed that, but I
24   just saw that.  I didn't analyze the two,
25   as you can see in my iteration index

1          JUDITH FINELL

2  here.  So it would take me some time to

3  go through the lyrics.

4      Q.     It's a short song.  I just want

5  to know how many different phrases she

6  uses.  She uses the phrase "remind me" by

7  itself one time in her song in the last

8  chorus, correct?

9          MR. SANDERS:  Object to form.

10     A.     Within the Exhibit number 5

11  that you gave me.  But I haven't compared

12  this to the recording.

13     Q.     If you're having trouble with

14  Exhibit 5, then look at the lyrics that

15  you've got in your notebook that you

16  studied.

17     A.     Thank you.  This differs from

18  what you gave me here.  There are

19  differences in the lyrics that you gave

20  me in Exhibit 5 and the lyrics that I

21  received from the Connor law firm.

22     Q.     The reason I think, Ms. Finell,

23  is because what you have in Exhibit 5 is

24  actually what's on the copyright deposit

25  copy.  And I guess Ms. Connor's version

1        JUDITH FINELL

2    that she gave you doesn't go word for

3    word?

4        A.    It isn't word for word.

5        Q.    Look at the chorus, please.

6        A.    Okay, I looked at chorus 1.

7    Should I continue just for choruses or

8    verses also?

9        Q.    Just look at the choruses.

10        A.    The "remind me" phrase alone

11    without the word "to" in front of it on

12    Exhibit 5 doesn't appear on the sheet, on

13    the lyrics sheet that I received.

14            There are other -- I think

15    there are differences in the verses, too,

16    but I didn't complete that.

17        Q.    I am on the choruses.  So if we

18    will, just to count the number of

19    different phrases that Ms. Connor uses in

20    her song that include the words "remind

21    me," she uses the phrase "to remind me"

22    four times, correct?

23            MR. SANDERS:  Object to form.

24        A.    Now I have to count, because I

25    haven't really analyzed that.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 223 of 318 PageID #: 1392

1          JUDITH FINELL

2      Q.    I know you haven't analyzed it.

3  But do me a favor and look at choruses 1

4  and 2, and confirm that she's used the

5  phrase "to remind me" four different

6  times.

7          MR. SANDERS:   Object to form.

8      A.    In choruses 1 and 2 on the

9  lyric sheet that I received, as opposed

10  to Exhibit 5, I see it twice.   Chorus 1

11  and probably on the repeat.   But it's not

12  written out the second time.   It just

13  says chorus.   And then it says nothing.

14      Q.    Okay.   In her song, how many

15  times did she use the phrase "Baby,

16  remind me"?

17      A.    On the lyric sheet that I

18  received?   Is that what you mean?

19      Q.    On what Ms. Connor has

20  represented to you are the lyrics of her

21  song, sure, take a look at that.

22      A.    Well, I see it for the only

23  full writing out of the chorus, which is

24  one full writing out, but it's meant to

25  represent three, three choruses all the

JUDITH FINELL

1
2  way through.  "Baby, remind me" is the
3  sixth phrase of that chorus.
4      Q.     So "Baby, remind me" is at the
5  end of chorus 1, at the end of chorus 2
6  and appears twice in the final chorus,
7  correct?
8              MR. SANDERS:  Object to form.
9      A.     Well, it's not -- that final
10  chorus is not notated at all on my lyric
11  sheet.
12      Q.     So you don't know?
13      A.     I think in listening, I recall
14  that, but I would want to verify it.
15      Q.     In the Paisley song, how many
16  different phrases incorporating the words
17  "remind me" are there?
18              MR. SANDERS:  Object to form.
19      A.     Okay.  May I use the Paisley
20  lyrics that I received or am I supposed
21  to use Exhibit 5, because they differ?
22              MR. WARNOCK:  Let's do it both
23      ways.
24              MR. HARVEY:  Yeah.
25      Q.     Look at them both.  Exhibit 5

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 225 of 318 PageID #: 1394

1               JUDITH FINELL

2    includes a word for word -- a side by

3    side with the actual recording.  I don't

4    know what you've been provided by

5    Plaintiff's counsel that is part of your

6    notebook that we need to get a copy of.

7               But take a look at both, and

8    tell me, if you can, how many different

9    phrases incorporating the words "remind

10   me" there are in Paisley?

11              MR. SANDERS:  Object to form.

12       A.    It should be 19.  But I'll

13   count it.  I only count 18 here, but I

14   found 19 in the recording.  But I don't

15   know if that's because it's part of the

16   fade-out or if I missed one in Exhibit 5.

17   But I counted 18 right now.

18       Q.    Did you write out the lyrics of

19   either song?

20       A.    No.  I compared the lyrics of

21   the song to make sure they were accurate.

22   But I used the sheet music for itself for

23   reference of Paisley.

24       Q.    Wouldn't that be a best

25   practice as a musicologist to write out

1    JUDITH FINELL
2    the lyrics yourself so you know that
3    you're looking at something that's
4    accurate?
5            MR. SANDERS:  Object to form.
6       A.    I did write out the lyrics that
7    seemed pertinent.
8       Q.    In performing a musicological
9    analysis, why aren't all of the lyrics
10   important?
11      A.    Because my focus was on the
12   relationship between the two songs.  They
13   are important in an individual song, of
14   course, because it impacts the rhythms
15   and many other things.  But in comparing
16   two musical works for relationship
17   between them, I focus on what's related
18   between them, not what is not.
19      Q.    So you're focused on
20   similarities, not differences?
21           MR. SANDERS:  Object to form.
22      A.    It's assessing the
23   similarities.  If there are similarities
24   that seem significant, then that's where
25   my analysis goes.  If they seem

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 227 of 318 PageID #: 1396

JUDITH FINELL

1

2  insignificant or generic, then I dismiss

3  them.

4      Q.    If there are differences that

5  are significant, do you put those in your

6  report?

7              MR. SANDERS:  Object to form.

8      A.    Definitely, if there are

9  differences within the similar features,

10 I do point them out, how they distinguish

11 from one another.

12     Q.    How many times does Connor use

13 the phrase "Oh, baby, remind me"?

14              MR. SANDERS:  Object to the

15     form.

16     A.    I think it's four.  I will have

17 to count.

18     Q.    How many times does Connor use

19 the phrase "Oh, baby, remind me"?

20     A.    I am sorry, I didn't hear the

21 "Oh."  I just thought it was "Baby,

22 remind me."  I will have to look.

23     Q.    Please look, and make sure the

24 answer is your own.

25              And while you're looking --

1              JUDITH FINELL
2          MR. SANDERS:  Object to form.
3          MR. HARVEY:  Excuse me, I am
4      trying to make this quick,
5      Mr. Sanders.
6          MR. SANDERS:  I want to get it
7      on the record.
8      Q.    While you're looking, I want
9  you to look for the following phrases,
10  and you can confirm that none of these
11  phrases appear in Connor:  "Oh, baby,
12  remind me"; "Oh, baby, remind me, yeah";
13  "Yeah, remind me"; "Baby, remind me,
14  yeah."
15          MR. SANDERS:  Object to form.
16      A.    Well, it contains "Baby, remind
17  me."  It doesn't have the "Oh" and the
18  "yeah."  I see nothing like that in -- at
19  least not in the lyrics sheet of Connor.
20      Q.    So Connor includes --
21      A.    But I should just say I am not
22  positive that it's not there in the
23  performance, but it doesn't appear to be
24  there.
25      Q.    Take a look at Exhibit 5, and

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 229 of 318 PageID #: 1398

1        JUDITH FINELL
2  if you want to, I want you to go ahead
3  and confirm for us that none of those
4  four phrases that I just read to you
5  appear in Connor.
6       A.    Can you read them again,
7  please.
8       Q.    "Oh, baby, remind me"; "Oh,
9  baby, remind me, yeah"; "Yeah, remind
10 me"; "Baby, remind me, yeah."
11            MR. SANDERS:   Object to form.
12      A.    You're saying that the preface
13 to "Baby, remind me" is what you're
14 asking about, and the subsequent word
15 after "Baby, remind me?"
16      Q.    I'm asking about those four
17 distinct phrases that I just read to you;
18 I want you to confirm that none of those
19 phrases appear in Connor?
20      A.    The key words occur "Baby,
21 remind me," but no, they don't have the
22 exclamation "Oh," or I think it was
23 "Yeah."  No, they don't have that.
24      Q.    Connor's singing of "remind me"
25 seven times is separated by other melodic

Veritext Legal Solutions
212-267-6868        www.veritext.com        516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 230 of 318 PageID #: 1399

1          JUDITH FINELL

2    and lyrical expressions, correct?

3         A.    I don't understand your

4    question.

5         Q.    If you look at the choruses in

6    Connor, her singing of "remind me" seven

7    times is separated by other melodic and

8    lyrical expressions, correct?

9         A.    It's always in two consecutive

10   phrases.

11        Q.    Ms. Finell, confirm for me,

12   please, that only once in Connor is the

13   phrase "remind me," "Baby, remind me"

14   sung without separation?

15        A.    Separation from what?

16             MR. SANDERS:  Each other?

17        Q.    From that phrase.

18             Confirm for me the phrase

19   "Remind me, baby, remind me" appears once

20   in Connor?

21             MR. SANDERS:  Object to form.

22        A.    I really don't understand your

23   question.  Can you rephrase it, perhaps?

24        Q.    How many times in Connor do the

25   words "Remind me, baby, remind me" occur

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 231 of 318 PageID #: 1400

1                    JUDITH FINELL
2     in that exact order?
3          A.    Are you saying does "Baby,
4     remind me" immediately follow "Remind
5     me"?
6          Q.    Those five words in order, how
7     many times in Connor do the words "Remind
8     me, baby, remind me" appear in that
9     order?
10         A.    Well, on Exhibit 5, I see it --
11    well, it's "Remind me, baby, remind me"
12    on the second page, which is the closing
13    chorus.
14         Q.    So once?
15         A.    I'm not done.
16         Q.    And that's the only time in
17    Connor where those five words appear in
18    sequence, correct?
19         A.    I am still looking.
20               (Witness reviews document.)
21         A.    Yes.
22         Q.    So in every other iteration in
23    Connor, the words "Baby, remind me" are
24    always separated from the words "to
25    remind me," correct?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 232 of 318 PageID #: 1401

1          JUDITH FINELL

2      A.      Yes, they are always at the end

3  of the chorus.  The sixth phrase.

4      Q.      And each time, except for that

5  one time that you just cited, "Remind me,

6  baby, remind me," being five words in

7  order, there is never an instance in

8  Connor where "remind me" is followed by

9  the words "remind me."  It's always

10  separated by other words, correct?

11      A.      Except for the one time in the

12  final chorus, that's correct.

13      Q.      In Paisley, in the chorus, the

14  first chorus, "Remind me, remind me"

15  appears twice.  Do you see that?  Without

16  separation between those phrases.

17      A.      In the lyrics, I think there is

18  some musical separation between them.  I

19  would have to listen to the recording.  I

20  think there is actually -- there are some

21  beats in between them.

22      Q.      Lyrically.

23      A.      But on the page, on the page,

24  yes, you're right.

25      Q.      And that phrase "Remind me,

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 233 of 318 PageID #: 1402

1                    JUDITH FINELL

2    remind me" never appears in Connor, does

3    it?

4        A.     You mean the words?

5              MR. SANDERS:  Object to form.

6        Q.     The four words, Ms. Finell,

7    "Remind me, remind me" never appears in

8    Connor, correct?

9              MR. SANDERS:  Object to form.

10       A.     That's two words.  Are you

11   talking about the repeat of it?  "Remind

12   me, remind me" as four words?

13       Q.     I am not sure how this is hard.

14   Four words.  "Remind me, remind me,"

15   those four words never appear in that

16   order in Connor, do they?

17             MR. SANDERS:  Object to form.

18       A.     Well, "Remind me" occurs.  Not

19   "Remind me" repeatedly immediately

20   separate in the final chorus in Connor.

21       Q.     Ms. Finell, please answer my

22   question, and we will get done quicker, I

23   assure you.

24             Nowhere in Connor do the four

25   words "Remind me, remind me" appear in

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 234 of 318 PageID #: 1403

1                    JUDITH FINELL
2    that order as they do in Paisley?
3              MR. SANDERS:  Object to form.
4         A.    No, they don't.
5         Q.    And did you ever make a count
6    of how many times that occurs in Paisley,
7    where you have those four words "Remind
8    me, remind me" in order?
9              MR. SANDERS:  Object to form.
10        A.    They were distinct phrases.
11   Each of them was a separate phrase, so I
12   analyzed them as phrases, as iterations,
13   yes.  That's what my whole index is
14   about.
15        Q.    Ms. Finell, going up by a
16   third, in and of itself, is nothing
17   unique, right?
18             MR. SANDERS:  Object to form.
19        A.    I don't understand your
20   question.
21        Q.    I am talking about your
22   contour, where you're talking about going
23   up and then down on the words "remind
24   me"; "mind" goes up and "me" goes down,
25   right?

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 235 of 318 PageID #: 1404

```
1                    JUDITH FINELL
2              MR. SANDERS:  Object to form.
3      A.    What's your question?
4      Q.    Is there anything unique about
5  going up a third by itself from a "re,"
6  "mind"?
7              MR. SANDERS:  Object to form.
8      A.    It's not a third.  It's a
9  fifth.
10     Q.    Is it ever a fifth in Connor?
11             MR. SANDERS:  Object to form.
12     A.    One moment, I will have to
13 check.  Are you talking about with the
14 words "remind me" only?
15     Q.    Yes, ma'am.  Those are the only
16 words you've been focused on all day.  So
17 let's focus on those words right now.
18     A.    No.
19     Q.    It does not?
20             MR. SANDERS:  Object to the
21     form.
22     Q.    Using your Exhibit C, how many
23 times does "remind me" go up by a fifth?
24 And that's in the Paisley song.
25     A.    Do you mean the entire "remind
```

1          JUDITH FINELL

2    me" or do you mean just the word

3    "remind," because that's what goes up by

4    a fifth?

5          Q.    "Remind."

6          A.    Thank you.  Nine.

7          Q.    And it never goes up by a

8    fifth, the word "remind me" never goes up

9    by a fifth in Connor?

10         A.    Which word, "remind" or "me"?

11         Q.    "Remind."

12         A.    Thank you.  No, it doesn't.

13         Q.    It does not.

14               And six times in Paisley,

15    that's the difference between the two

16    songs, correct?

17               MR. SANDERS:  Object to the

18         form.

19         A.    I don't think I said six.

20         Q.    You're right.  You said nine.

21               For the nine times it goes up

22    by a fifth in Paisley and none in Connor,

23    that's a difference between the two

24    songs, correct?

25               MR. SANDERS:  Object to form.

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 237 of 318 PageID #: 1406

1                    JUDITH FINELL

2      A.      Yes.

3      Q.      And in Connor, on "mind," she's

4  going up by a third to the second

5  syllable, right?

6              MR. SANDERS:   Object to form.

7      Q.      Excuse me, my mistake.   She's

8  dropping by a third from "mind" to "me,"

9  correct?

10     A.      What do you mean by "She's"?

11     Q.      Ms. Connor.

12     A.      Oh, Ms. Connor's song?

13     Q.      The only female songwriter in

14  this lawsuit.

15     A.      We're talking about from "mind"

16  to "me."   I lost you in terms of which

17  syllables you're talking about.

18     Q.      From "mind" to "me."

19     A.      Thank you.

20     Q.      She goes down by a third how

21  many times?

22     A.      One -- I am counting it out

23  loud.   Two times in minor third.

24     Q.      And that's out of nine times?

25     A.      Yes.

JUDITH FINELL

2  Q.     And that's another difference
3  between Connor and Paisley?
4         MR. SANDERS:  Object to form.
5  A.     No.  Paisley goes down by a
6  minor third also.
7  Q.     And is that what you described
8  as the, having a descending leap of a
9  minor third?
10  A.     Yes.
11  Q.     And in the universe of melodies
12  in western music that have been written,
13  how many times do you think a melody has
14  included a descending leap of a minor
15  third?
16         MR. SANDERS:  Object to form.
17  A.     I don't know.
18  Q.     There is nothing unique about
19  it, is there?
20         MR. SANDERS:  Object to form.
21  A.     You're talking about only four
22  or five notes.  And that's the similarity
23  that I thought was significant, because
24  there are so few notes here.  It's not a
25  gigantic number of notes or leaps.  So

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 239 of 318 PageID #: 1408

1         JUDITH FINELL
2 within that small number of notes with
3 the same identical lyrics and all, that's
4 noticeable.
5         Q.    What other songs --
6         A.    And in Paisley, it's done most
7 of the time.  It doesn't have to imitate
8 every aspect of Connor to be similar.
9 That's one aspect that it did imitate
10 from "mind" to "me," minor third.
11         Q.    In the songs that are titled
12 "Remind Me" or have the words "remind me"
13 in their lyrics, in the universe of
14 melodies in western music, how many times
15 do you think a melody had a descending
16 leap of a minor third?
17             MR. SANDERS:  Object to form.
18         A.    I have no way to answer that
19 question.
20         Q.    And prior art would be required
21 to come up with an answer to that
22 question, correct?
23             MR. SANDERS:  Object to form.
24         A.    You mean where it went from the
25 second syllable of "remind" to "me" in

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 240 of 318 PageID #: 1409

                    JUDITH FINELL
the same exact interval of a minor third?

Q.    Yes, ma'am.

A.    Yes, it would require research.

Q.    And you have no idea if it
existed out there in the prior art, do
you?

A.    I would be surprised if it
would be easy to find, especially what
the other similarities --

Q.    You don't know because you
never looked, right, Ms. Finell?

        MR. SANDERS:  Object to form.

A.    I felt it would not have been
useful to look because of all the
combined similarities that they share.

Q.    Of the hundreds of songs titled
"Remind Me" registered with the United
States Copyright Office, you never looked
at a single other song except for
Paisley, did you?

        MR. SANDERS:  Object to form.

A.    No.  But I would be surprised
if they contained this many of between
seven or nine similarities that come

JUDITH FINELL

1
2  together in the same way that these two
3  correlate with each other.  I would be
4  surprised if any of them have all of
5  those similarities together.
6       Q.    You would be surprised?  Okay.
7            MR. SANDERS:  Object to form.
8       Q.    Is there anything musicological
9  distinctive about going up and then down
10  on the words "remind me"?
11           MR. SANDERS:  Object to form.
12      A.    I don't know how to answer your
13  question.
14      Q.    Is there anything
15  musicologically significant about there
16  being a musical contour of going up and
17  then down on two words consisting of
18  three syllables?
19           MR. SANDERS:  Object to form.
20      A.    It's one of the possibilities,
21  but the other possibility that the
22  songwriter could have done is to go down
23  and then up, or not go up or down, but to
24  stay on the same note.  They didn't have
25  to -- they did not have to copy the, or

1          JUDITH FINELL
2   imitate the contour of the Connor song to
3   write their song.  They had many options
4   available to them.
5       Q.    Aren't there only three
6   possible musical contours, going up and
7   then down, repeating the same note or
8   going down and then up?
9       A.    Yes.
10      Q.    And there is nothing
11  musicologically distinctive about any of
12  those three, is there?
13            MR. SANDERS:  Object to the
14      form.
15      A.    It depends on the notes, the
16  rhythms, the harmonies.  I would say that
17  some of the melodies that went down and
18  up by Beethoven or Mozart are pretty
19  distinctive, musicologically distinctive
20  and significant.  And some of them went
21  down, some of them went up, some of them
22  stayed static.
23      Q.    So let's stick with Connor and
24  Paisley and not Mozart right now.
25            But the scale degrees and

Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 243 of 318  PageID #: 1412

Page 244

JUDITH FINELL

1

2  rhythms of "Remind me" in Connor and

3  Paisley are different, aren't they?

4      A.    Some are different and some are

5  the same, but they aren't overall the

6  same.

7      Q.    Can you point to any example,

8  between the two songs that are identical

9  in melodic rhythm and scale degrees?

10     A.    It will take me a minute to do

11 that.  Scale degrees I can do that

12 immediately, but it will take me time

13 with the rhythm.

14     Q.    So the answer on scale degrees

15 is there is nothing identical between the

16 two songs in the composition of Remind

17 Me?

18     A.    Just one moment, please.

19     Q.    And my question is, so you

20 understand it while you look, it's in the

21 complete iteration.

22     A.    Oh, that's a different

23 question, entirely.

24           Could you repeat the question,

25 then?

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 244 of 318 PageID #: 1413

JUDITH FINELL

1

2    Q.    We'll come back to that in a

3    second.

4         In the universe of melodies in

5    western music, Ms. Finell, how many times

6    do you think that a title has been

7    repeated in a chorus?

8    A.    I don't understand your

9    question.  A title lyric?  What do you

10   mean?

11   Q.    Do you know of any songs that

12   have notes as the title, Ms. Finell?

13        MR. SANDERS:  Object to form.

14   A.    I don't understand the

15   question.

16   Q.    Can we agree that the title of

17   a song consists of words?

18   A.    Yes.

19   Q.    So in the universe of melodies

20   in western music over the last 100 years,

21   so limit it to the last 100 years, how

22   many times do you think a title is

23   repeated in a chorus?

24   A.    You mean the title lyrics

25   repeated in a chorus?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 245 of 318 PageID #: 1414

1          JUDITH FINELL

2      Q.    Let's try it this way,

3  Ms. Finell, because you have been a pro

4  at this since the early 1970s, and I

5  understand what you're doing.

6            So let me put it this way:  In

7  Connor, the title of the song is "Remind

8  Me," correct?

9      A.    Yes.

10      Q.    Consists of words?

11      A.    Mm-hmm.

12      Q.    Paisley, the title is "Remind

13  Me," consists of words, correct?

14      A.    Yes.

15      Q.    In both songs the title is

16  repeated in the chorus, correct?

17      A.    The title is, yeah.  But it's

18  not just the title.  It's set to music.

19  And it's not set to music in the title.

20      Q.    And you use the example of

21  "Girls Just Want to Have Fun" as a

22  repeated title in a chorus, correct?

23      A.    No.  I called it a hook because

24  it has musical characteristics and

25  expression in the song.  The title is

1          JUDITH FINELL
2     just words with no music.
3          Q.     Okay.  So let's focus on words
4     with no music.
5               In the universe of melodies,
6     western music in the last 100 years, how
7     many times do you think a title gets
8     repeated in a chorus?
9          A.     There is no --
10               MR. SANDERS:  Object to form.
11          A.     There is no universal rule or
12     consistency, but it does get repeated in
13     a lot of popular songs with their
14     choruses.
15          Q.     Is it commonplace, Ms. Finell,
16     for a title to be repeated in a chorus?
17          A.     The title lyrics to be repeated
18     in the chorus and set to music, yes.
19          Q.     Is it commonplace for a title
20     to be repeated in a chorus in country
21     music?
22          A.     It's not the title.  It's the
23     way it's set to music.  It's the melody
24     that goes with it.  That's different from
25     just saying the title.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 247 of 318 PageID #: 1416

1                    JUDITH FINELL

2        Q.     Ms. Finell, please answer my

3    question.

4               Is it commonplace in country

5    music for a title to be repeated in the

6    chorus?

7        A.     The title lyrics set to music,

8    yes.

9        Q.     And what about just in songs

10   that Brad Paisley wrote prior to 2008, do

11   you have any idea if he repeated the

12   title lyrics in chorus?

13       A.     I do not know.

14       Q.     Is that what you would call

15   prior art?

16       A.     Just repeating, just the

17   concept of repeating, no.  It's how it's

18   set to music and it's used that's

19   important.  Not just that construct.

20       Q.     Is there anything distinctive

21   musicologically about repeating the lyric

22   title in a chorus?

23               MR. SANDERS:  Object to form.

24       A.     It's not the repeating of it.

25   It's how it's used in a chorus that makes

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 248 of 318 PageID #: 1417

1          JUDITH FINELL

2  it distinctive musicologically.  It's the

3  rhythms that are applied to it.  It's the

4  various ways that it scored.  It's the

5  phrasing that's used with it.

6          There is a lot more to it than

7  just using the title lyrics.  It's how

8  they're used and how they are expressed

9  that sets them apart from one another.

10     Q.     I understand your point.

11          I am going to go back to the

12  question I was trying to ask you before.

13          And I'll state it very

14  carefully and ask you to listen to my

15  question:  Is there any iteration of the

16  phrase "remind me" or the phrase "Baby,

17  remind me" melody in Connor that is

18  identical to any iteration of the "remind

19  me" or "Baby, remind me" melodies in

20  Paisley?

21     A.     No.

22     Q.     Is there any iteration of

23  "remind me" or "Baby, remind me" scale

24  degrees in Connor that is identical to

25  those two phrases in Paisley?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 249 of 318 PageID #: 1418

1                    JUDITH FINELL

2        A.      Yes, there are a series of

3    scale degrees in both, especially in the

4    melisma sections that are identical

5    between the two.

6        Q.      The entire phrase?

7        A.      No, but there are consecutive

8    identical scale degrees.

9        Q.      So in fairness, when I asked

10   you the question is there any iteration

11   of the "remind me" or "Baby, remind me"

12   scale degrees, the entire phrase in

13   Connor, that is identical to the

14   iteration of those phrases in Paisley,

15   the answer is no?

16       A.      Right.  You didn't ask it that

17   way the first time.

18       Q.      Is there any iteration of the

19   "remind me" or "Baby, remind me" rhythmic

20   duration in Connor that is identical to

21   any iteration of those phrases in

22   Paisley?

23            THE WITNESS:  Could you please

24       read that back.

25            (The reporter read back as

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 250 of 318 PageID #: 1419

1          JUDITH FINELL

2     follows:

3          "QUESTION:   Is there any

4     iteration of the "remind me" or "Baby,

5     remind me" rhythmic duration in Connor

6     that is identical to any iteration of

7     those phrases in Paisley?")

8     A.    I don't understand the

9 question.  You mean the entire phrase or

10 do you mean are there any individual

11 rhythms?

12    Q.    The entire phrase "remind me"

13 and the entire phrase "Baby, remind me"?

14    A.    Rhythmically?  I don't believe

15 so.

16          MR. HARVEY:  Let's take a short

17    break.

18          (Off the record.)

19    Q.    Ms. Finell, back after the

20 break.  We had talked a little bit about

21 melisma.  Your report in paragraph 45

22 refers to the term double melismas, and

23 so on, recurring constantly throughout

24 these songs.

25    A.    Yes.

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 251 of 318 PageID #: 1420

1                  JUDITH FINELL
2        Q.        Would you please look at your
3   transcriptions of "Remind Me" in Exhibit
4   A, and can you tell me if there are any
5   double melismas in the Connor deposit
6   copy?
7        A.        No, there are not.
8        Q.        And in your report, you
9   understand that the demo version of the
10  Connor song is out of this case, correct?
11       A.        Yes.  But I didn't have that
12  information when I wrote the report.
13       Q.        I understand.  I am not casting
14  blame.  I just want to make sure.
15            So of your report, Pages 14,
16  beginning with the caption Comparison 2,
17  running through the mid-part of Page 24,
18  is all about comparing Paisley with the
19  Connor demo copy, correct?
20       A.        That's right.
21       Q.        So we can just tear that out
22  and throw it away, correct?
23       A.        I think there are some
24  references.  It's been a while since I
25  wrote it.  I believe there's some

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 252 of 318 PageID #: 1421

JUDITH FINELL

1
2  references in there that say this is a
3  similar kind of similarity as in
4  comparison 1, but I'm not sure where I
5  say that.
6      Q.    But that is all about the demo
7  copy of Paisley, correct?
8      A.    No, what I am saying is that
9  sometimes in this report, rather than
10  being redundant, I referred to the other
11  Connor song, sometimes.  I think I said
12  that, so I just wanted to make sure that
13  you knew that.
14     Q.    So the reference in your
15  conclusions upon which your opinion is
16  based on double melismas don't occur in
17  the Connor deposit copy?
18     A.    They do not.
19     Q.    And mid Page 24 compares the
20  Connor deposit copy with the Connor demo
21  copy.  So mid Page 24 through your
22  summary on 25 is all about the demo copy
23  comparison, correct?
24     A.    Page 24, paragraph 40 to 43 are
25  the comparison of the two different

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 253 of 318 PageID #: 1422

1      JUDITH FINELL

2  Connor recordings.

3      Q.    So paragraphs 40 through 43.

4  So we can agree that beginning at

5  paragraph 26 at Page 14 through paragraph

6  43 on Page 25 all have to do with

7  comparisons made to the demo copy, which

8  is not a part of this lawsuit, correct?

9      A.    Well, sometimes it says they

10 share the same similarity.  I would have

11 to look to see when I did that.

12           But to the extent that I am not

13 referring to the copyright deposit copy

14 version of Connor, yes, the other part is

15 referring to the demo.

16     Q.    And your report seems to

17 suggest that a melisma is a unique

18 musicological device.  It is not, is it?

19           MR. SANDERS:  Object to the

20     form.

21     A.    That is not what my report

22 meant to suggest.

23     Q.    Okay.  You agree that a melisma

24 is not a unique musicological device,

25 right?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 254 of 318 PageID #: 1423

1          JUDITH FINELL

2               MR. SANDERS:   Object to the

3     form.

4          A.    My report wasn't to make that

5     statement.

6               It was to point out the

7     similarities in the way that the melisma

8     was used in both songs.

9          Q.    Did you consider scale degrees

10    of the word "me" to see if they were

11    similar or not between Paisley and

12    Connor?

13         A.    I considered all the scale

14    degrees.  But I don't know if I focused

15    on the ones having to do with the word

16    "me."

17         Q.    Where did you write the scale

18    degrees for Connor?

19         A.    I compared them, but I didn't

20    write the scale degrees out.

21         Q.    In your report which compares

22    Paisley to the Connor deposit copy, which

23    is what's at issue in this case, so that

24    would be, would that be paragraphs 12,

25    beginning at Page 4 through paragraph 25

1                    JUDITH FINELL

2    ending on Page 13?

3         A.    Well, there is also the

4    conclusions and summary.  Paragraph 12

5    to, what was the ending paragraph, you

6    said?

7         Q.    On Page 13, ending at paragraph

8    25.

9         A.    That's the separate section in

10   the report, but there are conclusions and

11   summary sections and the Exhibits that

12   also relate to these comparison.

13        Q.    Yes, ma'am.  You made a

14   specific comparison between the Connor

15   demo copy and the Paisley "Remind Me" in

16   paragraphs 12 through paragraph 25, Pages

17   4 through 13, correct?

18        A.    No.  It was Page 14 -- the demo

19   copy to Paisley is --

20        Q.    No, ma'am.  Listen to me.

21   Listen to me.  We'll get this straight.

22             You identified the similarities

23   that you found between the Connor deposit

24   copy and the Paisley "Remind Me" in

25   paragraphs 12 through 25, Pages 4 through

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 256 of 318 PageID #: 1425

                    JUDITH FINELL

1
2   13, correct?
3       A.    Yes.
4       Q.    All right.  So that's the
5   universe of similarities that we can look
6   for in your report, correct?
7       A.    Those are the findings.  But as
8   I say, I also --
9           MR. SANDERS:  Object to the
10      form.
11      A.    -- I also gave the conclusions
12  of those findings in the beginning of the
13  report and the summary at the end.
14      Q.    And your conclusions had to do
15  with both the demo copy and the deposit
16  copy, correct?
17      A.    At times.
18      Q.    Did you consider the rhythmic
19  durations of the pitches in the "me"
20  melismas in Connor and Paisley; did you
21  compare those?
22      A.    One moment, please.
23      Q.    And I will ask a question then
24  on that.  While you're looking, I will
25  ask you to please compare the rhythmic

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 257 of 318 PageID #: 1426

```
 1              JUDITH FINELL
 2   durations of the pitches in the "me"
 3   melismas between the two songs.
 4              MR. SANDERS:  Object to form.
 5       A.    Well, the "me" melisma, may I
 6   just spell it out, because it's hard to
 7   generalize about those two questions all
 8   at once.
 9              Do you want me to just do it
10   one at a time, the scale degrees and then
11   the rhythms or all together?
12       Q.    Just the rhythms, please.
13       A.    Just the rhythms?
14       Q.    Yes.
15       A.    For me, only when it's a
16   melisma, right?
17       Q.    Yes.
18       A.    So in "remind me" iteration
19   Connor, iteration a2 is two 16ths and a
20   dotted 8th.
21       Q.    Isn't it two 32nds?
22       A.    You're right.  It's late in the
23   day.  I need my glasses.  Okay, yes.
24   Excuse me.
25              And that's a2.  The same thing
```

1                    JUDITH FINELL
2      is true of a5.  Okay.  So that's --
3           Q.    And for the two examples that
4      you've just given, those are the only
5      examples of the use of a melisma in
6      Connor, correct?
7           A.    Yes.
8           Q.    So in two out of nine
9      iterations of "remind me," only two out
10     of nine iterations she used a melisma,
11     correct?
12          A.    No, only for the word "me."
13     She uses it for "mind," also.
14          Q.    So for the use of the word
15     "me," she used a melisma of two out of
16     nine, correct?
17          A.    Yes.
18          Q.    And she used them the same way?
19               MR. SANDERS:  Object to the
20          form.
21          A.    Pardon?
22          Q.    And she used the melisma in the
23     same way, in those two examples?
24          A.    Yes.
25          Q.    Earlier today you identified

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 259 of 318 PageID #: 1428

1                    JUDITH FINELL
2    the sheet music that you had taken a look
3    at for Paisley.   And that is Exhibit
4    number 2.   Take a look at that, please.
5         A.    Okay.
6         Q.    And I see on here that numbers
7    have been assigned 1 through 7, correct?
8         A.    Yes.
9         Q.    And is it correct that in
10   keeping with musicological practices,
11   that assigning numbers 1 through 7 to
12   notes on a C major scale is common to
13   cover pitch?
14        A.    I don't understand your
15   question.
16        Q.    If somebody is charting pitch,
17   is it common musicological practice to
18   assign numbers 1 through 7 to notes?
19        A.    Yes.   That's called
20   representing the scale degrees.
21        Q.    And that's what was done by you
22   or someone on your staff to the Paisley
23   song, correct?
24        A.    Right, comparing it to the
25   recording.

JUDITH FINELL

1

2     Q.     And that's what you do as a
3  matter of practice?
4     A.     Well, not always.  There is not
5  usually sheet music available.  But when
6  there is, we compared it.
7           But my musical examples were
8  not taken from the sheet music, because
9  there were mistakes in the sheet music.
10  My musical examples are taken from the
11  recording.
12     Q.     You didn't prepare a scale
13  degree chart for Connor, did you?
14     A.     No, except the iterations that
15  I show in my, throughout my report.
16     Q.     Are the pitch sequences in the
17  melodies in the choruses in Connor and
18  Paisley significantly similar from a
19  musicological perspective?
20           MR. SANDERS:  Object to form.
21     A.     This is 10 pages of music in
22  Paisley.  And there are probably some
23  pitch sequences.  And I am sure they are
24  the same.  I know there are sequences
25  like 3/2/1 and others that are similar.

1            JUDITH FINELL
2   And certainly, there is 1 and 6 that is
3   very common in the use of Paisley's hook
4   that I am sure I would also find at times
5   in Connor.
6            But I haven't done that
7   analysis in that way where I've basically
8   written down every single pitch that
9   Connor sings.
10       Q.    Are the pitch sequences in the
11  melodies and the opening melodic phrase,
12  the first line of the chorus in Connor,
13  are they significantly similar as the
14  opening phrase in the chorus of Paisley?
15       A.    You mean for the words in
16  Connor "All it takes is one kiss to
17  remind me," that phrase?
18       Q.    Is that how you would define
19  the first melodic phrase in Connor?
20       A.    In the chorus not -- that is
21  preceded by the verse.
22       Q.    Looking at the chorus, is that
23  how you would define the first melodic
24  phrase in the chorus of Connor?
25       A.    Yes.

JUDITH FINELL

1

2     Q.     As being the first line?

3     A.     Yes, that's right.

4     Q.     And would you define the second

5 melodic phrase in chorus 1 of Connor as

6 the second line?

7     A.     With the lyrics "All I need is

8 your touch to remind me."

9     Q.     So you define that to be the

10 second phrase?

11     A.     That's right.

12     Q.     In Paisley, and if you refer to

13 Exhibit 5, if you look at chorus 1, would

14 you define the first melodic phrase to be

15 "Been so long that you forget the way I

16 used to kiss your neck"?

17     A.     I think the phrase is probably

18 -- I would have to look at the music to

19 see if they take a breath after you

20 forget.

21     Q.     Well, take a look at the music

22 that you had the sheet music on, which is

23 Exhibit number 2.

24     A.     Yeah, I would say those are two

25 phrases.

1        JUDITH FINELL

2        Q.      All right.  So you think those

3    two lines are two different phrases?

4        A.      Yes.  And they are closely

5    related.  I am not sure.  I would have to

6    -- it could be either way.  But it does

7    -- the first "forget" ends on the tonic.

8            So it's hard to say, because it

9    doesn't look like it's broken, but

10   probably in singing, he probably takes a

11   breath there.  I would have to hear it.

12       Q.      It's based on where the singer

13   takes a breath?

14       A.      In vocal music, often that's

15   where the phrase changes.  Sometimes

16   there is a rest to indicate that.

17       Q.      So are the pitch sequences in

18   the first melodic phrase in the chorus in

19   Connor the same or significantly similar

20   to the pitch sequences in the first

21   melodic phrase of Paisley in the chorus?

22           MR. SANDERS:  Object to form.

23       A.      I have to try to remember the

24   chorus, because I didn't write that down.

25   No.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 264 of 318 PageID #: 1433

1        JUDITH FINELL

2        Q.    You testified that the rhythmic

3   durations of the notes in the melisma in

4   Connor for the word "me" consist of two

5   64th notes followed by a dotted 8th note,

6   correct?

7        A.    Just one moment.  Let me get

8   that.  Which iteration?

9        Q.    The melisma on the word "me."

10  This is Exhibit A to your report.  And I

11  believe the two melismas you identified

12  were a2 and a5.

13             Let me back up, and I will ask

14  the question again.

15             You stated that the

16  transcriptions on a2 and a5 showing a

17  melisma on the word "me" in Connor are

18  identical, correct?

19             THE WITNESS:  Could you repeat

20        the question, please?

21             (The reporter read back as

22        follows:

23             "QUESTION:  You stated that the

24        transcriptions on a2 and a5 showing a

25        melisma on the word "me" in Connor are

1                     JUDITH FINELL

2         identical, correct?")

3         A.      Yes.

4         Q.      And they are the only melismas

5    for the word "me" in Connor, correct?

6         A.      Yes.

7         Q.      And you testified that the

8    rhythmic durations of that use of the

9    melisma on the word "me" in Connor

10   consist of two 64th notes followed by a

11   dotted 8th note?

12        A.      It should be two 32nds followed

13   by a dotted 8th note.

14        Q.      Two 32nd notes followed by a

15   dotted 8th note?

16        A.      Yes.

17        Q.      And does that rhythm appear in

18   any melisma in Paisley, on the word "me"?

19        A.      No.

20        Q.      Let me ask you some questions

21   about prior art.

22                And you again, performed no

23   prior art search in this case, correct?

24        A.      Correct.

25        Q.      In your work as a musicologist,

1          JUDITH FINELL
2    how would you go about searching for
3    prior art?
4          A.    First, I would have to identify
5    what I am looking for.  If I am comparing
6    two pieces of music and they have certain
7    properties that are similar, those are
8    the properties that would become the
9    subject matter of my search.  And it
10   would differ with every single
11   comparison.
12         Q.    Let's assume as a hypothetical
13   that you were asked to go find prior art
14   or assume there was prior art for Connor.
15   If you were asked to determine if Connor
16   used themes, or music, or lyrics or some
17   combination that had been used in earlier
18   songs, what would you do to go looking
19   for prior art?
20              MR. SANDERS:  Object to form.
21         Q.    Or to determine if prior art,
22   in fact, existed?
23         A.    What I looked for -- I mean, my
24   process, in essence, I would make a list
25   of all the properties that I find same or

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 267 of 318 PageID #: 1436

1                    JUDITH FINELL
2  similar between the two.  And those, that
3  would be my, so to speak, shopping list
4  for prior art.
5           In this case, it would be that
6  the word "remind" has a bar line in
7  between it.  It extends over the bar
8  line.  I would look for the fact that
9  "mind" is always the highest pitch in the
10 phrase.  Say if I were to isolate groups
11 of songs that had the terms "remind" or
12 "remind me" in them, I'd be looking for
13 those kinds of characteristics, including
14 appoggiaturas, including leaps down of
15 minor 3rds.
16          Basically, all the similarities
17 that they have in common is what I would
18 be looking for in prior art.  As many as
19 possible.
20          I don't think I would find all
21 of them, but that's what I would look
22 for.
23          And then if I found a song
24 that, at least in one phrase, had all of
25 the similarities that I've outlined, the

1        JUDITH FINELL

2   next thing I would do is to look at the

3   song as a whole, that I am comparing the

4   prior art, and see if there are partner

5   phrases in existence, also, if there are

6   phrase sets and other kinds of

7   similarities that I pointed out.

8            So I basically would be looking

9   for all of those properties, but

10  especially, even if I didn't find the

11  bigger similarities in terms of the

12  phrase sets and the partner phrases, I

13  would want to know that at least the

14  individual phrase that was similar and

15  possibly a candidate for prior art had

16  all the same musical -- melody

17  characteristics that I found between

18  these.

19       Q.    Is it your position that prior

20  art must contain every single similarity

21  that have you identified between two

22  songs?

23       A.    It's not always possible to

24  find that.  But sometimes an investigator

25  for prior art finds fragmentary

1              JUDITH FINELL
2    similarities.  So that in one group you
3    find similar rhythms, in another group
4    you find similar other devices, et
5    cetera.
6              But to be legitimate, when
7    you're comparing pieces of music that
8    have so many, such a collection of
9    similarities as these do, I would say it
10   should have at least the majority.  Say
11   if you have eight, it should have at
12   least five or six to be seriously
13   considered.  It shouldn't have one or
14   two.
15        Q.    Assume that --
16        A.    I mean, that's just how I look
17   at it.
18        Q.    Assume that Connor has written
19   the phrase "Remind Me," adopted as a
20   title, and assume there is another song
21   that predates hers named "Remind You"
22   with identical music underneath those two
23   words and those three syllables.  Would
24   you consider that to be prior art?
25        A.    What do you mean by "identical

JUDITH FINELL

1
2  music," because one her characteristics
3  is that she keeps changing the melody for
4  her hook lyrics.
5          Does it change the melody, too?
6  See, it's a matter of judgment.
7      Q.    For both songs, melodies change
8  throughout both of them, correct?
9      A.    Well, as I said, first you look
10  at the sort of the granular level.  If
11  the greatest similarity between them is
12  the shared lyrics and the way those
13  lyrics are set in isolated phrase, and
14  you find that, then you start to look
15  beyond that into the rest of the prior
16  art of that song, and see if it has other
17  characteristics that are on a bigger
18  level beyond just the isolated phrase.
19          Basically, you're trying to see
20  how wide a net.  So if it said "remind
21  you," I would already say well,
22  lyrically, it's not as close as these are
23  to each other.  But maybe if the same, if
24  the same melody occurred rhythmically,
25  and in terms of the appoggiatura clashing

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 271 of 318 PageID #: 1440

1                    JUDITH FINELL
2    with the harmony, et cetera, then, you
3    know, that would be in a group, that
4    might be a candidate.  But that's
5    theoretical.  I never found that.
6        Q.    You expressed your view about
7    what prior art is.
8              Is your view, that you stated a
9    moment ago, endorsed in any musicological
10   treatise?
11       A.    Well, musicology was not
12   designed for copyright infringement
13   disputes.  It's a discipline that is in
14   order to understand, analyze and delve
15   into a scholarly level about music.
16             So terms like prior art and
17   all, that is really a legal, if you will,
18   a legal construct that's imposed on or
19   combined with the musicological field.
20   Especially, when I was at University of
21   California, I mean, there was no such
22   thing as forensic musicology.  I don't
23   think there still is in that way,
24   certainly not where I graduated from.
25             So it's not a matter of taking

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 272 of 318 PageID #: 1441

1                   JUDITH FINELL

2    courses in how to determine substantial

3    similarity, or prior art or any of those

4    defenses.

5        Q.    Okay.  Ms. Finell, thanks for

6    that two-page answer.

7              I will ask you again:  Is the

8    view you expressed a few moments ago

9    about prior art endorsed in any

10   musicological treatise; yes or no?

11             MR. SANDERS:  Object to form.

12       A.    I've never looked for it.

13       Q.    So you have no idea?

14       A.    I have no idea.

15       Q.    Did you do anything to

16   determine if elements in Connor were

17   taken from the public domain?

18       A.    No.  Except my own knowledge,

19   but I did not, I did not search for it,

20   no.

21       Q.    Do you agree that without

22   conducting a prior art search, there is

23   no basis for finding that the Connor

24   chorus is original or distinct?

25             MR. SANDERS:  Object to the

1                    JUDITH FINELL

2       form.  Legal conclusion.

3       A.    It's distinct.  I don't need to

4    do prior art to say that it's distinct.

5             Original, it would require

6    prior art investigation, yes.

7       Q.    Are the similarities distinct?

8             MR. SANDERS:  Object to the

9       form.

10      A.    I don't understand.  Do you

11   mean --

12      Q.    The same question here.  Would

13   you agree that without conducting a prior

14   art search, there is no basis for

15   refining that the similarities are

16   distinct between Connor and Paisley?

17            MR. SANDERS:  Object to the

18      form.

19      A.    I don't understand what your

20   question means.

21      Q.    You conducted no prior art

22   search about Connor; therefore, you

23   cannot say whether the similarities that

24   you identified between Connor and Paisley

25   are distinct, correct?

```
1                    JUDITH FINELL
2              MR. SANDERS:  Object to the
3      form.
4      A.     What do you mean distinct?  I
5  don't understand it.
6      Q.     Ms. Finell, you're the one who
7  has been using the word distinct.
8      A.     I used the word distinctive.
9      Q.     All right.
10     A.     I am sorry, but it does have a
11 different meaning to me.
12     Q.     Okay.  Same question, but using
13 the word distinctive:  You conducted no
14 prior art search between these two songs.
15             You have no basis to say that
16 the similarities you have identified
17 between Connor and Paisley are
18 distinctive, do you?
19             MR. SANDERS:  Object to the
20     form.
21     A.     Do you mean distinctive musical
22 features?
23     Q.     Yes.
24     A.     Well, what I -- I don't think I
25 would find any prior art that combined
```

1         JUDITH FINELL
2    all of the similar musical features; and
3    therefore -- I mean, that they would,
4    these two songs would stand apart from
5    other prior art, because I don't think it
6    would be likely to find other art that
7    contains every single of the same
8    similarities in the same way that I found
9    here.  I think that would be quite
10   unlikely.
11       Q.    Have you been engaged to
12   provide a rebuttal report to a report
13   prepared by musicologists for the
14   Defendants?
15       A.    I've never seen a rebuttal
16   report.
17       Q.    It's not due yet.
18       A.    Oh, okay.  I just thought did I
19   miss something.
20       Q.    You will see it, I am sure.
21            Have you been engaged by the
22   Plaintiff's counsel to provide a rebuttal
23   report to a report prepared by a
24   musicologist engaged by the Defendants?
25       A.    No.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 276 of 318 PageID #: 1445

1                    JUDITH FINELL

2         Q.      Assuming that Dr. Larry

3    Ferrara, who you know and who is present

4    with us in the room today, prepares a

5    report, have you been engaged to prepare

6    a rebuttal report to his report?

7         A.      Not yet.

8         Q.      Where is it written in

9    musicological treatises that only works

10   that share a majority of similar features

11   or elements are relevant?

12        A.      Relevant for what?

13        Q.      Relevant for purposes of your

14   comparison to make a -- draw an opinion

15   about substantial similarity?

16        A.      I have no idea.  It's just --

17   it is the criteria that I applied when I

18   look for prior art.

19        Q.      Do you know of anybody else who

20   applies your criteria?

21        A.      I would say the majority of

22   musicologists who address copyright

23   issues do.

24        Q.      Okay.  You're speculating,

25   right, because you don't know?

```
 1              JUDITH FINELL
 2         MR. SANDERS:  Object to the
 3    form.
 4    A.    Well --
 5    Q.    You cannot identify other
 6    musicologists who have adopted your view?
 7         MR. SANDERS:  Object to the
 8    form.
 9    A.    Just in the cases that I have
10    been involved with for 25 years, that's
11    what I've observed in my experience.
12    Q.    List them.  Tell me which
13    musicologists?
14    A.    Who apply -- who look for a
15    majority of similar features?
16    Q.    Yes.  In your testimony, you
17    were talking about prior art, you were
18    talking about all similar features?
19    A.    I didn't say "all."  I said
20    "majority."
21         MR. SANDERS:  Object to the
22    form.
23    A.    I said "majority."  I said if
24    there are eight similar features, I would
25    say something like they should have at
```

1               JUDITH FINELL

2  least more than half.

3     Q.    So you're changing from "all"

4  to "a majority"?

5     A.    I am not changing it.  I said

6  more than half.

7     Q.    And in the Connor deposition,

8  she was played a number of recordings of

9  the phrase "remind me" sung in a number

10  of other works.

11          Was that disclosed to you by

12  the Plaintiff's counsel?

13     A.    No.

14     Q.    Did you listen to any

15  recordings played for the Plaintiff at

16  her deposition?

17     A.    May I -- excuse me, I have

18  something to correct in what I just said

19  a moment ago.  Is this --

20         MR. SANDERS:  I think you need

21    to answer his question, and then you

22    can correct.

23     A.    Okay.  Excuse me.  Can you

24  repeat it, please.

25         MR. HARVEY:  Read it back.

```
1              JUDITH FINELL
2         (The reporter read back as
3    follows:
4         "QUESTION:  Did you listen to
5    any recordings played for the
6    Plaintiff at her deposition?")
7    A.    Did I hear them; is that what
8  you said?
9         (The reporter read back as
10   follows:
11        "QUESTION:  Did you listen to
12   any recordings played for the
13   Plaintiff at her deposition?")
14   A.    Never, no.
15   Q.    Is it your testimony --
16        MR. SANDERS:  You had a
17   correction?
18   Q.    What's your correction?
19   A.    A moment ago, you said I said
20  "all."  And I said "a majority."  Let me
21  just clarify that.
22        I said I thought it would be
23  very unlikely to find prior art that
24  contained all of the similarities that I
25  found between the two songs at issue
```

1                    JUDITH FINELL
2      here, but I said in terms of looking for
3      prior art and my methodology and process,
4      I would look for prior art containing at
5      least a majority of the similarities.
6              So I wanted to clarify that so
7      that I didn't misstate my own testimony.
8         Q.    Ms. Finell, why didn't you go
9      looking for identical or similar titles
10     as the Connor song?
11        A.    It wasn't within the scope of
12     my work.  And I also didn't feel I would
13     find music that had the combination of
14     similarities that are present here.  It
15     would have been very incomplete to just
16     look for titles of songs containing
17     "remind me."
18        Q.    Have you ever testified that
19     Whether there is prior art that existed
20     for the Claimant's work is a standard for
21     determining copyright infringement?
22             MR. SANDERS:  Object to form.
23             THE WITNESS:  Could you read
24        that back, please?
25             (The reporter read back as

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 281 of 318 PageID #: 1450

1               JUDITH FINELL
2       follows:
3               "QUESTION:  Have you ever
4       testified that Whether there is prior
5       art that existed for the Claimant's
6       work is a standard for determining
7       copyright infringement?")
8               MR. SANDERS:  Also a legal
9       conclusion.
10      A.      No, I don't understand the
11  nature of your question.
12      Q.      Sure, you do.
13              Have you ever testified that
14  "Whether there is prior art that existed
15  before the Claimant's work is a standard
16  for determining copyright infringement"?
17      A.      What do you mean whether there
18  is prior art.  I don't understand the
19  structure of your question.  I am sorry.
20      Q.      Would you agree that whether
21  there is prior art is something that
22  would need to be considered to determine
23  whether there has been copyright
24  infringement?
25              MR. SANDERS:  Objection to the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 282 of 318 PageID #: 1451

JUDITH FINELL

1
2    form of the conclusion.
3    A.    I don't remember if I have or
4    not.
5    Q.    Different question.  Have you
6    ever spoken those words under oath that
7    "Whether there is prior art that existed
8    before the Claimant's work is a standard
9    for determining copyright infringement";
10   yes or no?
11            MR. SANDERS:  Object to the
12       form.
13   A.    I wouldn't testify on a legal
14   -- I am not a lawyer.  I wouldn't have
15   testified on something that involves
16   legal opinions like that.
17   Q.    So you had not said that
18   before?
19   A.    I might have said something
20   like that.  But I wouldn't -- I
21   definitely wouldn't cite a legal
22   standard.  I don't have -- I am not a
23   lawyer.  If I did say something like
24   that, I didn't mean it as a legal
25   opinion.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 283 of 318 PageID #: 1452

1    JUDITH FINELL

2        Q.    Have you published any books

3    about music theory or analysis?

4        A.    Well, I published books, but --

5    a book, but it wasn't on music theory and

6    analysis.

7        Q.    And what book did you publish?

8        A.    It was commissioned by the New

9    York State Council on the Arts and it was

10   called the Contemporary Music Performance

11   Directory.

12       Q.    So you have published no books

13   about music theory and analysis, correct?

14       A.    Articles, I have, but not

15   books.

16       Q.    Have you had any articles

17   published in peer-reviewed scholarly

18   journals of music?

19       A.    No.  In copyright journals and

20   lawyer publications.  Lawyers'

21   publications.

22       Q.    So you have had no articles

23   published in peer-reviewed scholarly

24   journals of music, correct?

25       A.    Correct.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 284 of 318 PageID #: 1453

JUDITH FINELL

1

2      Q.      We can cut out at least one of

3  these questions if you answer the first

4  one.  So let me keep at it.

5            Have you sat on the editorial

6  board of any peer-reviewed scholarly

7  journals of music?

8      A.      Yes, I did.

9      Q.      Which one?

10     A.      American Music Center.

11     Q.      American --

12     A.      The American Music Center.

13     Q.      Is that a scholarly journal?

14     A.      Oh, yes, at the time I was

15  involved with it, it was.

16     Q.      What is it now?

17     A.      Now it's -- it's an

18  organization, an advocacy organization

19  for American composers.

20     Q.      What was your title?

21     A.      My title changed over the years

22  that I worked there, but eventually, I

23  was director of publications.

24     Q.      Are you a member of the

25  American Musicological Society?

Veritext Legal Solutions
212-267-6868              www.veritext.com              516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 285 of 318 PageID #: 1454

1                    JUDITH FINELL

2        A.      No.

3        Q.      Are you a member of the Society

4    For Music Theory?

5        A.      No.

6        Q.      And your master's was obtained

7    in musicology in 1970?

8        A.      Yes.

9        Q.      Since 1970, you had no other

10   formal education in musicology, correct?

11       A.      In musicology without

12   copyright, no.

13               I have been to many, many

14   professional seminars and conferences on

15   the application of copyright and music,

16   but no further degrees.

17       Q.      No formal education since 1970?

18       A.      I consider that formal.  Most

19   of the people attending get professional

20   credit and pay for it.  Pay for the

21   education.

22       Q.      No degree-qualifying studies

23   since 1970, correct?

24       A.      That's right.

25       Q.      Generally, do you consider the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 286 of 318 PageID #: 1455

1            JUDITH FINELL
2  most recent Harvard Dictionary of Music
3  as authoritative?
4        A.    Yes.
5        Q.    Generally, do you consider the
6  most recent printed version of the Grove
7  Dictionary of Music and Musicians to be
8  authoritative?
9        A.    Yes.
10       Q.    The same question for the
11 Oxford Dictionary of Music?
12       A.    Yes.
13       Q.    Same question for Ronald
14 Rosen's Music and Copyright?
15       A.    I don't know about that book.
16       Q.    Are you aware of any
17 peer-reviewed literature that
18 musicologists regularly consult regarding
19 music analysis?
20       A.    You mean involving copyright or
21 musical analysis without copyright?
22       Q.    Involving the sort of
23 musicological analysis that you performed
24 in this case.
25            THE WITNESS:  Could you repeat

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 287 of 318 PageID #: 1456

1          JUDITH FINELL
2     the question, please?
3          (The reporter read back as
4     follows:
5          "QUESTION:  Are you aware of any
6     peer-reviewed literature that
7     musicologists regularly consult
8     regarding music analysis?")
9     A.    There are many different
10 publications that, on music theory and
11 analysis.  But they're not usually
12 written from the standpoint of copyright
13 law.
14    Q.    So to get to the answer --
15    A.    I use many theory textbooks as
16 substantiation for my work.  I am not
17 aware of a book, as you describe it.
18    Q.    Ms. Finell, in your report in
19 this case, Exhibit number 1, no scholarly
20 articles or books are referred to.
21          Did you consult any scholarly
22 journals, or articles or sources in
23 conjunction with preparing your report in
24 this case?
25    A.    Yes.  In terms of some of the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 288 of 318 PageID #: 1457

1                    JUDITH FINELL
2  terminology and definitional work, yes,
3  definitely.
4       Q.    So some of the definitions you
5  copied out of some source?
6            MR. SANDERS:   Object to form.
7       A.    I didn't copy anything, but I
8  consulted them to make sure, in terms of
9  what I was interpreting.
10      Q.    Which one?
11      A.    I don't remember, but I have a
12 whole library full of them.
13      Q.    But you don't recall --
14      A.    I use the Harvard Dictionary.
15 I use my music theory textbooks.  It
16 depends on what I am looking at.  If I am
17 looking at harmonic relationships, I have
18 different ones.
19      Q.    In connection with the report
20 in this case, did you consult
21 specifically any authoritative journal or
22 book?
23      A.    I don't remember the titles,
24 but for appoggiatura and some of the
25 other devices that I described here, I

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 289 of 318 PageID #: 1458

                    JUDITH FINELL

1

2   did look them up, yes.

3       Q.    What did you look up for

4   appoggiatura?

5       A.    Well, I looked up the

6   application of appoggiatura in various

7   reference books.  I am not quite sure

8   which ones I used.

9       Q.    You're not sure which ones.

10            As a musicologist, do you tend

11  to specialize in a particular genre of

12  music?

13      A.    No.

14      Q.    Do you think musicologists tend

15  to specialize in a particular genre of

16  music?

17            MR. SANDERS:  Object to form.

18      A.    Academic ones do.  But I'm not

19  an academic musicologist.

20      Q.    What about musicologists who

21  are nonacademic, do they tend to

22  specialize in a particular genre of

23  music?

24      A.    They might.  But I don't know

25  too many who are nonacademic.

JUDITH FINELL

1
2      Q.      Have you ever testified that
3   musicologists tend to specialize in a
4   particular genre of music?
5      A.      Pardon?
6      Q.      Have you ever testified that
7   musicologists tend to specialize in a
8   particular genre of music?
9      A.      I probably have, yes.  That's
10  during their academic training, just like
11  I did in order to write a thesis.
12     Q.      In the -- strike that.
13             How many hours have you spent
14  in connection with preparing your report
15  in this case?
16     A.      I do not recall.
17     Q.      How much have you been
18  compensated by the Plaintiff's counsel in
19  connection with your preparation of the
20  report in this case, or testimony in this
21  case?
22     A.      I've been working for the
23  Plaintiff since 2013.  I really don't
24  have my records here.  Although at the
25  end of my report, it does discuss the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 291 of 318 PageID #: 1460

1                    JUDITH FINELL

2    compensation.

3         Q.    Yes.  And can you give me a

4    ballpark, please, of how much you have

5    been compensated in preparation of your

6    report and testimony in this case?

7         A.    You mean the second report or

8    both?

9         Q.    Both, please.

10        A.    I am sorry, I don't know.    I

11   don't have those records with me.

12        Q.    More than $20,000, more than

13   $50,000, less than $2,000?

14        A.    Let me see what I said at the

15   end of the report.

16        Q.    You did not tell us how much

17   you have been paid.  I am asking you now.

18        A.    I am sorry, I don't have those

19   records with me.

20        Q.    What's your ballpark?

21             MR. SANDERS:  Can you estimate

22        without speculating?

23             THE WITNESS:  I'd d be

24        speculating.

25        Q.    Is there any portion of your

1              JUDITH FINELL
2    compensation in this case related to the
3    outcome of the case?
4        A.     Not at all.
5        Q.     Musicology opinions are not
6    related to --
7              MR. HARVEY:  Mr. Sanders, what
8         I'd ask is that we leave a blank in
9         the deposition right there for how
10        much she's been paid from the
11        beginning of the case up through now,
12        if you don't mind.
13              (Production request for how much
14        Ms. Finell has been paid from the
15        beginning of the case up through now
16        indexed.)
17              MR. SANDERS:  That's fair.
18              MR. HARVEY:  And that would be a
19        late filed for purposes of giving that
20        to the --
21              MR. SANDERS:  Just put it in the
22        errata?
23              MR. HARVEY:  The errata would be
24        fine.
25              MR. SANDERS:  Thank you.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 293 of 318 PageID #: 1462

1              JUDITH FINELL
2          MR. HARVEY:  You intend to have
3      her read and sign?
4          MR. SANDERS:  Yes.  And just to
5      help, just remind me.
6          MR. HARVEY:  Thank you, I will.
7          MR. SANDERS:  I'm so sorry.  If
8      you could just send me something to
9      jog my memory.
10          MR. WARNOCK:  We were thinking
11      put in a blank that says to be
12      furnished.
13          MR. HARVEY:  If she reads and
14      signs, then, okay.
15      Q.    Musicology opinions are not
16  related to how the Defendants created
17  their song; is that correct?
18      A.    I don't understand.
19      Q.    Okay.  Is your conclusions, do
20  they have anything to do with how the
21  Defendants created their own song, the
22  Paisley "Remind Me"?
23      A.    You mean if they wrote it at a
24  piano or in the studio?  I don't know
25  what you mean by how they created it.

Veritext Legal Solutions
212-267-6868                 www.veritext.com                 516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 294 of 318 PageID #: 1463

1               JUDITH FINELL

2       Q.      Did you listen to the

3    recordings of the process of the creation

4    of Paisley?

5       A.      Never, no.

6       Q.      Did you analyze the creation

7    process of Paisley?

8       A.      No.  I know nothing about it.

9       Q.      And you never read any of the

10   Defendants' testimony?

11      A.      No.

12      Q.      Are you aware of testimony that

13   the music portion of Paisley was written

14   entirely by Brad Paisley and not by Kelly

15   Lovelace or Chris DuBois?

16           MR. SANDERS:  Object to form.

17      A.      I don't think I knew that ever.

18      Q.      Do you believe it's possible

19   that the Paisley "Remind Me" was created,

20   as they have testified, that Paisley

21   wrote all of the music of Paisley?

22           MR. SANDERS:  Object to the

23       form.

24      A.      Do you mean the lyrics in the

25   music or just the melodies?

Veritext Legal Solutions
212-267-6868        www.veritext.com        516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 295 of 318 PageID #: 1464

1                    JUDITH FINELL

2        Q.      The melodies.

3        A.      It's possible.  It depends on

4     their process.

5        Q.      In your report, you do not use

6     the word infringement.

7                Do you intend to use the word

8     infringement at trial or in a declaration

9     in this case?

10               MR. SANDERS:  Object to form.

11       A.      I don't know if I'll be asked

12    to or not.  But I see that as more of a

13    legal conclusion.

14       Q.      So --

15       A.      I would use words like similar.

16    That would be more appropriate, I think.

17       Q.      So you do not intend to express

18    any opinions about whether any of the

19    Defendants infringed on the Plaintiff's

20    song, correct?

21       A.      I am not sure how the word

22    infringe is defined, if that's -- but if

23    that's considered a legal conclusion,

24    then I would not, it wouldn't be

25    appropriate for me to do that.  I don't

1              JUDITH FINELL
2  really know how.
3      Q.    In your report, you use the
4  word copied.
5      A.    Mm-hmm.
6      Q.    Which Defendant do you claim
7  copied any element of Connor?
8          MR. SANDERS:  Object to form.
9      A.    Would you mind telling me what
10 page you're looking at?
11     Q.    Paragraph 46, you state "These
12 collective similarities in both Connor
13 and Remind Me-Paisley point sharply to
14 copying."
15     A.    Okay.  That's not the same
16 thing as saying they copied.  It's just
17 that it's suggesting that there was
18 copying.  I wrote it that way for a
19 specific meaning.
20     Q.    You wrote it that way to
21 suggest that somebody copied?
22     A.    I meant that the similarities
23 suggested that there is copying.  Not
24 that I am suggesting it.
25     Q.    What Defendant are you

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 297 of 318 PageID #: 1466

1            JUDITH FINELL

2 suggesting copied?

3            MR. SANDERS:  Object to form.

4      A.      Whoever composed the music.

5 "The music" meaning music and lyrics

6 which are married.  But I am just saying,

7 whoever composed the composition itself.

8            MR. HARVEY:  Why don't we take a

9      quick break.

10            (Off the record.)

11      Q.      Ms. Finell, are there any

12 materials that you relied upon in forming

13 your opinions that have not been

14 disclosed to me?

15      A.      No.

16      Q.      Did you reach any conclusions

17 or opinions that you later rejected in

18 coming up with your final report?

19      A.      No.

20      Q.      Can you tell me how your --

21 strike that.

22            You are not saying that the

23 entirety of Paisley is substantially

24 similar to Connor, are you?

25            MR. SANDERS:  Object to the

Veritext Legal Solutions
212-267-6868                    www.veritext.com                    516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 298 of 318 PageID #: 1467

1                    JUDITH FINELL
2        form.
3        A.      No.
4        Q.      Just the fragments "remind me"
5   and "Baby, remind me" are what you
6   concluded are substantially similar?
7               MR. SANDERS:   Object to the
8        form?
9        A.      I don't consider them
10  fragments.   They are the primary
11  identifiers of each song.
12       Q.      So just the words "remind me"
13  and "Baby, remind me" combined with the
14  music is what you determined, in your
15  opinion, to be substantially similar?
16              MR. SANDERS:   Object to the
17       form.
18       A.      Those are the essence of each
19  song, yes.
20       Q.      In your opinion, right?
21       A.      Yes.
22       Q.      Let me direct your attention to
23  paragraph 46 of your final report.
24       A.      Paragraph 46?
25       Q.      Yes, ma'am.   And that's on Page

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 299 of 318 PageID #: 1468

1              JUDITH FINELL

2   25, running over to 26.

3              Do you agree with me that

4   lyrics are words?

5        A.    Yes.

6        Q.    And you acknowledged today that

7   lyrics are distinct from music, correct?

8        A.    In music, there is a

9   combination -- there is what I would call

10  a marriage of words in music when it's

11  vocal music.

12       Q.    I understand that your

13  conclusions in this case are based on

14  what you consider to be the marriage of

15  music and lyrics, correct?

16       A.    Yes.

17       Q.    Lyrics, in your view, as a

18  musicologist, are distinct from the

19  music, correct?

20            MR. SANDERS:   Object to the

21       form.

22       A.    The lyrics and the syllable

23  count of lyrics and even the rhythms of

24  the lyrics have an impact on the music

25  that's set -- that sets them and vice

1              JUDITH FINELL

2 versa. It's intertwined. I don't see

3 them as completely separate art forms.

4      Q.     As a hypothetical, Ms. Finell,

5 and in your experience as a musicologist,

6 if I want to license the music of a song,

7 independent of licensing the lyrics of a

8 song, I may do so, correct?

9            MR. SANDERS: Object to the

10     form.

11      A.     I think it depends on the deal

12 between the creators of the song,

13 frankly. But sometimes you can license

14 them separately.

15      Q.     You understand what an

16 instrumental version of a song is?

17      A.     Yes.

18      Q.     Can you recite the words and

19 not play the music of a song?

20      A.     Can a person do that?

21      Q.     Yes, ma'am.

22      A.     Yes.

23      Q.     So if you wanted to recite the

24 lyrics of Connor "Remind Me," you would

25 read the lyrics off of either Exhibit 5

1      JUDITH FINELL
2  or off the lyric sheet that you have
3  provided, or prepared by Ms. Connor,
4  correct?
5      A.    Yes.
6      Q.    So you could recite those words
7  separate from singing any part of the
8  music, correct?
9      A.    Oh, yes.
10     Q.    Can you play the music of
11 Connor and not include the words?
12     A.    Not exactly, because the words
13 are set to melodies.  What would you do,
14 just hum it and not include the words?  I
15 mean, if you're trying to convey the way
16 the melodies are, they are setting the
17 words.  So it's hard to separate them.
18 So in a vocal piece, it's hard to
19 separate them.  But you could.  Of
20 course, you could play it on an
21 instrument instead.
22     Q.    So as a musicologist, you
23 understand that the music of a song can
24 be played independently of the words,
25 correct?

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 302 of 318 PageID #: 1471

1              JUDITH FINELL

2        A.     It can be -- I'm a little

3    puzzled by your use of the word the

4    music, because I see the words as being

5    part of that.

6              But it's the melodies that the

7    words are sung to that can be played

8    independently without singing the words

9    by playing it on an instrument or humming

10   it, I guess.

11       Q.     So you would rather use the

12   words melodies instead of music?

13       A.     Yes.

14       Q.     So you will agree, as a

15   musicologist, that you can play the

16   melodies of Connor independently of the

17   lyrics of Connor, correct?

18       A.     One could in theory, yes.

19       Q.     Yes.  And that would be an

20   instrumental version of Connor, correct?

21       A.     There could be, yes.

22       Q.     And you can recite the lyrics

23   of Connor without using the melodies or

24   the music of Connor, correct?

25       A.     Yes.

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 303 of 318 PageID #: 1472

1                    JUDITH FINELL
2        Q.     I'm going to ask you to assume
3   two things.
4              First, I am going to ask you to
5   assume that Brad Paisley is the sole
6   writer of the melodies or music of
7   Paisley "Remind Me."  And I am going to
8   ask you to assume that Brad Paisley had
9   no access to the Connor work.
10             Look at paragraph 46.
11       A.     Okay.
12       Q.     And in the first sentence of
13  paragraph 46, if you remove the phrase
14  "And their specific melodic features and
15  deviations" from your sentence, making
16  the two assumptions that I just told you,
17  how does that change your or affect your
18  opinion?
19             MR. SANDERS:   Object to the
20        form.
21       A.     I don't -- are you saying just
22  divorce the lyrics from the melody?
23       Q.     Yes, ma'am.  That's exactly
24  what I am asking.
25       A.     So I don't -- what is your

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 304 of 318 PageID #: 1473

```
 1              JUDITH FINELL
 2   question then?
 3              MR. HARVEY:  Please read it
 4        back.
 5              (The reporter read back as
 6        follows:
 7              "QUESTION:  And in the first
 8        sentence of paragraph 46, if you
 9        remove the phrase "And their specific
10        melodic features and deviations" from
11        your sentence, making the two
12        assumptions that I just told you, how
13        does that change your or affect your
14        opinion?")
15        A.    It would be incomplete, because
16   when I say the distinctive use of these
17   lyrics, that has to do, also, with the
18   melodic features.  So I can't really
19   divorce it.
20        Q.    I am asking you, as a
21   hypothetical, which I am entitled to do,
22   since you're an expert here, to divorce
23   the two, divorce the melodies of music
24   from the lyrics of Connor "Remind Me," if
25   you take away the melody or music of
```

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 305 of 318 PageID #: 1474

1                    JUDITH FINELL
2    Connor, what impact does that have on
3    your opinion that it points sharply to
4    copying?
5              MR. SANDERS:  Object to the
6        form.
7        A.    I don't know.
8        Q.    What impact does it have,
9    Ms. Finell, on your opinion about
10   substantial similarity or copying if Brad
11   Paisley wrote the melody of Paisley
12   "Remind Me," Brad Paisley had no access
13   to Connor, how does that impact your
14   opinion about substantial similarity or
15   point sharply to copying?
16             MR. SANDERS:  Objection on
17       several grounds.
18       A.    That's completely a different
19   question from the first one you just
20   asked me.  I don't understand it now.
21       Q.    Let me back up.
22             Assume that Brad Paisley had no
23   access to Connor, okay.
24       A.    Yes.
25       Q.    And assume that Brad Paisley

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 306 of 318 PageID #: 1475

1                JUDITH FINELL

2    wrote all of the melody of the Paisley

3    "Remind Me," okay?

4        A.    Yes.

5        Q.    Assume that Chris DuBois and

6    Kelly Lovelace did not write the melody

7    of the Paisley "Remind Me."

8        A.    Okay.

9        Q.    Making those assumptions, how

10   does that affect your opinion where you

11   claim points sharply to copying in

12   comparing the two songs?

13            MR. SANDERS:  Object to the

14       form.

15       A.    What about the harmony?

16       Q.    There is no music in the

17   hypothetical I am asking you, ma'am.

18       A.    You said assume that he wrote

19   the melody.  That is music.  I don't

20   understand your question.

21       Q.    If all you had is the printed

22   lyrics in Connor, how would that affect

23   your opinion about copying or substantial

24   similarity?

25            MR. SANDERS:  Object to the

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 307 of 318 PageID #: 1476

1             JUDITH FINELL

2     they are still there.  But it wouldn't be

3     a musical work.  It would be a work of

4     poetry, I suppose or literature.

5         Q.    If all you had to go on was the

6     comparison of lyrics in Exhibit 5 or the

7     two lyric pages that you have with your

8     report, and you had no melody or no music

9     to go on, how would that impact your

10    opinion on substantial similarity or

11    copying?

12            MR. SANDERS:  Object to the

13        form.

14        A.    It wouldn't be a musical

15    opinion.  It would be a literary opinion.

16    Most likely, I wouldn't be the one

17    consulted.

18        Q.    So you would not have a

19    musicological basis upon which to say

20    that the two works based on the lyrics

21    were substantially similar?

22            MR. SANDERS:  Object to the

23        form.

24        A.    Not if they weren't set to

25    music.  Then they wouldn't be music.

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 308 of 318 PageID #: 1477

1              JUDITH FINELL

2        Q.      Do you have an opinion as to

3    whether these two sets of lyrics

4    reflected in Exhibit 5 are substantially

5    similar; yes or no?

6        A.      They are substantially similar

7    in their shared words.  But what makes

8    these works similar is the way in which

9    they're used in the musical work, and the

10   way in which they are highlighted in the

11   musical work combined.

12   (CONTINUED ON NEXT PAGE TO ACCOMMODATE

13   THE JURAT.)

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 309 of 318 PageID #: 1478

1
2          MR. HARVEY:  We thank you for
3      your time.  And I understand that
4      Plaintiff's counsel would like to have
5      you read and sign.
6          MR. SANDERS:  Yes.
7          MR. HARVEY:  Anything you would
8      like to ask?
9          MR. SANDERS:  No, I don't think
10      so.
11          [TIME NOTED:  5:32 p.m.]
12
13      _____
              JUDITH FINELL
14
15
16
        _____
17      Subscribed and sworn to
        before me this _____
18      day of _____, 2015.
19      _____
              Notary Public
20
21
22
23
24
25

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 310 of 318 PageID #: 1479

1
2                    I N D E X
3
WITNESS          EXAMINATION BY              PAGE
4
5   Judith Finell    Mr. Harvey                5
6
7
8
9
10
                    E X H I B I T S
11
DEFENDANTS'       DESCRIPTION              PAGE
12
13  Exhibit 1    Ms. Finell's expert       38
                 report
14
15
    Exhibit 2    sheet music for the       39
16               Paisley Remind Me
17
18  Exhibit 3    preliminary report,       44
                 dated March 28th, 2013
19
20
    Exhibit 4    notations on Remind       44
21               Me - Connor Copyright,
                 dated September 12th,
22               2015
23
24
25

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 311 of 318 PageID #: 1480

1

2  EXHIBITS (Continued):

3  Exhibit 5    side by side                    144
                comparison of the
4                lyrics of Connor and
                Paisley songs

5

6  (The court reporter has retained all
   exhibits.)

7

8

9
                    PRODUCTION REQUESTS

10

    How much Ms. Finell has been paid      293

11  from the beginning of the case up
    through now

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:13-cv-00414   Document 113-2   Filed 05/06/16   Page 312 of 318 PageID #: 1481

## CERTIFICATION

I, Dawn Matera, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of November, 2015.

*Dawn Matera*

_____

Dawn Matera

\*        \*        \*

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:13-cv-00414  Document 113-2  Filed 05/06/16  Page 313 of 318 PageID #: 1482

Connor & Connor
Judith Finell Deposition Transcript Errata (from deposition on October 29, 2015)
December 22, 2015

Change Reason Codes:

1. To clarify or complete the record.
2. For accuracy.
3. To correct transcript and typographical errors.

| Location (page/lines) | Change from: | Change to: | Reason Code |
|---|---|---|---|
| 7:16-17 | "learned what are unusual, if you will, sort of solutions to a musical beginning" | "learned what are unusual, if you will, solutions to a musical beginning" | 1 |
| 26:10 | "they distinguish one another" | "they are distinguished from one another" | 1 |
| 32:23 | "song that we've talked about in my report" | "song that I've talked about in my report" | 1 |
| 60:5-8 | "or if I'm analyzing a recording of a musical work, which is a different element in a musical work." | "or if I'm analyzing a recording of a musical work, instead of sheet music or a lead sheet of a musical work." | 1 |
| 60:23 | "elements to begin with to compare, which" | "elements to begin with, which" | 1 |
| 61:3 | "But those are some of" | "Those are some of" | 1 |
| 62:12-14 | "recording copied another, whereas every element that one hears is at issue, or is it the underlying body of the music" | "recording copied another, whether every element that one hears is at issue, or if it is the underlying music" | 1 |
| 72:19 | "didn't use one to define it that way in" | "did not use a specific source to define it that way | 1 |

| | | in" | |
|---|---|---|---|
| 84:2 | "certain way that sort of drives my" | "certain way that drives my" | 1 |
| 91:6,12,14,21, 92:8,11,22 93:2,6 93:11,25 183:14 184:7 185:8,17 186:7,11,15 187:3,3 187:4,6,8,9 194:25 195:4 | "cord" | "chord" | 3 |
| 91:3,8 92:4 93:20 94:4,5 182:23 183:9,15,19 184:2,3 185:3 187:2 | "cords" | "chords" | 3 |
| 94:20 | "But there is certain consistencies I have" | "But there are certain consistencies I have" | 1 |
| 98:4-5 | "and there certainly parts of it where there probably is melismatic sections." | "and there are probably parts of it containing melismatic sections." | 1 |
| 99:25 | "Vocal" | "In vocal" | 3 |
| 104:9 | "No, I have never have." | "No, I never have." | 3 |
| 133:5 | "less steer implications" | "more sexual implications" | 1 |

Connor & Connor
Judith Finell Deposition Transcript Errata (from deposition on October 29, 2015)
December 22, 2015

| 133:6 | "But both of them" | "But for both of them" | 1 |
|---|---|---|---|
| 134:5 | "Sometimes as a attribute" | "Sometimes as a tribute" | 3 |
| 163:4-9 | "The partner phrase in Connor is the phrase that echoes the hook, and actually is part of the hook, but it's the part that wherever the music uses the lyrics 'Baby, remind me,' it's the same in Paisley." | "The partner phrase in Connor is found where the music contains the hook, preceded by the lyric 'Baby,' just as in Paisley." | 1 |
| 167:5 | "the…" | "the key words of the song." | 1 |
| 174:23 | "what really isn't unusual" | "what is really unusual" | 1 |
| 174:24 | "melodies that sing those" | "melodies that set those" | 1 |
| 176:8 | "the key words "Baby, remind me." | "the key words "remind me." | 2 |
| 194:4 | "precise." | "precise descriptions." | 1 |
| 194:20-25, 195:2-5 | "Rhythm describes the duration of musical material in this case or in musical cases. In other words, the length of time, usually in beats, that one particular note or chord is sustained before the next occurrence of the same thing, whether it's an individual note or a chord, which is a series of notes together." | "Rhythm describes the duration of musical material; in other words, the length of time, usually in beats, that one particular note or chord is sustained before the next note or chord occurs." | 1 |
| 207:3 | "Didn't itemize every" | "I did not itemize every" | 3 |

Connor & Connor
Judith Finell Deposition Transcript Errata (from deposition on October 29, 2015)
December 22, 2015

| 274:10-11 | "I don't understand. Do you mean – " | "I don't understand." | 1 |
| 293: 13-16 | "Production request for how much Ms. Finell has been paid from the beginning of the case up through now indexed.)" | "My firm has been paid $52,437.50." | 1 |

STATE OF ___New York___

COUNTY OF _____Westchester_____

BEFORE ME, an officer duly authorized to administer oaths, on this day, personally appeared Judith Finell, who is personally known to me or who presented photographic identification to me, and who deposes and states that, having read her deposition taken on October 29, 2015 in the cause of Bowen v. Paisley, et al, Case No. 3:13-0414, pending in the United States District Court for the Middle District of Tennessee, Nashville Division, hereby certifies that said testimony is a true and accurate transcript, with changes noted on the attached errata sheet.

_____
Judith Finell

Sworn to and subscribed before me, this _22_ day of December, 2015

_____
Notary Public
State of _New York_

My Commission Expires: _10 | 28 | 2017_

FRANCISCO J. RIVERA
Notary Public, State of New York
Qualified in Westchester County
No. 01RI6291915
My Commission Expires Oct. 28, 2017