UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY ELIZABETH CONNOR BOWEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRAD DOUGLAS PAISLEY, *et al.*, )<br>)<br>Defendants. ) | Case No. 3:13-cv-0414<br>Judge Aleta A. Trauger |

## ORDER

For the reasons discussed in the accompanying Memorandum, the court **DENIES** the defendants' Motion to Exclude the Reports and Testimony of Judith Finell (Doc. No. 113) and **GRANTS** the defendants' Motion for Summary Judgment (Doc. No. 115). This action is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute the judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge